# EXHIBIT A

25 August 2022

Office of Security/Appeals Staff
Dulles Discovery 1, Box 39
Washington, DC 20505

Mr. Gilman C. Barndollar


Dear Mr. Barndollar:

The US Government disapproved your request for access to classified information on 27 July 2022. Individuals who are granted or maintain access to classified information must meet strict security standards as outlined in the enclosed attachment. Any doubt about whether an individual should be granted or retain access to classified information will be resolved in favor of national security.

The security clearance determination was based on Security Executive Agent Directive 4, National Security Adjudicative Guidelines for Outside Activities.

On your SF-86 dated 23 November 2021, you listed you are currently employed as a Senior Fellow with Defense Priorities since March 2019. During security processing, you discussed you appeared on Tucker Carlson's show four times as a foreign policy expert, and wrote products for the Wall Street Journal and Newsweek, all paid by Defense Priorities. You reported as a freelance writer you wrote several publications, to include analysis, commentary, book chapters, peer-reviews, policy papers, reviews, lectures, panels, and conference papers, on foreign and military topics. You noted you were interviewed by the media regarding your publications.

To request a review of the security clearance determination, please see the attached guidance.

Respectfully,

*Stacy V. Dolan*

Stacy V. Dolan
Senior Appeals Analyst

**SECURITY DETERMINATION GUIDELINES**

Attached are the Security Executive Agent Directive (SEAD) 4 National Security Adjudicative Guidelines pertaining to your security determination. You have a right to request a review of this determination in accordance with Executive Order (EO) 12968 and ICPG 704.3. If you choose to request a review, please do so in writing within **10 calendar days** of receipt of this letter, to the address provided in the attached Statement of Reasons. Please note that while you are eligible to reapply or be resubmitted to this organization after one year from the date of this security determination, you may not do so while a review of your security determination is ongoing.

If you request a review of the security determination, a senior security officer will evaluate information known at the time of security processing, as well as information you provide that was not known or not accurate at the time of the security determination. Only information relevant to the timeframe of the security determination will be considered.

You have the right to request documents, records, and reports, which will be provided to the extent they would be if requested in accordance with applicable law, to include the Freedom of Information Act (5 USC 552) or the Privacy Act (5 USC 552a). Further, you have the right to request a copy of your **Investigative File (IF)**, which consists of information used in the security determination. You may request your IF even if you do not request a security determination review.

You have the right to be represented by counsel or other representative at your own expense during the review process. We require written notice if you choose to obtain counsel or a personal representative, after which we will correspond directly with your counsel or representative pertaining to your case.

You have the option to request a **Personal Appearance (PA)** to present relevant documents, materials, and information. The PA will occur in the Washington Metropolitan Area and you may bring your designated counsel or representative. A written summary or recording of the PA will be part of your security record. Be advised you will not be reimbursed for any costs – such as attorney or travel expenses - incurred as part of the security determination review process.

We will provide you with written notice of the results of the security determination review, and if applicable, written notice that you have the right to appeal the review to a final appeal authority. If one year has passed since the date of the original security determination, you are eligible to reapply or be resubmitted to this organization; your prior application will not be reinitiated.

Please notify this office of a change in your mailing address or phone number. **Please note that you may cancel your security determination review in writing at any time**, in which case the security determination will remain on record.

## GUIDELINE L: OUTSIDE ACTIVITIES

36. *The Concern.* Involvement in certain types of outside employment or activities is of security concern if it poses a conflict of interest with an individual's security responsibilities and could create an increased risk of unauthorized disclosure of classified or sensitive information.

37. *Conditions that could raise a security concern and may be disqualifying include:*

(a) any employment or service, whether compensated or volunteer, with:

    (1) the government of a foreign country;
    (2) any foreign national, organization, or other entity;
    (3) a representative of any foreign interest; and
    (4) any foreign, domestic, or international organization or person engaged in analysis, discussion, or publication of material on intelligence, defense, foreign affairs, or protected technology; and

(b) failure to report or fully disclose an outside activity when this is required.

38. *Conditions that could mitigate security concerns include:*

(a) evaluation of the outside employment or activity by the appropriate security or counterintelligence office indicates that it does not pose a conflict with an individual's security responsibilities or with the national security interests of the United States; and

(b) the individual terminated the employment or discontinued the activity upon being notified that it was in conflict with his or her security responsibilities.

# EXHIBIT B

22 November 2022

Office of Security/Appeals Staff
Dulles Discovery 1, Box 39
Washington, DC 20505

Mr. Brett O'Brien
1250 Connecticut Avenue NW,
Suite 700
Washington, DC 20036

RE: Gilman C. Barndollar

Dear Mr. O'Brien:

This letter is in response to your client's correspondence, dated 08 September 2022, in which your client requested a review of the US Government security determination; requested a personal appearance; and requested a copy of your client's investigative file. A copy of your correspondence has been placed in your client's security file. Your client's request for a review is now in queue.

Please find enclosed copies of the documents, records, and reports, which constitute the investigative file that the US Government used to arrive at its security determination in your client's case. Please note that certain categories of information are exempt in their entirety from release. The investigative file is provided to you pursuant to the provisions of Executive Order 12968. You may choose to submit further information relevant to your client's case.

An appeals analyst will contact you to schedule a personal appearance on behalf of your client. A personal appearance is your opportunity to provide new information that is relevant to your client's requested review.

Please inform this office of any changes to your mailing address, or daytime and evening telephone numbers. If we are unable to contact you or your client with the most recent information we have on file, your client's review will be cancelled. Should your client elect to cancel this request, you may do so at any time on your client's behalf, by contacting this office.

Respectfully,

*Stacy V. Dolan*

Stacy V. Dolan
Senior Adjudication Analyst

25 August 2022

Office of Security/Appeals Staff
Dulles Discovery 1, Box 39
Washington, DC 20505

Mr. Gilman C. Barndollar
1818 4th Street NW
Washington, DC 20001

Dear Mr. Barndollar:

The US Government disapproved your request for access to classified information on 27 July 2022. Individuals who are granted or maintain access to classified information must meet strict security standards as outlined in the enclosed attachment. Any doubt about whether an individual should be granted or retain access to classified information will be resolved in favor of national security.

The security clearance determination was based on Security Executive Agent Directive 4, National Security Adjudicative Guidelines for Outside Activities.

On your SF-86 dated 23 November 2021, you listed you are currently employed as a Senior Fellow with Defense Priorities since March 2019. During security processing, you discussed you appeared on Tucker Carlson's show four times as a foreign policy expert, and wrote products for the Wall Street Journal and Newsweek, all paid by Defense Priorities. You reported as a freelance writer you wrote several publications, to include analysis, commentary, book chapters, peer-reviews, policy papers, reviews, lectures, panels, and conference papers, on foreign and military topics. You noted you were interviewed by the media regarding your publications.

To request a review of the security clearance determination, please see the attached guidance.

Respectfully,

*Stacy V. Dolan*

Stacy V. Dolan
Senior Appeals Analyst

UNCLASSIFIED

 **Gilman** ▨▨▨ **Barndollar** ▮▮▮▮▮

Submitted: **11/23/2021 08:53 PM** [Submission ID: ▨▨▨▨▨▨ ▮▮▮▮▮ LfucMMp]

Electronically signed by **Gilman** ▨▨▨ **Barndollar** on **11/23/2021** using **v4.2.0**

☑ I have read the instructions and I understand that if I withhold, misrepresent, or falsify information on this form, I am subject to the penalties for inaccurate or false statement (per U. S. Criminal Code, Title 18, section 1001), denial or revocation of a security clearance, and/or removal and debarment from Federal Service.

☑ I confirm that the statements on these forms, and on any attachments, are true, complete, and correct to the best of my knowledge and belief and are made in good faith.

☑ I have carefully read the instructions to complete all forms.

☑ I understand that a knowing and willful false statement on this form can be punished by fine or imprisonment or both (18 U.S.C. 1001).

☑ I understand that intentionally withholding, misrepresenting, or falsifying information may have a negative effect on my security clearance, employment prospects, or job status, up to and including denial or revocation of my security clearance, or my removal and debarment from Federal Service.

# Personal Details

## FULL NAME

Provide your full name. If you have only initials in your name, provide them. If you are a "Jr.," "Sr.," etc., enter this under suffix. If you do not have a first name, middle name or suffix, click the corresponding not applicable (N/A) checkbox below that field. *(SF-86 Section 1)*

**First Name** *

Gilman

☐ N/A

**Middle Name** *

▨▨▨

☐ N/A

**Last Name** *

Barndollar

**Suffix**

☑ N/A

## SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

## BIRTH INFORMATION

Provide your date and place of birth. *(SF-86 Sections 2, 3)*

**Date of Birth** *

▨▨▨▨▨

## Place of Birth (Enter location where you were born)

⚠ **Important Note:** Failure to provide complete information will result in a delay in the processing of your paperwork and will require additional communication with you.

**Birth Address location** *

◉ In the United States   ○ Outside the United States

*City or County is required* ✱

**Birth City**

[XXX]

**Birth County**

[XXX]

**Birth State** ✱

[XXXXXXXX] ▾

**Birth ZIP Code**

[XXX]___

## SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

## SOCIAL SECURITY NUMBER

Depending upon the purpose of your investigation, the U.S. Government is authorized to ask for this information under Executive Orders 10450, 10865, 12333, and 12968; sections 3301, 3302, and 9101 of title 5, United States Code (U.S.C.); sections 2165 and 2201 of title 42, U.S.C.; chapter 23 of title 50, U.S.C.; and parts 2, 5, 731, 732, and 736 of title 5, Code of Federal Regulations (CFR).

Your Social Security Number (SSN) is needed to identify records unique to you. Although disclosure of your SSN is not mandatory, failure to disclose your SSN may prevent or delay the processing of your background investigation. The authority for soliciting and verifying your SSN is Executive Order 9397. *(SF-86 Section 4)*

**U.S. Social Security Number** ✱



## SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

## OTHER NAMES

Provide your other name(s) used and the period of time you used it/them. For example:

- Birth name/maiden name
- Name(s) by a former marriage
- Previous legal name(s)
- Alias(es)
- Nickname(s)

Click "Add Other Name" button below to add a new name. *(SF-86 Section 5)*

**Have you used any other names?** ✱

○ Yes  ⊘ No

## IDENTIFYING INFORMATION

Provide your identifying information. *(SF-86 Section 6)*

**Height (feet)** *

6

**Height (inches)** *

0

**Weight (in pounds)** *

191

**Hair Color** *

▓▓▓▓▓

▓▓▓▓▓▓ *

▓▓▓▓

▓▓▓

▓▓

⌄

## SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

## CONTACT INFORMATION

Provide your contact information. *(SF-86 Section 7)*

### E-MAIL ADDRESSES

**Home E-mail Address** *

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

☐ N/A

**Work E-mail Address** *

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

☐ N/A

TELEPHONE NUMBERS

Home Telephone Number

**Type** ✳
○ U.S.   ○ International   ○ Defense Switched Network (DSN)   ⊘ Not Applicable

Work Telephone Number

**Type** ✳
○ U.S.   ○ International   ○ Defense Switched Network (DSN)   ⊘ Not Applicable

Mobile/Cell Telephone Number

**Type** ✳
⊘ U.S.   ○ International   ○ Defense Switched Network (DSN)   ○ Not Applicable

| **Phone Number** ✳ | **Extension** | | **Availability** ✳ |
|---|---|---|---|
| ▨▨▨▨▨▨ | N/A | | ○ Day   ○ Night   ⊘ Both |

SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

# Citizenship & Passports

## CITIZENSHIP DECLARATION

Your response to the question below determines how much additional information is required for this module. *(SF-86 Section 9)*

**Select the option that reflects your current citizenship status.** ✳

▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨
▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨
▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨
○ ▨▨▨▨▨▨▨▨▨▨.

## CITIZENSHIP STATUS

A U.S. citizen or national by birth in the U.S. or U.S. territory/commonwealth.

No further information in this section is required.

## SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

---

### DUAL/MULTIPLE CITIZENSHIP

This section collects information regarding Dual/Multiple Citizenship. If you answer "Yes" to having EVER held dual/multiple citizenships below, then click the "Add Country of Citizenship" button for each country of citizenship outside of the United States. *(SF-86 Section 10.1)*

**Do you now hold or have you EVER held dual/multiple citizenships?** ✱

▨▨▨   ○ No

## Section Entries

| From | To | ▨▨▨▨ | Errors |
|---|---|---|---|
| ▨▨▨▨ | ▨▨▨▨ | ▨▨▨▨▨ | 0 |

---

### DUAL/MULTIPLE CITIZENSHIP

▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨,
▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨

**Country** ▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨    **To** ✱

GERMANY (DE)                                  ▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨

☑ Est.                                        ☑ Est.  ☐ Present

**How did you acquire this non-U.S. citizenship you now have or previously had?** ✱

▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨

**Have you taken any action to renounce your foreign citizenship?** ✱          **Provide explanation** ✱

☑ Yes  ○ No

▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨
▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨.

▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨ ✱          **Provide explanation** ✱
▨▨▨▨▨
See above.

SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

---

## U.S. PASSPORT INFORMATION

Provide information for the most recent U.S. passport(s) you currently possess (current or expired). Enter separate information for each type of passport [Diplomatic, Official, Tourist]. Enter each passport type at most once.

For U.S. State Department passport help, go to http://travel.state.gov/passport (http://travel.state.gov/passport) . *(SF-86 Section 8)*

**Do you possess a U.S. passport (current or expired)?** ✱



## Section Entries

| Date | Type | XXXXXX | Errors |
|------|------|--------|--------|
| XXXXXXXXXX |  | XXXXX | 0 |

## U.S. PASSPORT INFORMATION

For U.S. State Department passport help, go to https://travel.state.gov/passport (https://travel.state.gov/passport) . *(SF-86 Section 8)*

## PASSPORT DETAILS

Provide information for the most recent U.S. passport you currently possess (current or expired) of the selected type.

**Passport Type** ✱

XXXXXXXXXXXXXXXXXXX ⌄

**Passport Number** ✱

XXXX

**Issue Date** ✱

XXXXX

☐ Est.

**Expiration Date** ✱

XXXXX

☐ Est.

## PASSPORT NAME

**Was the passport issued using your full name [Gilman XXXX Barndollar]?** ✱

◉ Yes    ○ No

SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

---

### FOREIGN PASSPORT INFORMATION

Your response to the question below determines which forms are required for this section. *(SF-86 Section 10.2)*

**Have you EVER been issued a passport (or identity card for travel) by a country other than the U.S.?** ✱
☑ Ye██████

## Section Entries

███████████████████████████████████████████████████████████

---

### FOREIGN PASSPORT INFORMATION

Complete the following since you responded "YES" to having EVER been issued a passport (or identity card for travel) by a country other than the U.S. *(SF-86 Section 10.2)*

## PASSPORT DETAILS

Provide the country, number and dates for the passport (or identity card).

**Country** ✱                                                    ██████████ ✱

[ ██████                              ▼ ]        [ █████ ]

**Issue Date** ✱                                  **Expiration Date** ✱

[ ██████                              ]          [ ██/01/2009 ]
██.                                                ☑ Est.

## PASSPORT ISSUE LOCATION

Provide the place the passport (or identity card) was issued.

**City** ✱                                        **Country** ✱

[ ████████████ ]                                  [ ████████████                    ▼ ]

## PASSPORT NAME

**Was the passport (or identity card) issued using your full name [Gilman █████ Barndollar]?** ✱
☑ Yes   ○ No

## FOREIGN TRAVEL

Provide the countries to which you traveled on this passport (or identity card) and the dates involved with each.

**Have you EVER used this passport (or identity card) for foreign travel?** ✳

◯ Yes  ⊘ No

## SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**



# Residences & References

| RESIDENCES |
| --- |
| Based on your date of birth ▨▨▨▨▨▨ list the places where you have lived beginning with your present residence and working back for the **last ten (10) years**. The entire period must be accounted for without breaks. |
| Click "Add Residence" button below to add a new residence. *(SF-86 Section 11)* |

## Section Entries

| From | To | Location | Errors |
| --- | --- | --- | --- |
| 01/2018 | PRESENT | ▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨ | 0 |
| 01/2017 | 12/2017 | ▨▨▨▨▨▨▨▨▨▨▨▨ | 0 |
| 06/2016 | 12/2016 | ▨▨▨▨▨▨▨▨▨▨▨▨▨ | 0 |
| 11/2015 | 05/2016 | ▨▨▨▨▨▨▨▨▨▨▨▨ | 0 |
| 08/2014 | 11/2015 | ▨▨▨▨▨▨▨▨▨▨▨▨▨ | 0 |
| 02/2014 | 07/2014 | ▨▨▨▨▨▨▨▨▨▨▨ | 0 |
| 10/2013 | 01/2014 | ▨▨▨▨▨▨▨▨▨▨▨▨▨▨ | 0 |
| 04/2013 | 10/2013 | ▨▨▨▨▨▨▨▨▨▨▨ | 0 |
| 06/2012 | 04/2013 | ▨▨▨▨▨▨▨▨▨▨ | 0 |
| 11/2011 | 05/2012 | ▨▨▨▨▨▨▨▨▨▨▨▨ | 0 |

| RESIDENCES |
| --- |
| Based on your date of birth ▨▨▨▨▨▨ list the places where you have lived beginning with your present residence and working back for the **last ten (10) years**. The entire period must be accounted for without breaks. |
| Indicate the actual physical location of your residence, not a Post Office box or a permanent residence when you were not physically located there. If you split your time between one or more residences during a time period, you must list all residences. |
| You are not required to list temporary locations of less than 90 days that did not serve as your permanent or mailing address. *(SF-86 Section 11)* |

## DATES OF RESIDENCE

**From** ✳

▓▓▓▓▓

☐ Est.

**To**

☐ Est.  ☑ Present

## ADDRESS OF RESIDENCE

Provide physical location data with street address, base, post, embassy, unit, and country location or home port/fleet headquarter.

**Is/Was this residence** ✳

○ Owned by you  ◉ Rented or leased by you  ○ Military housing  ○ Other

## Physical Location

⚠ **Important Note:** Failure to provide complete information will result in a delay in the processing of your paperwork and will require additional communication with you.

**Address location** ✳

◉ In the United States  ○ Outside the United States

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓

**City** ✳

▓▓▓▓▓

**State** ✳

▓▓▓▓▓▓▓ ▾

▓▓▓▓▓

▓▓▓▓

## APO/FPO/DPO Address

**Is there an APO, FPO, or DPO address associated with this address?** ✳

○ Yes  ◉ No

## POINT OF CONTACT

⚠ **Important Note:** Only use individuals for which you have complete contact information, to include name, valid address, and a method of communication (email and/or phone number).

For any address in the last 3 years, provide a person who knew you at this address, and who preferably still lives in that area. Do not list people who knew you well for residences completely outside this 3-year period, and do not list your spouse, cohabitant, or any other relatives including cousins, aunts, uncles, etc.

## Relationship

**Relationship to this Person (Check all that apply)** ✳
- ☐ Neighbor
- ☐ Friend
- ☑ Landlord
- ☐ Business Associate
- ☐ Other

## Full Name

| **First Name** ✳ | **Middle Name** | ▨▨▨▨ ✳ | **Suffix** |
|---|---|---|---|
| ▨▨▨ | | ▨▨▨▨▨ | |
| ☐ N/A | ☑ N/A | | ☑ N/A |

## Address

⚠ **Important Note:** Failure to provide complete information will result in a delay in the processing of your paperwork and will require additional communication with you.

*This address must be inside the United States.*

**Street Address (Please include both the street number and street name for a complete address)** ✳

▨▨▨▨▨▨▨▨▨▨▨▨▨▨

| **City** ✳ | **State** ✳ | **ZIP Code** ✳ |
|---|---|---|
| ███████████████████████████████████████████ | | |

## APO, FPO, DPO Address

**Is there an APO, FPO, or DPO address associated with this address?** ✳
○ Yes  ⊘ No

## Evening Telephone Number

*This telephone number cannot be International.*

**Type** ✳
⊘ U.S.   ○ Defense Switched Network (DSN)   ○ I Don't Know

| ▨▨▨▨▨▨▨▨▨ | **Extension** |
|---|---|
| ▨▨▨▨▨▨▨ | |

## Daytime Telephone Number

*This telephone number cannot be International.*

**Type** ✳
⊘ U.S.    ○ Defense Switched Network (DSN)    ○ I Don't Know

XXXXXXXX    Extension

XXXXXX

## Cell/Mobile Telephone Number

*This telephone number cannot be International.*

**Type** ✳
⊘ U.S.    ○ Defense Switched Network (DSN)    ○ I Don't Know

**Phone Number** ✳    Extension

XXXXXX

## E-mail

**E-mail address for this person** ✳

XXXXXXXXXXXXX

☐ I Don't Know

## Date of Last Contact

**Date of Last Contact** ✳

11/2021

☐ Est.

## SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

---

### RESIDENCES

Based on your date of birth XXXXXXX, list the places where you have lived beginning with your present residence and working back for the **last ten (10) years**. The entire period must be accounted for without breaks.

Indicate the actual physical location of your residence, not a Post Office box or a permanent residence when you were not physically located there. If you split your time between one or more residences during a time period, you must list all residences.

You are not required to list temporary locations of less than 90 days that did not serve as your permanent or mailing address. *(SF-86 Section 11)*

## DATES OF RESIDENCE

XXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXX    XXXX

☐ Est.    ☐ Est.  ☐ Present

## ADDRESS OF RESIDENCE

Provide physical location data with street address, base, post, embassy, unit, and country location or home port/fleet headquarter.

**Is/Was this residence** ✳
○ Owned by you  ○ Rented or leased by you  ○ Military housing  ◉ Other

**Provide explanation** ✳

Family home

## Physical Location

⚠ **Important Note:** Failure to provide complete information will result in a delay in the processing of your paperwork and will require additional communication with you.

**Address location** ✳
◉ In the United States  ○ Outside the United States



| City ✳ | State ✳ | ZIP Code ✳ |
|---|---|---|
| | | |

## APO/FPO/DPO Address

**Is there an APO, FPO, or DPO address associated with this address?** ✳
○ Yes  ◉ No

## SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

## RESIDENCES

Based on your date of birth ▓▓▓▓▓▓▓▓, the places where you have lived beginning with your present residence and working back for the **last ten (10) years.** The entire period must be accounted for without breaks.

Indicate the actual physical location of your residence, not a Post Office box or a permanent residence when you were not physically located there. If you split your time between one or more residences during a time period, you must list all residences.

You are not required to list temporary locations of less than 90 days that did not serve as your permanent or mailing address. *(SF-86 Section 11)*

## DATES OF RESIDENCE

| From * | To * |
|---|---|
| 06/2016 | 12/2016 |
| ☐ Est. | ☐ Est.   ☐ Present |

## ADDRESS OF RESIDENCE

Provide physical location data with street address, base, post, embassy, unit, and country location or home port/fleet headquarter.

**Is/Was this residence** *

○ Owned by you   ◉ Rented or leased by you   ○ Military housing   ○ Other

## Physical Location

⚠ **Important Note:** Failure to provide complete information will result in a delay in the processing of your paperwork and will require additional communication with you.

**Address location** *

◉ In the United States   ○ Outside the United States

**Street Address (Please include both the street number and street name for a complete address)** *

█████████████████

███

██████████

**State** *

███████████

**ZIP Code** *

██████

## APO/FPO/DPO Address

**Is there an APO, FPO, or DPO address associated with this address?** *

○ Yes   ◉ No

## SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

---

### RESIDENCES

Based on your date of birth ██████, list the places where you have lived beginning with your present residence and working back for the **last ten (10) years.** The entire period must be accounted for without breaks.

Indicate the actual physical location of your residence, not a Post Office box or a permanent residence when you were not physically located there. If you split your time between one or more residences during a time period, you must list all residences.

You are not required to list temporary locations of less than 90 days that did not serve as your permanent or mailing address. *(SF-86 Section 11)*

## DATES OF RESIDENCE

| From ✱ | To ✱ |
|---|---|
| 11/2015 | 05/2016 |
| ☐ Est. | ☐ Est.  ☐ Present |

## ADDRESS OF RESIDENCE

Provide physical location data with street address, base, post, embassy, unit, and country location or home port/fleet headquarter.

**Is/Was this residence** ✱

○ Owned by you    ○ Rented or leased by you    ⊘ Military housing    ○ Other

### Physical Location

⚠ **Important Note:** Failure to provide complete information will result in a delay in the processing of your paperwork and will require additional communication with you.

**Address location** ✱

○ In the United States    ⊘ Outside the United States

**Street Address (Please include both the street number and street name for a complete address)** ✱

XXXXXXXXXXXXXXXXX

| City ✱ | Country ✱ |
|---|---|
| ▓▓▓▓▓▓▓▓ | ▼ |

### APO/FPO/DPO Address

**Is there an APO, FPO, or DPO address associated with this address?** ✱

⊘ Yes    ○ No

**Street Address (Please include both the street number and street name for a complete address)** ✱

▓▓▓▓▓▓▓▓▓▓

| Mailbox Type ✱ | State Code ✱ | ZIP Code ✱ |
|---|---|---|
| ▓▓▓▓▓▓▓▓ | | |

## SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

▓▓▓▓▓▓▓▓

## RESIDENCES

Based on your date of birth (XXXXXXX) list the places where you have lived beginning with your present residence and working back for the **last ten (10) years**. The entire period must be accounted for without breaks.

Indicate the actual physical location of your residence, not a Post Office box or a permanent residence when you were not physically located there. If you split your time between one or more residences during a time period, you must list all residences.

You are not required to list temporary locations of less than 90 days that did not serve as your permanent or mailing address. *(SF-86 Section 11)*

## DATES OF RESIDENCE

| From * | To * |
|---|---|
| 08/2014 | 11/2015 |
| ☐ Est. | ☐ Est.   ☐ Present |

## ADDRESS OF RESIDENCE

Provide physical location data with street address, base, post, embassy, unit, and country location or home port/fleet headquarter.

**Is/Was this residence** *
○ Owned by you   ⊙ Rented or leased by you   ○ Military housing   ○ Other

### Physical Location

⚠ **Important Note:** Failure to provide complete information will result in a delay in the processing of your paperwork and will require additional communication with you.

**Address location** *
⊙ In the United States   ○ Outside the United States

**Street Address (Please include both the street number and street name for a complete address)** *
XXXXXXXXXXXXXXXXXX

| City * | State * | ZIP Code * |
|---|---|---|
| XXXXXXXXXXXXXXXX | | XXXXXXXXX |

### APO/FPO/DPO Address

**Is there an APO, FPO, or DPO address associated with this address?** *
○ Yes   ⊙ No

## SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXX

## RESIDENCES

XXXXXXXXXXXXXXXXXXXX list the places where you have lived beginning with your present residence and working back for the **last ten (10) years.** The entire period must be accounted for without breaks.

Indicate the actual physical location of your residence, not a Post Office box or a permanent residence when you were not physically located there. If you split your time between one or more residences during a time period, you must list all residences.

You are not required to list temporary locations of less than 90 days that did not serve as your permanent or mailing address. *(SF-86 Section 11)*

## DATES OF RESIDENCE

| From * | To * |
|---|---|
| 02/2014 | 07/2014 |
| ☐ Est. | ☐ Est.  ☐ Present |

## ADDRESS OF RESIDENCE

Provide physical location data with street address, base, post, embassy, unit, and country location or home port/fleet headquarter.

**Is/Was this residence** *
○ Owned by you    ⊘ Rented or leased by you    ○ Military housing    ○ Other

### Physical Location

⚠ **Important Note:** Failure to provide complete information will result in a delay in the processing of your paperwork and will require additional communication with you.

**Address location** *
⊘ In the United States    ○ Outside the United States

**Street Address (Please include both the street number and street name for a complete address)** *

XXXXXXXXXX

| City * | State * | ZIP Code * |
|---|---|---|
| | | |

## APO/FPO/DPO Address

**Is there an APO, FPO, or DPO address associated with this address?** *
○ Yes    ⊘ No

## SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

## RESIDENCES

Based on your date of birth ▓▓▓▓▓▓▓▓ist the places where you have lived beginning with your present residence and working back for the **last ten (10) years**. The entire period must be accounted for without breaks.

Indicate the actual physical location of your residence, not a Post Office box or a permanent residence when you were not physically located there. If you split your time between one or more residences during a time period, you must list all residences.

You are not required to list temporary locations of less than 90 days that did not serve as your permanent or mailing address. *(SF-86 Section 11)*

## DATES OF RESIDENCE

| From ✱ | To ✱ |
|---|---|
| 10/2013 | 01/2014 |
| ☐ Est. | ☐ Est.   ☐ Present |

## ADDRESS OF RESIDENCE

Provide physical location data with street address, base, post, embassy, unit, and country location or home port/fleet headquarter.

**Is/Was this residence** ✱
○ Owned by you    ○ Rented or leased by you    ⊘ Military housing    ○ Other

### Physical Location

⚠ **Important Note:** Failure to provide complete information will result in a delay in the processing of your paperwork and will require additional communication with you.

**Address location** ✱
○ In the United States    ⊘ Outside the United States

**Street Address (Please include both the street number and street name for a complete address)** ✱
▓▓▓▓▓▓▓▓▓▓

| City ✱ | Country ✱ |
|---|---|
| ▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓ ▼ |

### APO/FPO/DPO Address

**Is there an APO, FPO, or DPO address associated with this address?** ✱
⊘ Yes    ○ No

**Street Address (Please include both the street number and street name for a complete address)** ✱
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

| Mailbox Type ✱ | State Code ✱ | ZIP Code ✱ |
|---|---|---|
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | |

SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

████████████████████████████████

## RESIDENCES

Based on your date of birth ██████████ the places where you have lived beginning with your present residence and working back for the **last ten (10) years**. The entire period must be accounted for without breaks.

Indicate the actual physical location of your residence, not a Post Office box or a permanent residence when you were not physically located there. If you split your time between one or more residences during a time period, you must list all residences.

You are not required to list temporary locations of less than 90 days that did not serve as your permanent or mailing address. *(SF-86 Section 11)*

## DATES OF RESIDENCE

| From ∗ | To ∗ |
|---|---|
| 04/2013 | 10/2013 |
| ☐ Est. | ☐ Est.    ☐ Present |

## ADDRESS OF RESIDENCE

Provide physical location data with street address, base, post, embassy, unit, and country location or home port/fleet headquarter.

**Is/Was this residence** ✳
○ Owned by you    ○ Rented or leased by you    ⊘ Military housing    ○ Other

## Physical Location

⚠ **Important Note:** Failure to provide complete information will result in a delay in the processing of your paperwork and will require additional communication with you.

**Address location** ✳
○ In the United States    ⊘ Outside the United States



City ✳                    Country ✳

## APO/FPO/DPO Address

**Is there an APO, FPO, or DPO address associated with this address?** ✳
⊘ Yes    ○ No

**Street Address (Please include both the street number and street name for a complete address)** ✳



Mailbox Type ✳              State Code ✳              ZIP Code ✳



## SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

## RESIDENCES

Based on your date of birth ▨▨▨▨▨▨ list the places where you have lived beginning with your present residence and working back for the **last ten (10) years**. The entire period must be accounted for without breaks.

Indicate the actual physical location of your residence, not a Post Office box or a permanent residence when you were not physically located there. If you split your time between one or more residences during a time period, you must list all residences.

You are not required to list temporary locations of less than 90 days that did not serve as your permanent or mailing address. *(SF-86 Section 11)*

## DATES OF RESIDENCE

| From ✱ | To ✱ |
|---|---|
| 06/2012 | 04/2013 |
| ☐ Est. | ☐ Est.  ☐ Present |

## ADDRESS OF RESIDENCE

Provide physical location data with street address, base, post, embassy, unit, and country location or home port/fleet headquarter.

**Is/Was this residence** ✱

○ Owned by you   ⊘ Rented or leased by you   ○ Military housing   ○ Other

## Physical Location

⚠ **Important Note:** Failure to provide complete information will result in a delay in the processing of your paperwork and will require additional communication with you.

**Address location** ✱

⊘ In the United States   ○ Outside the United States

▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨ ✱

▨▨▨▨▨▨▨▨▨▨▨▨

| City ✱ | State ✱ | ZIP Code ✱ |
|---|---|---|
| ███████ | ███████ | ███████ |

## APO/FPO/DPO Address

**Is there an APO, FPO, or DPO address associated with this address?** ✱

○ Yes   ⊘ No

## SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

---

### RESIDENCES

Based on your date of birth ▨▨▨▨▨▨▨ the places where you have lived beginning with your present residence and working back for the **last ten (10) years.** The entire period must be accounted for without breaks.

Indicate the actual physical location of your residence, not a Post Office box or a permanent residence when you were not physically located there. If you split your time between one or more residences during a time period, you must list all residences.

You are not required to list temporary locations of less than 90 days that did not serve as your permanent or mailing address. *(SF-86 Section 11)*

## DATES OF RESIDENCE

| From * | To * |
|---|---|
| 11/2011 | 05/2012 |

☐ Est.                            ☐ Est.  ☐ Present

## ADDRESS OF RESIDENCE

Provide physical location data with street address, base, post, embassy, unit, and country location or home port/fleet headquarter.

**Is/Was this residence** *

◯ Owned by you    ◯ Rented or leased by you    ◉ Military housing    ◯ Other

## Physical Location

⚠ **Important Note:** Failure to provide complete information will result in a delay in the processing of your paperwork and will require additional communication with you.

**Address location** *

◯ In the United States    ◉ Outside the United States

**Street Address (Please include both the street number and street name for a complete address)** *

XXXXXXXXXXXX

| City * | Country * |
|---|---|
| ███████████████████ | ▾ |

## APO/FPO/DPO Address

**Is there an APO, FPO, or DPO address associated with this address?** *

◉ Yes  ◯ No

**Street Address (Please include both the street number and street name for a complete address)** *

████████████████

| Mailbox Type * | State Code * | ZIP Code * |
|---|---|---|
| ██ ▾ | AP ▾ | 96427-1241 |

## SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

████████████████████

## PERSONAL REFERENCES

 **Important Note:** Only use individuals for which you have complete contact information, to include name, valid address, and a method of communication (email and/or phone number).

Provide **three (3) people** who know you well and who live in the U.S. They should be friends, peers, colleagues, college roommates, associates, etc., who are U.S. Citizens and are collectively aware of your activities outside of your workplace, school, or neighborhood, and whose combined association with you covers the **last seven (7) years (2014–2021)**.

Do not list your current spouse, former spouse(s), cohabitants, other relatives (including cousins, aunts, uncles, etc.), or **anyone listed elsewhere on this form**. *(SF-86 Section 16)*

## Section Entries

| From | To | Full Name | ✕✕✕ |
|------|-----|-----------|-----|
| 09/2014 | PRESENT |  | 0 |
| 08/2012 | PRESENT | | 0 |
| 05/2009 | PRESENT | | 0 |

## PERSONAL REFERENCES

**Important Note:** Only use individuals for which you have complete contact information, to include name, valid address, and a method of communication (email and/or phone number).

Points of contact for this section should be friends, peers, colleagues, college roommates, associates, etc., who are U.S. Citizens and are collectively aware of your activities outside of your workplace, school, or neighborhood, and whose combined association with you covers at least the **last seven (7) years (2014–2021)**.

Do not list your current spouse, former spouse(s), cohabitants, other relatives (including cousins, aunts, uncles, etc.), or **anyone listed elsewhere on this form**.

*(SF-86 Section 16)*

## RELATIONSHIP DETAILS

## Dates Known

**From** ✳

09/2014

☑ Est.

**To**

☐ Est.   ☑ Present

**Relationship** ✳

☐ Neighbor
☑ Friend
☐ Work Associate
☐ Schoolmate
☐ Other

## CONTACT INFORMATION

Please provide full name, home or work address, telephones, and other contact information below for this person.

## Full Name

| First Name * | Middle Name * | Last Name * | Suffix |
|---|---|---|---|
| ███████████████████████████████████████████ | | | |
| ☐ N/A | ☐ N/A | | ☑ N/A |

## Address

⚠ **Important Note:** Failure to provide complete information will result in a delay in the processing of your paperwork and will require additional communication with you.

*This address must be inside the United States.*

**Street Address (Please include both the street number and street name for a complete address) ***

████████████████████████████████████████████

| City * | State * | ZIP Code * |
|---|---|---|
| ███████████████████████████████████████████████████████ | | |

## APO, FPO, DPO Address

**Is there an APO, FPO, or DPO address associated with this address? ***

○ Yes  ◉ No

## Rank/Title and E-mail

| Rank/Title * | E-mail Address * |
|---|---|
| GS-13 | ☒☒☒☒☒☒☒☒☒☒☒☒☒☒☒☒ |
| ☐ I Don't Know | ☐ I Don't Know |

## Telephone Number

*This telephone number cannot be International.*

**Type ***
◉ U.S.  ○ Defense Switched Network (DSN)  ○ I Don't Know

☒☒☒☒☒☒☒☒ *

☒☒☒☒☒☒☒☒☒

**Extension**

**Availability ***
◉ Day  ○ Night  ○ Both

## Mobile/Cell Telephone Number

*This telephone number cannot be International.*

**Type ***
◉ U.S.  ○ Defense Switched Network (DSN)  ○ I Don't Know

**Phone Number ***
☒☒☒☒☒☒☒

**Extension**

**Availability ***
○ Day  ○ Night  ◉ Both

## SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

---

## PERSONAL REFERENCES

⚠ **Important Note:** Only use individuals for which you have complete contact information, to include name, valid address, and a method of communication (email and/or phone number).

Points of contact for this section should be friends, peers, colleagues, college roommates, associates, etc., who are U.S. Citizens and are collectively aware of your activities outside of your workplace, school, or neighborhood, and whose combined association with you covers at least the **last seven (7) years (2014–2021)**.

Do not list your current spouse, former spouse(s), cohabitants, other relatives (including cousins, aunts, uncles, etc.), or **anyone listed elsewhere on this form**.

*(SF-86 Section 16)*

## RELATIONSHIP DETAILS

### Dates Known

**From** ✱

08/2012

☑ Est.

**To**

☐ Est.   ☑ Present

**Relationship** ✱

☐ Neighbor
☑ Friend
☐ Work Associate
☐ Schoolmate
☐ Other

## CONTACT INFORMATION

Please provide full name, home or work address, telephones, and other contact information below for this person.

## Full Name

| First Name ✳ | Middle Name ✳ | Last Name ✳ | Suffix |
|---|---|---|---|
| ███████████ | █████████████████████████ | █████████████████ | ███████ |

## Address

⚠ **Important Note:** Failure to provide complete information will result in a delay in the processing of your paperwork and will require additional communication with you.

*This address must be inside the United States.*

**Street Address (Please include both the street number and street name for a complete address) ✳**

███████████████████████████████████████████

| City ✳ | State ✳ | ZIP Code ✳ |
|---|---|---|
| ███████████████ | ████████████████ | █████████ |

## APO, FPO, DPO Address

**Is there an APO, FPO, or DPO address associated with this address? ✳**

○ Yes   ⊘ No

## Rank/Title and E-mail

| Rank/Title ✳ | E-mail Address ✳ |
|---|---|
| GS-14 | ✕✕✕✕✕✕✕✕✕✕✕✕ |
| ☐ I Don't Know | ☐ I Don't Know |

## Telephone Number

*This telephone number cannot be International.*

**Type ✳**

○ U.S.   ○ Defense Switched Network (DSN)   ⊘ I Don't Know

## Mobile/Cell Telephone Number

*This telephone number cannot be International.*

**Type ✳**

✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕   ✕✕✕✕✕✕✕✕

✕✕✕✕✕✕✕✕✕✕✕   ✕✕✕✕✕✕

| ✕✕✕✕✕✕✕✕ | | **Availability ✳** |
|---|---|---|
| | | ○ Day   ○ Night   ⊘ Both |

## SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

## PERSONAL REFERENCES

⚠ **Important Note:** Only use individuals for which you have complete contact information, to include name, valid address, and a method of communication (email and/or phone number).

Points of contact for this section should be friends, peers, colleagues, college roommates, associates, etc., who are U.S. Citizens and are collectively aware of your activities outside of your workplace, school, or neighborhood, and whose combined association with you covers at least the **last seven (7) years (2014-2021)**.

Do not list your current spouse, former spouse(s), cohabitants, other relatives (including cousins, aunts, uncles, etc.), or **anyone listed elsewhere on this form**.

*(SF-86 Section 16)*

## RELATIONSHIP DETAILS

### Dates Known

**From** ∗

05/2009

☐ Est.

**To**

☐ Est.   ☑ Present

**Relationship** ∗

☐ Neighbor
☑ Friend
☑ Work Associate
☐ Schoolmate
☐ Other

## CONTACT INFORMATION

Please provide full name, home or work address, telephones, and other contact information below for this person.

## Full Name

| First Name ✱ | Middle Name ✱ | Last Name ✱ | Suffix |
|---|---|---|---|
| ███████████████████████████ | | | |
| ☐ N/A | ☐ N/A | | ☑ N/A |

## Address

⚠ **Important Note:** Failure to provide complete information will result in a delay in the processing of your paperwork and will require additional communication with you.

*This address must be inside the United States.*

**Street Address (Please include both the street number and street name for a complete address)** ✱

■  ████████████████████████████████

| City ✱ | State ✱ | ZIP Code ✱ |
|---|---|---|
| ████████████████████████████████████████████████ | | |

## APO, FPO, DPO Address

**Is there an APO, FPO, or DPO address associated with this address?** ✱

◯ Yes   ⊘ No

## Rank/Title and E-mail

**Rank/Title** ✱

| ⬛⬛⬛⬛⬛ | ⬛⬛⬛⬛⬛⬛⬛⬛ |
| ⬛⬛⬛⬛⬛⬛⬛ | ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ |

☐ I Don't Know

## Telephone Number

*This telephone number cannot be International.*

**Type** ✱

◯ U.S.   ◯ Defense Switched Network (DSN)   ⊘ I Don't Know

## Mobile/Cell Telephone Number

*This telephone number cannot be International.*

**Type** ✱

⊘ U.S.   ◯ Defense Switched Network (DSN)   ◯ I Don't Know

| ⬛⬛⬛⬛⬛⬛⬛⬛⬛ | **Extension** | **Availability** ✱ |
| ⬛⬛⬛⬛⬛⬛⬛ | | ◯ Day  ◯ Night  ⊘ Both |

## SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

# Education & Employment

## EDUCATION

Based on your date of birth ▓▓▓▓▓▓ list all of your education for the **last ten (10) years** as well as all education where a degree or diploma was earned since your 18th birthday.

Click "Add Education" button below to add a new education. *(SF-86 Section 12)*

**Have you attended any schools in the last ten (10) years?** ✱

○ Yes  ⊘ No

**Have you received a degree or diploma more than ten (10) years ago?** ✱

○ Yes  ⊘ No

## EMPLOYMENT ACTIVITIES

Based on your date of birth ▓▓▓▓▓▓ list all of your employment activities, including unemployment and self-employment, beginning with the present and working back for the **last ten (10) years**. The entire period must be accounted for without breaks.

If the employment activity was military duty, list separate employment activity periods to show each change of military duty station.

Periods of unemployment cannot overlap with any other employment types. Use unemployment for unpaid time as a student.

If any of the following happened to you at employment activities in the **last seven (7) years (2014-2021)**, then you are required to enter details in the employment activities section.

- Fired from a job
- Quit a job after being told you would be fired
- Left a job by mutual agreement following charges or allegations of misconduct
- Left a job by mutual agreement following notice of unsatisfactory performance
- Received a written warning, been officially reprimanded, suspended,or disciplined for misconduct in the workplace, such as violation of a security policy

Click "Add Employment Activity" button below to add a new employment activity. *(SF-86 Section 13A, 13C)*

## Section Entries

| From | To | Activity | Description | Errors |
|------|------|----------|-------------|--------|
| 03/2019 | PRESENT | | | 0 |
| 01/2019 | PRESENT | | | 0 |
| 06/2018 | 06/2019 | | | 0 |
| 03/2017 | PRESENT | | | 0 |
| 01/2017 | 06/2017 | | | 0 |
| 07/2014 | 12/2016 | | | 0 |
| 09/2010 | 07/2014 | | | 0 |

## EMPLOYMENT ACTIVITIES

## SELECT YOUR EMPLOYMENT ACTIVITY

○ Active military duty station
○ National Guard/Reserve
○ USPHS Commissioned Corps
○ Other Federal employment
○ State Government (Non-Federal employment)
○ Self-employment
○ Unemployment (including unpaid time as a student)
○ Federal Contractor
◉ Non-government employment (excluding self-employment)
○ Other

---

**OTHER FEDERAL EMPLOYMENT, STATE GOVERNMENT, FEDERAL CONTRACTOR, NON-GOVERNMENT EMPLOYMENT OR OTHER**

Complete the following if employment type is Other Federal employment, State Government, Federal Contractor, Non-government employment or Other *(SF-86 Section 13A.2)*

## EMPLOYMENT DETAILS

| From * | To | Employment status for position * |
|---|---|---|
| 03/2019 | | ○ Full-time  ◉ Part-time |
| ☐ Est. | ☐ Est.  ☑ Present | |

**Employer name** *

▨▨▨▨▨▨

**Most recent position title** *

▨▨▨▨▨

# ADDRESS OF EMPLOYMENT

## Physical Location

⚠ **Important Note:** Failure to provide complete information will result in a delay in the processing of your paperwork and will require additional communication with you.

**Address location** ✱
◉ In the United States    ○ Outside the United States

▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨

▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨

| City ✱ | State ✱ | ZIP Code ✱ |
|--------|---------|------------|
| ████████████████ | | |

## Telephone Number

**Type** ✱
◉ U.S.    ○ International    ○ Defense Switched Network (DSN)

| Phone Number ✱ | Extension | Availability ✱ |
|----------------|-----------|----------------|
| ████████████████ | | |

**Is/was your physical work address different than your employment address?** ✱
○ Yes    ◉ No

## SUPERVISOR

⚠ **Important Note:** Only use individuals for which you have complete contact information, to include name, valid address, and a method of communication (email and/or phone number).

Provide the name, title, e-mail, location, and telephone number of your supervisor. This person should be a U.S. citizen currently living in the U.S.

If there is no qualifying supervisor, then list someone that is a U.S. citizen currently living in the U.S. who can verify your employment activity. Do not list any person you have listed elsewhere on this form (e.g., contact for residence, contact for education, or personal reference). Your spouse, former spouse, cohabitant, or relative should only be used when you were directly employed by them and no other verifier is possible.

| First Name ∗ | Middle Name | Last Name ∗ | Suffix |
|---|---|---|---|
| ███████████ | ███████████ | ███████████ | |
| ☐ N/A | ☑ N/A | | ☑ N/A |

| Supervisor position title ∗ | Supervisor e-mail address ∗ |
|---|---|
| President | XXXXXXXXXXXXXXXXXX |
| | ☐ I Don't Know |

**Is/was your supervisor physical location different than your physical work address?** ∗
○ Yes  ⊘ No

### Telephone Number

*This telephone number cannot be International.*

**Type** ∗
⊘ U.S.    ○ Defense Switched Network (DSN)

| Phone Number ∗ | Extension | Availability ∗ |
|---|---|---|
| ███████████ | | ○ Day  ○ Night  ⊘ Both |

---

## MISCONDUCT IN THE WORKPLACE

Complete the following if employment type is Active Duty, National Guard/Reserve, USPHS Commissioned Corps, Other Federal employment, State Government, Federal Contractor, Non-government employment, Self-Employment, or Other *(SF-86 Section 13A.6)*

### WARNED, REPRIMANDED, SUSPENDED OR DISCIPLINED

**For this employment, in the last seven (7) years (2014-2021), have you received a written warning, been officially reprimanded, suspended, or disciplined for misconduct in the workplace, such as violation of a security policy?** ∗
○ Yes  ⊘ No

### SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

## EMPLOYMENT ACTIVITIES

### SELECT YOUR EMPLOYMENT ACTIVITY

○ Active military duty station
○ National Guard/Reserve
○ USPHS Commissioned Corps
○ Other Federal employment
○ State Government (Non-Federal employment)
○ Self-employment
○ Unemployment (including unpaid time as a student)
○ Federal Contractor
◉ Non-government employment (excluding self-employment)
○ Other

### OTHER FEDERAL EMPLOYMENT, STATE GOVERNMENT, FEDERAL CONTRACTOR, NON-GOVERNMENT EMPLOYMENT OR OTHER

Complete the following if employment type is Other Federal employment, State Government, Federal Contractor, Non-government employment or Other *(SF-86 Section 13A.2)*

### EMPLOYMENT DETAILS

**From** ✳
01/2019
☐ Est.

**To**

☐ Est.  ☑ Present

**Employer name** ✳
Center for the Study of Statesmanship, the Catholic University of America

**Employment status for position** ✳
◉ Full-time   ○ Part-time

## ADDRESS OF EMPLOYMENT

### Physical Location



⚠ **Important Note:** Failure to provide complete information will result in a delay in the processing of your paperwork and will require additional communication with you.

**Address location** ✳
⦿ In the United States    ◯ Outside the United States

**Street Address (Please include both the street number and street name for a complete address)** ✳

XXXXXXXXXXXXXXXX

XXXXX            XXXXX ✳            **ZIP Code** ✳

XXXXXXXXXXXXXXXXX    XXXXXXXXXXX ▼        XXXXX

### Telephone Number

**Type** ✳
⦿ U.S.    ◯ International    ◯ Defense Switched Network (DSN)


                                                    **Availability** ✳
XXXXXXXXXX                                          ◯ Day  ◯ Night  ⦿ Both

**Is/was your physical work address different than your employment address?** ✳
◯ Yes  ⦿ No

## SUPERVISOR

 **Important Note:** Only use individuals for which you have complete contact information, to include name, valid address, and a method of communication (email and/or phone number).

Provide the name, title, e-mail, location, and telephone number of your supervisor. This person should be a U.S. citizen currently living in the U.S.

If there is no qualifying supervisor, then list someone that is a U.S. citizen currently living in the U.S. who can verify your employment activity. Do not list any person you have listed elsewhere on this form (e.g., contact for residence, contact for education, or personal reference). Your spouse, former spouse, cohabitant, or relative should only be used when you were directly employed by them and no other verifier is possible.

**First Name** ✳     **Middle Name**     **Last Name** ✳     **Suffix**

████████████████████████████

▓▓▓     ☑ N/A     ☑ N/A

▓▓▓▓▓▓▓▓▓▓▓ ✳     **Supervisor e-mail address** ✳

▓▓▓▓▓▓▓▓     ████████████

☐ I Don't Know

**Is/was your supervisor physical location different than your physical work address?** ✳

○ Yes   ⊘ No

## Telephone Number

*This telephone number cannot be International.*

**Type** ✳

⊘ U.S.   ○ Defense Switched Network (DSN)

**Phone Number** ✳     **Extension**     **Availability** ✳

▓▓▓▓▓▓     ○ Day  ○ Night  ⊘ Both

---

### MISCONDUCT IN THE WORKPLACE

Complete the following if employment type is Active Duty, National Guard/Reserve, USPHS Commissioned Corps, Other Federal employment, State Government, Federal Contractor, Non-government employment, Self-Employment, or Other *(SF-86 Section 13A.6)*

---

## WARNED, REPRIMANDED, SUSPENDED OR DISCIPLINED

**For this employment, in the last seven (7) years (2014-2021), have you received a written warning, been officially reprimanded, suspended, or disciplined for misconduct in the workplace, such as violation of a security policy?** ✳

○ Yes   ⊘ No

## SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

## EMPLOYMENT ACTIVITIES

### SELECT YOUR EMPLOYMENT ACTIVITY

○ Active military duty station
○ National Guard/Reserve
○ USPHS Commissioned Corps
○ Other Federal employment
○ State Government (Non-Federal employment)
○ Self-employment
○ Unemployment (including unpaid time as a student)
○ Federal Contractor
◉ Non-government employment (excluding self-employment)
○ Other

## OTHER FEDERAL EMPLOYMENT, STATE GOVERNMENT, FEDERAL CONTRACTOR, NON-GOVERNMENT EMPLOYMENT OR OTHER

Complete the following if employment type is Other Federal employment, State Government, Federal Contractor, Non-government employment or Other *(SF-86 Section 13A.2)*

### EMPLOYMENT DETAILS

**From** ✱

06/2018

☐ Est.

**Employer name** ✱

**Employment status for position** ✱
◉ Full-time   ○ Part-time

## ADDRESS OF EMPLOYMENT

## Physical Location

⚠ **Important Note:** Failure to provide complete information will result in a delay in the processing of your paperwork and will require additional communication with you.

**Address location** ∗
⊘ In the United States  ○ Outside the United States

**Street Address (Please include both the street number and street name for a complete address)** ∗

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**City** ∗                    **State** ∗                    **ZIP Code** ∗

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

## Telephone Number

**Type** ∗
⊘ U.S.  ○ International  ○ Defense Switched Network (DSN)

**Phone Number** ∗              **Extension**              **Availability** ∗
▮▮▮▮▮▮▮▮▮▮                                              ⊘ Day  ○ Night  ○ Both

**Is/was your physical work address different than your employment address?** ∗
○ Yes  ⊘ No

## SUPERVISOR

 **Important Note:** Only use individuals for which you have complete contact information, to include name, valid address, and a method of communication (email and/or phone number).

Provide the name, title, e-mail, location, and telephone number of your supervisor. This person should be a U.S. citizen currently living in the U.S.

If there is no qualifying supervisor, then list someone that is a U.S. citizen currently living in the U.S. who can verify your employment activity. Do not list any person you have listed elsewhere on this form (e.g., contact for residence, contact for education, or personal reference). Your spouse, former spouse, cohabitant, or relative should only be used when you were directly employed by them and no other verifier is possible.

**First Name** ✱           **Middle Name**           La▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓                                             ▓▓▓▓▓

☐ N/A                     ☑ N/A                      ☑ N/A

**Supervisor position title** ✱        **Supervisor e-mail address** ✱

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓           ▓▓▓▓▓▓▓▓▓▓▓▓

                          ☐ I Don't Know

**Is/was your supervisor physical location different than your physical work address?** ✱

○ Yes   ☑ No

### Telephone Number

*This telephone number cannot be International.*

**Type** ✱
⊗ U.S.   ○ Defense Switched Network (DSN)

▓▓▓▓▓▓▓▓▓▓▓▓        **Extension**              **Availability** ✱

▓▓▓▓▓▓▓▓                                      ⊗ Day  ○ Night  ○ Both



### EMPLOYMENT DEPARTURE

Complete the following if employment type is Active Duty, National Guard/Reserve, USPHS Commissioned Corps, Other Federal employment, State Government, Federal Contractor, Non-government employment, Self-Employment, or Other *(SF-86 Section 13A.5)*

### REASON FOR LEAVING EMPLOYMENT

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ **performance.** ✱

⊗ Yes   ○ No

## DEPARTURE INCIDENT

**Incident Type** ✱

○ Fired
○ Quit after being told you would be fired
○ Left by mutual agreement following charges or allegations of misconduct
◉ Left by mutual agreement following notice of unsatisfactory performance

**Reason(s) for unsatisfactory performance** ✱          **Date you left** ✱

███████████████████████████████████████████

---

## MISCONDUCT IN THE WORKPLACE

Complete the following if employment type is Active Duty, National Guard/Reserve, USPHS Commissioned Corps, Other Federal employment, State Government, Federal Contractor, Non-government employment, Self-Employment, or Other *(SF-86 Section 13A.6)*

### WARNED, REPRIMANDED, SUSPENDED OR DISCIPLINED

**For this employment, in the last seven (7) years (2014-2021), have you received a written warning, been officially reprimanded, suspended, or disciplined for misconduct in the workplace, such as violation of a security policy?** ✱

○ Yes    ◉ No

### SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

---

## EMPLOYMENT ACTIVITIES

### SELECT YOUR EMPLOYMENT ACTIVITY



## ACTIVE DUTY, NATIONAL GUARD/RESERVE OR USPHS COMMISSIONED CORPS

Complete the following if employment type is Active Duty, National Guard/Reserve or USPHS Commissioned Corps *(SF-86 Section 13A.1)*

## EMPLOYMENT DETAILS

**From** *

```
03/2017
```
☐ Est.

**To**

☐ Est.  ☑ Present

**Assigned duty station during this period** *

██████████████████

**Employment status for position** *

○ Full-time  ⊘ Part-time

████████████████ *

██████

## ADDRESS OF DUTY STATION

### Physical Location

⚠ **Important Note:** Failure to provide complete information will result in a delay in the processing of your paperwork and will require additional communication with you.

**Address location** *

⊘ In the United States  ○ Outside the United States

**Street Address (Please include both** ███████████████████████████

████████████

██

██████

**State** *

████████████

**ZIP Code** *

~~02042~~

██████████

**Is there an APO, FPO, or DPO address associated with this address?** *

○ Yes  ⊘ No

### Telephone Number

**Type** *

⊘ U.S.  ○ International  ○ Defense Switched Network (DSN)

Ph████████   ████████   ████████████

████████

## SUPERVISOR

 **Important Note:** Only use individuals for which you have complete contact information, to include name, valid address, and a method of communication (email and/or phone number).

Provide the name, title, e-mail, location, and telephone number of your supervisor. This person should be a U.S. citizen currently living in the U.S.

If there is no qualifying supervisor, then list someone that is a U.S. citizen currently living in the U.S. who can verify your employment activity. Do not list any person you have listed elsewhere on this form (e.g., contact for residence, contact for education, or personal reference). Your spouse, former spouse, cohabitant, or relative should only be used when you were directly employed by them and no other verifier is possible.

**First Name** *                          **Middle Name**                    **Last Name** *                          **Suffix**

████████████████████████████████████████████████████████████████                    ☑ N/A

☐ N/A                                     ☑ N/A

**Supervisor rank/position title** *                                        **Supervisor e-mail address** *

███████████████████████████████████████████████████████████████████

                                                             ☐ I Don't Know

**Is/was your supervisor physical location different than your physical work address?** *
○ Yes  ☑ No

## Telephone Number

*This telephone number cannot be International.*

**Type** *
☑ U.S.   ○ Defense Switched Network (DSN)

                          **Extension**                              **Availability** *
✖✖✖✖✖✖✖✖✖✖                                                      ○ Day  ○ Night  ☑ Both

✖✖✖✖✖✖

---

## MISCONDUCT IN THE WORKPLACE

Complete the following if employment type is Active Duty, National Guard/Reserve, USPHS Commissioned Corps, Other Federal employment, State Government, Federal Contractor, Non-government employment, Self-Employment, or Other *(SF-86 Section 13A.6)*

---

## WARNED, REPRIMANDED, SUSPENDED OR DISCIPLINED

**For this employment, in the last seven (7) years (2014-2021), have you received a written warning, been officially reprimanded, suspended, or disciplined for misconduct in the workplace, such as violation of a security policy?** *
○ Yes  ☑ No

## SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

## EMPLOYMENT ACTIVITIES

## SELECT YOUR EMPLOYMENT ACTIVITY

○ Active military duty station
○ National Guard/Reserve
○ USPHS Commissioned Corps
○ Other Federal employment
○ State Government (Non-Federal employment)
◉ Self-employment
○ Unemployment (including unpaid time as a student)
○ Federal Contractor
○ Non-government employment (excluding self-employment)
○ Other

## SELF-EMPLOYMENT

Complete the following if employment type is self-employment *(SF-86 Section 13A.3)*

## EMPLOYMENT DETAILS

| From * | To * | Employment status for position * |
|--------|------|----------------------------------|
| 01/2017 | 06/2017 | ○ Full-time  ◉ Part-time |
| ☐ Est. | ☐ Est.  ☐ Present | |

| Employer name * | Most recent position title * |
|-----------------|------------------------------|
| N/A | N/A |

## ADDRESS OF EMPLOYMENT

## Physical Location

⚠ **Important Note:** Failure to provide complete information will result in a delay in the processing of your paperwork and will require additional communication with you.

**Address location** ✱
⊘ In the United States    ○ Outside the United States

S▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**City** ✱                    **State** ✱                              ZI▮▮▮▮▮
▮▮▮▮▮▮▮▮                    ▮▮▮▮▮▮▮▮▮▮▮                 ▮▮▮▮___

## Telephone Number

**Type** ✱
⊘ U.S.    ○ International    ○ Defense Switched Network (DSN)

                                                                    **Availability** ✱
                                                                    ○ Day  ○ Night  ⊘ Both

**Phone Number** ✱              **Extension**
▮▮▮▮▮▮▮

**Is/was your physical work address different than your employment address?** ✱
○ Yes  ⊘ No

## VERIFIER

⚠ **Important Note:** Only use individuals for which you have complete contact information, to include name, valid address, and a method of communication (phone number).

Provide the name, location and telephone number of someone that can verify your self-employment. This person should be a U.S. citizen currently living in the U.S. Do not list your spouse or any person listed elsewhere on this form (e.g., contact for residence, contact for education, or personal reference). A former spouse, cohabitant, or relative should only be used for self-employment verification when no other verifier is possible.

| First Name ✱ | Middle Name ✱ | Last Name ✱ | Suffix |
|---|---|---|---|
| ██████████ | ██████████ | ██████████ | ██████████ |
| ☐ N/A | ☐ N/A | | ☑ N/A |

## Physical Location

⚠ **Important Note:** Failure to provide complete information will result in a delay in the processing of your paperwork and will require additional communication with you.

*This address must be inside the United States.*

**Street Address (Please include both the street number and street name for a complete address) ✱**

███████████████████████

| City ✱ | State ✱ | ZIP Code ✱ |
|---|---|---|
| ███████████████████████ | | |

## APO/FPO/DPO Address

**Is there an APO, FPO, or DPO address associated with this address? ✱**

○ Yes   ☑ No

## Telephone Number

*This telephone number cannot be International.*

**Type ✱**
☑ U.S.   ○ Defense Switched Network (DSN)

✖✖✖✖✖✖✖ ✱    **Extension**    **Availability ✱**
✖✖✖✖✖                            ○ Day  ○ Night  ☑ Both

---

## EMPLOYMENT DEPARTURE

Complete the following if employment type is Active Duty, National Guard/Reserve, USPHS Commissioned Corps, Other Federal employment, State Government, Federal Contractor, Non-government employment, Self-Employment, or Other *(SF-86 Section 13A.5)*

## REASON FOR LEAVING EMPLOYMENT





**For this employment, have any of the following happened to you in the last seven (7) years (2014-2021)? Fired, quit after being told you would be fired, left by mutual agreement following charges or allegations of misconduct, left by mutual agreement following notice of unsatisfactory performance.** ∗

○ Yes   ⊘ No

---

### MISCONDUCT IN THE WORKPLACE

Complete the following if employment type is Active Duty, National Guard/Reserve, USPHS Commissioned Corps, Other Federal employment, State Government, Federal Contractor, Non-government employment, Self-Employment, or Other *(SF-86 Section 13A.6)*

## WARNED, REPRIMANDED, SUSPENDED OR DISCIPLINED

**For this employment, in the last seven (7) years (2014-2021), have you received a written warning, been officially reprimanded, suspended, or disciplined for misconduct in the workplace, such as violation of a security policy?** ∗

○ Yes   ⊘ No

## SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

Freelance writing and research.

---

### EMPLOYMENT ACTIVITIES

## SELECT YOUR EMPLOYMENT ACTIVITY



## ACTIVE DUTY, NATIONAL GUARD/RESERVE OR USPHS COMMISSIONED CORPS

Complete the following if employment type is Active Duty, National Guard/Reserve or USPHS Commissioned Corps *(SF-86 Section 13A.1)*

## EMPLOYMENT DETAILS

**From** *

07/2014

☐ Est.

**Assigned duty station during this period** *

▨▨▨▨▨▨▨▨▨▨▨▨

**To** *

12/2016

☐ Est.   ☐ Present

▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨ *
▨▨▨▨▨▨▨▨▨▨▨▨▨

▨▨▨▨▨▨▨▨▨▨▨▨▨▨ *
▨▨▨▨

## ADDRESS OF DUTY STATION

### Physical Location

⚠ **Important Note:** Failure to provide complete information will result in a delay in the processing of your paperwork and will require additional communication with you.

**Address location** *
◉ In the United States   ○ Outside the United States

▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨ *
▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨

**City** *                    **State** *                          **ZIP Code** *

███████████████████████████████████████

### APO/FPO/DPO Address

**Is there an APO, FPO, or DPO address associated with this address?** *
○ Yes   ◉ No

### Telephone Number

**Type** *
◉ U.S.   ○ International   ○ Defense Switched Network (DSN)

**Phone Number** *          **Extension**

▨▨▨▨▨▨                                              ▨▨▨▨▨▨▨▨▨

## SUPERVISOR

 **Important Note:** Only use individuals for which you have complete contact information, to include name, valid address, and a method of communication (email and/or phone number).

Provide the name, title, e-mail, location, and telephone number of your supervisor. This person should be a U.S. citizen currently living in the U.S.

If there is no qualifying supervisor, then list someone that is a U.S. citizen currently living in the U.S. who can verify your employment activity. Do not list any person you have listed elsewhere on this form (e.g., contact for residence, contact for education, or personal reference). Your spouse, former spouse, cohabitant, or relative should only be used when you were directly employed by them and no other verifier is possible.

**First Name** *        **Middle Name**        **Last Name** *        **Suffix**

☐ N/A        ☑ N/A        ☑ N/A

**Supervisor rank/position title** *        **Supervisor e-mail address** *

☐ I Don't Know

**Is/was your supervisor physical location different than your physical work address?** *

○ Yes   ⊘ No

## Telephone Number

*This telephone number cannot be International.*

**Type** *

⊘ U.S.   ○ Defense Switched Network (DSN)

       **Extension**        **Availability** *

○ Day   ○ Night   ⊘ Both

---

**EMPLOYMENT DEPARTURE**

Complete the following if employment type is Active Duty, National Guard/Reserve, USPHS Commissioned Corps, Other Federal employment, State Government, Federal Contractor, Non-government employment, Self-Employment, or Other *(SF-86 Section 13A.5)*

---

## REASON FOR LEAVING EMPLOYMENT

## UNFAVORABLE DEPARTURE

**For this employment, have any of the following happened to you in the last seven (7) years (2014-2021)? Fired, quit after being told you would be fired, left by mutual agreement following charges or allegations of misconduct, left by mutual agreement following notice of unsatisfactory performance.** *

○ Yes   ⊘ No

## MISCONDUCT IN THE WORKPLACE

Complete the following if employment type is Active Duty, National Guard/Reserve, USPHS Commissioned Corps, Other Federal employment, State Government, Federal Contractor, Non-government employment, Self-Employment, or Other *(SF-86 Section 13A.6)*

### WARNED, REPRIMANDED, SUSPENDED OR DISCIPLINED

**For this employment, in the last seven (7) years (2014-2021), have you received a written warning, been officially reprimanded, suspended, or disciplined for misconduct in the workplace, such as violation of a security policy?** ✱

○ Yes  ⊘ No

### SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

## EMPLOYMENT ACTIVITIES

### SELECT YOUR EMPLOYMENT ACTIVITY



## ACTIVE DUTY, NATIONAL GUARD/RESERVE OR USPHS COMMISSIONED CORPS

Complete the following if employment type is Active Duty, National Guard/Reserve or USPHS Commissioned Corps *(SF-86 Section 13A.1)*

### EMPLOYMENT DETAILS

**From** ✱
09/2010

**To** ✱
07/2014

**Employment status for position** ✱
⊘ Full-time  ○ Part-time

☐ Est.

☐ Est.  ☐ Present

**Assigned duty station during this period** ✱
XXXXXXXX

**Most recent rank/position title** ✱
XXX

## ADDRESS OF DUTY STATION

### Physical Location

⚠ **Important Note:** Failure to provide complete information will result in a delay in the processing of your paperwork and will require additional communication with you.

**Address location** ✱
☑ In the United States  ◯ Outside the United States



| City ✱ | State ✱ | ZIP Code ✱ |
|---|---|---|
| ███████ | ███████ | ███████ |

### APO/FPO/DPO Address

**Is there an APO, FPO, or DPO address associated with this address?** ✱
◯ Yes  ☑ No

### Telephone Number

**Type** ✱
☑ U.S.  ◯ International  ◯ Defense Switched Network (DSN)

**Phone Number** ✱       Extension                    **Availability** ✱
⬛⬛⬛⬛⬛⬛                                          ◯ Day  ◯ Night  ☑ Both

## SUPERVISOR

⚠ **Important Note:** Only use individuals for which you have complete contact information, to include name, valid address, and a method of communication (email and/or phone number).

Provide the name, title, e-mail, location, and telephone number of your supervisor. This person should be a U.S. citizen currently living in the U.S.

If there is no qualifying supervisor, then list someone that is a U.S. citizen currently living in the U.S. who can verify your employment activity. Do not list any person you have listed elsewhere on this form (e.g., contact for residence, contact for education, or personal reference). Your spouse, former spouse, cohabitant, or relative should only be used when you were directly employed by them and no other verifier is possible.

**First Name** ✳
[████]
☐ N/A

[████████]

**Last Name** ✳
[██████]

**Suffix**
[██████]

[████████]

**Supervisor rank/position title** ✳
[██████]

[██████████████]
☐ I Don't Know

**Is/was your supervisor physical location different than your physical work address?** ✳
○ Yes  ⊘ No

## Telephone Number

*This telephone number cannot be International.*

**Type** ✳
⊘ U.S.   ○ Defense Switched Network (DSN)

[██████████]
[████████]

**Extension**
[_____]

**Availability** ✳
○ Day  ○ Night  ⊘ Both

---

## EMPLOYMENT DEPARTURE

Complete the following if employment type is Active Duty, National Guard/Reserve, USPHS Commissioned Corps, Other Federal employment, State Government, Federal Contractor, Non-government employment, Self-Employment, or Other *(SF-86 Section 13A.5)*

## REASON FOR LEAVING EMPLOYMENT

[██████████████████]
[████████████]

[████████████████]

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**
[_____]

## FORMER FEDERAL SERVICE

Your response to the question below determines if further information is required for this section. *(SF-86 Section 13B)*

**Do you have former federal civilian employment, excluding military service, NOT indicated previously, to report?** ✱

○ Yes   ⊘ No

# Military

## SELECTIVE SERVICE RECORD

The Selective Service website, https://www.sss.gov/ (https://www.sss.gov/) , can help provide the registration number for persons who have registered. NOTE: Selective Service Number is not your Social Security Number. *(SF-86 Section 14)*

**Were you born a male after December 31, 1959?** ✱

⊘ Yes   ○ No

**Have you registered with the Selective Service System (SSS)?** ✱

⊘ Yes   ○ No   ○ I Don't Know

XXXXXXXXXXXX

XXXXXXX

### SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

## U.S. MILITARY HISTORY

Your response to the question below determines if further information is required for this section. *(SF-86 Section 15.1)*

**Have you EVER served in the U.S. Military?** ✱

⊘ Yes   ○ No

## Section Entries

| From | To | Branch | Status | Errors |
|------|-----|--------|--------|--------|
|      |     | XXXXXXXXXX | XXXXXX | 0 |
| XXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | | | 0 |

## U.S. MILITARY HISTORY

Complete the following since you responded "YES" to having EVER served in the U.S. Military. *(SF-86 Section 15.1)*

## SERVICE BRANCH

**Branch of service you served in** ∗

▨▨▨▨▨▨▨▨▨▨                    ▾

**State of service, if National Guard** ∗

▨▨▨▨▨▨▨▨▨▨                    ▾

## SERVICE DETAILS

**Status** ∗

○ Active Duty
⊘ Active Reserve
○ Inactive Reserve

**Officer or Enlisted** ∗

○ Not Applicable
⊘ Officer
○ Enlisted

▨▨▨▨▨▨▨▨▨▨

▨▨▨▨▨

▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨

▨▨▨▨▨

☐ Est.

☐ Est.   ☑ Present

## DISCHARGE

**Were you discharged from this instance of U.S. military service, to include Reserves, or National Guard?** ∗

○ Yes   ⊘ No

## SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

## U.S. MILITARY HISTORY

Complete the following since you responded "YES" to having EVER served in the U.S. Military. *(SF-86 Section 15.1)*

## SERVICE BRANCH

▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨ ∗

▨▨▨▨▨▨▨▨                    ▾

## SERVICE DETAILS

**Status** *

- ☑ Active Duty
- ○ Active Reserve
- ○ Inactive Reserve

**Officer or Enlisted** *

- ○ Not Applicable
- ☑ Officer
- ○ Enlisted

**Service Number** *

[redacted]

**From** *

[redacted]

☐ Est.

**To** *

[redacted]

☐ Est.    ☐ Present

## DISCHARGE

**Were you discharged from this instance of U.S. military service, to include Reserves, or National Guard?** *

☑ Yes    ○ No

**Type of discharge you received** *

Honorable ⌄

**Date of discharge listed** *

[redacted]

[redacted]

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

[redacted]

## DISCIPLINARY ACTION

Your response to the question below determines if further information is required for this section.

Based on your date of birth [redacted]

[redacted] add a new disciplinary action. *(SF-86 Section 15.2)*

**In the last ten (10) years (2011-2021), have you been subject to court martial or other disciplinary procedure under the Uniform Code of Military Justice (UCMJ), such as Article 15, Captain's Mast, Article 135 Court of Inquiry, etc.?** *

○ Yes    ☑ No

## FOREIGN SERVICE

Your response to the question below determines if further information is required for this section. *(SF-86 Section 15.3)*

**Have you EVER served, as a civilian or military member in a foreign country's military, intelligence, diplomatic, security forces, militia, other defense force, or government agency?** *

○ Yes    ☑ No

# Family

## MARITAL STATUS

Your response to the question below determines which information is required for this section. *(SF-86 Section 17.1)*

## MARITAL STATUS

**Are you currently Married or Separated?** ✶

○ Married (including Common Law)
○ Separated
⊘ No

**Do you have an intended spouse?** ✶

○ Yes
⊘ No

## SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

## FORMER SPOUSES

Your response to the question below determines which forms are required for this section. *(SF-86 Section 17.2)*

**Have you ever been Divorced, Widowed or had a marriage Annulled?** ✶
○ Yes  ⊘ No

## COHABITANTS

A cohabitant is a person with whom you share bonds of affection, obligation, or other commitment, as opposed to a person with whom you live with for reasons of convenience (e.g. a roommate). Relatives are not considered cohabitants. *(SF-86 Section 17.3)*

**Do you presently reside with a cohabitant?** ✶
○ Yes  ⊘ No

## RELATIVES

Your response to the question below determines which forms are required for this section. *(SF-86 Section 18)*

Select each type of relative applicable to you, **regardless if they are living or deceased.** (An opportunity will be provided to list multiple relatives for each type.)

**Check all that apply** *



## Section Entries

| Type | Known? | Name | City or County of Birth | Country of Birth | Citizenship | Errors |
|---|---|---|---|---|---|---|
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |
| | | | | | | 0 |

## RELATIVES

Provide the following details for this relative. *(SF-86 Section 18)*

## YOUR RELATIVE

**Select the relative type** *

▼

**Do you know their name and identifying information (e.g., birth information, citizenship)?** *

⊙ Yes  ○ No

| First Name * | Middle Name * | Last Name * | Suffix |
|---|---|---|---|

☐ N/A            ☐ N/A

**What is this relative's status?** *

⊙ Living  ○ Deceased

## MAIDEN NAME

**Is this relative's maiden/birth name different from the name reported above?** *

☑ Yes   ○ No

**First Name** *                    **Middle Name** *                **Last Name** *                    **Suffix**

███████████████████████████████████████████████████████████████████  Know   ☑ N/A

☐ I Don't Know   ☐ N/A          ☐ I Don't Know   ☐ N/A          ☐ I Don't ...

## OTHER NAMES

Examples:
- Name(s) by a former marriage
- Previous legal name(s) not listed above including birth name, maiden name, etc.
- Alias(es)
- Nickname(s)

**Has this relative ever gone by another name?** *

○ Yes   ☑ No

## BIRTH DATE & LOCATION

**Date of Birth** *

███████████

☐ Est.

### Place of Birth

⚠ **Important Note:** Failure to provide complete information will result in a delay in the processing of your paperwork and will require additional communication with you.

**Address location** *

○ In the United States   ☑ Outside the United States

**City** ██                           ██████ *

█████                                 ██████

## CURRENT ADDRESS

### Physical Address

⚠ **Important Note:** Failure to provide complete information will result in a delay in the processing of your paperwork and will require additional communication with you.

**Address location** ✶
☑ In the United States    ○ Outside the United States

**Street Address (Please include both the street number and street name for a complete address)** ✶

XXXXXXX

| City ✶ | State ✶ | ZIP Code ✶ |
|--------|---------|-----------|
| XXXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | |

### APO/FPO/DPO Address

**Is there an APO, FPO, or DPO address associated with this address?** ✶
○ Yes    ☑ No    ○ I Don't Know

## UNITED STATES CITIZENSHIP

**Is this relative a citizen of the United States?** ✶
☑ Yes    ○ No

## FOREIGN CITIZENSHIP

**Is this relative a citizen of any foreign country?** ✶
☑ Yes    ○ No

**Country** ✶

XXXXX ▾

## U.S. CITIZENSHIP DOCUMENTATION

**Select type of documentation that this relative possesses** *

○ FS-240 [Consular Report of Birth Abroad]
○ FS-545 [Certification of Birth Abroad]
○ DS-1350 [Certification of Report of Birth]
○ U.S. Citizenship certificate
○ U.S. Naturalization certificate
⊘ U.S. Passport
○ None
○ Other

**Name of the court that issued the U.S. Citizenship / Naturalization certificate** *





## Address of the court that issued the U.S. Citizenship / Naturalization certificate

⚠ **Important Note:** Failure to provide complete information will result in a delay in the processing of your paperwork and will require additional communication with you.

**Address location** *
⊘ In the United States    ○ Outside the United States





## SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

## RELATIVES

Provide the following details for this relative. *(SF-86 Section 18)*

## YOUR RELATIVE

**Select the relative type** ✶

▔▔▔▔▔▔  ⌄

**Do you know their name and identifying information (e.g., birth information, citizenship)?** ✶

☑ Yes   ◯ No

**First Name** ✶   ✖✖✖✖✖✖✖✖✖✖   ✖✖✖✖✖✖✖   **Suffix**

✖✖✖✖✖✖   ✖✖✖✖   ☑ N/A

☐ N/A

✖✖

✖✖✖✖✖✖✖✖✖✖✖✖✖✖✖✖✖✖✖✖✖✖ ✶

✖✖✖✖✖✖✖✖✖✖✖✖

✖✖✖✖✖✖✖✖✖

**Examples:**
- Name(s) by a former marriage
- Previous legal name(s) not listed above including birth name, maiden name, etc.
- Alias(es)
- Nickname(s)

**Has this relative ever gone by another name?** ✶

◯ Yes   ☑ No

## BIRTH DATE & LOCATION

**Date of Birth** ✶

███████████████████

☐ Est.

### Place of Birth

⚠ **Important Note:** Failure to provide complete information will result in a delay in the processing of your paperwork and will require additional communication with you.

**Address location** ✶
☑ In the United States   ◯ Outside the United States

*City or County is required* ✶

**City**   ✖✖✖✖✖

✖✖✖✖✖✖   ✖✖✖✖✖

**State** ✶   **ZIP Code**

✖✖✖✖✖✖✖✖✖✖  ⌄   ✖✖✖✖▁▁

# CURRENT ADDRESS

## Physical Address

⚠ **Important Note:** Failure to provide complete information will result in a delay in the processing of your paperwork and will require additional communication with you.

**Address location** ✱
⊘ In the United States    ○ Outside the United States

**Street Address (Please include both the street number and street name for a complete address)** ✱

▮▮▮▮▮▮▮▮▮

**City** ✱                    **State** ✱                            **ZIP Code** ✱

▮▮▮▮▮▮        ▮▮▮▮▮▮▮▮▮▮           ▮▮▮▮▮

## APO/FPO/DPO Address

**Is there an APO, FPO, or DPO address associated with this address?** ✱
○ Yes   ⊘ No   ○ I Don't Know

# UNITED STATES CITIZENSHIP

**Is this relative a citizen of the United States?** ✱
⊘ Yes   ○ No

# FOREIGN CITIZENSHIP

**Is this relative a citizen of any foreign country?** ✱
○ Yes   ⊘ No

# SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

## RELATIVES

Provide the following details for this relative. *(SF-86 Section 18)*

## YOUR RELATIVE

**Select the relative type** *

▼

▨▨▨

**Do you know their name and identifying information (e.g., birth information, citizenship)?** *

☑ Yes    ○ No

**First Name** *

▨▨▨

☐ N/A

**Middle Name** *

▨▨▨▨▨

☐ N/A

**Last Name** *

▨▨▨▨▨▨▨

**Suffix**

☑ N/A

**What is this relative's status?** *

☑ Living    ○ Deceased

## OTHER NAMES

Examples:
- Name(s) by a former marriage
- Previous legal name(s) not listed above including birth name, maiden name, etc.
- Alias(es)
- Nickname(s)

**Has this relative ever gone by another name?** *

○ Yes    ☑ No

## BIRTH DATE & LOCATION

▨▨▨▨▨▨

▨▨▨▨

☐ Est.

### Place of Birth

⚠ **Important Note:** Failure to provide complete information will result in a delay in the processing of your paperwork and will require additional communication with you.

**Address location** *

☑ In the United States    ○ Outside the United States

*City or County is required* *

**City**

▨▨▨▨

**County**

▨▨▨▨

**State** *

▨▨▨▨▨▨▨▨▨    ▼

**ZIP** ▨▨▨

▨▨▨▨___

## CURRENT ADDRESS

## Physical Address

⚠ **Important Note:** Failure to provide complete information will result in a delay in the processing of your paperwork and will require additional communication with you.

**Address location** ✳

◉ In the United States    ○ Outside the United States

**Street Address (Please include both the street number and street name for a complete address)** ✳

XXXXXXXXXXXXXXX

**City** ✳

XXXXX

**State** ✳

XXXXXXX ▾

**ZIP Code** ✳

XXX-____

## APO/FPO/DPO Address

**Is there an APO, FPO, or DPO address associated with this address?** ✳

○ Yes    ◉ No    ○ I Don't Know

## UNITED STATES CITIZENSHIP

**Is this relative a citizen of the United States?** ✳

◉ Yes    ○ No

## FOREIGN CITIZENSHIP

**Is this relative a citizen of any foreign country?** ✳

◉ Yes    ○ No

XXXX ✳

XXXXXXX ▾

## SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

## RELATIVES

Provide the following details for this relative. *(SF-86 Section 18)*

## YOUR RELATIVE

**Select the relative type ✱**

▨▨▨▨                                                                          ⌄

**Do you know their name and identifying information (e.g., birth information, citizenship)? ✱**

⊘ Yes    ○ No

| First Name ✱ | Middle Name ✱ | Last Name ✱ | Suffix |
|---|---|---|---|

☐ N/A                    ☐ N/A                                              ☑ N/A

**What is this relative's status? ✱**

⊘ Living    ○ Deceased

## OTHER NAMES

Examples:
- Name(s) by a former marriage
- Previous legal name(s) not listed above including birth name, maiden name, etc.
- Alias(es)
- Nickname(s)

**Has this relative ever gone by another name? ✱**

○ Yes    ⊘ No

## BIRTH DATE & LOCATION

XXXXXX

XXXX

☐ Est.

## Place of Birth

⚠ **Important Note:** Failure to provide complete information will result in a delay in the processing of your paperwork and will require additional communication with you.

**Address location** ✻
◉ In the United States    ○ Outside the United States

*City or County is required* ✻

**City**

XXXXX

**County**

XXXX

**State** ✻

XXXXX ▾

**ZIP** XXX

XX- ___

## CURRENT ADDRESS

### Physical Address

⚠ **Important Note:** Failure to provide complete information will result in a delay in the processing of your paperwork and will require additional communication with you.

**Address location** ✻
◉ In the United States    ○ Outside the United States

**Street Address (Please include both the street number and street name for a complete address)** ✻

XXXXXXXXXXXX

**City** X

**State** ✻ ▾

**ZIP Code** ✻

### APO/FPO/DPO Address

**Is there an APO, FPO, or DPO address associated with this address?** ✻
○ Yes    ◉ No    ○ I Don't Know

## UNITED STATES CITIZENSHIP

**Is this relative a citizen of the United States?** ✻
◉ Yes    ○ No

## FOREIGN CITIZENSHIP

**Is this relative a citizen of any foreign country?** ✳

○ Yes   ⊘ No

## SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

# Foreign Contacts & Travel

### FOREIGN CONTACTS

A Foreign National is defined as any person who is not a citizen or national of the United States. You will need to complete Foreign National Contact Information for

- Any non-U.S. citizen relative by blood or marriage who resides in the U.S. or overseas, including U.S. Lawful Permanent Residents (LPR) (commonly referred to as "green card holders") registered with the U.S. Immigration and Customs Enforcement (ICE).
- All personal or professional non-U.S. citizen contacts living inside or outside the U.S. that you maintain regular/frequent contact with and/or you confided personal information.
- Other non-U.S. citizen contacts living inside or outside the U.S. made during foreign travel or foreign residence, with whom you had or maintain regular/frequent contact with or you confided personal information.
- Any non-U.S. citizen social media contacts you maintain regular/frequent contact with and/or confide any personal information where you are able to provide their name, country of citizenship, and some degree of contact information such as address, phone number, or media web address or user name. If this is a person you would not maintain a close and continuing relationship with outside of social media, don't report them.
- Any non-U.S. citizen you have any contact with and/or confide personal information that are or were ever employed by the foreign government, military, intelligence or security service, regardless of the extent or nature of the relationship.

Your response to the question below determines which forms are required for this module. *(SF-86 Section 19, FNC)*



| | Errors |
|---|---|
| | 0 |
| | 0 |
| | 0 |
| | 0 |
| | 0 |
| | 0 |
| | 0 |
| | 0 |
| | 0 |

██████████████████████    ███████                    ██████

██████████████    ████████                ████████                    0

██████████

███████████████████

█████████████████████████████████████ had, ████████████████████████████████

████████, *FNC)*

██████████

███████████████████████ name? *

████████

██████████                    **Middle Name** *        **Last Name** *                **Suffix**

☐ I Don't Know   ☐ N/A        ☐ I Don't Know                N/A

███████████████████

ⓘ **Info**

## DATES OF CONTACT

**Date of First Contact** *                        ███████████████████████

██████                                ██████

☑ Est.                                ☑ Est.

## METHODS OF CONTACT

**Check all that apply.** *
☑ In person
☐ Written correspondence
☑ Telephone (speaking)
☑ Telephone (texting)
☑ E-Mail
☐ Online (messaging, chat rooms, social media, etc.)
☐ Electronic (other)
☐ Other

## FREQUENCY OF CONTACT

**What is the approximate frequency of contact?** *

○ Daily
○ Weekly
◉ Monthly
○ Quarterly
○ Annually
○ Other

## FUTURE CONTACT

**Do you have plans to initiate or continue contact in the future?** ✱

◉ Yes    ○ No

**Please describe the frequency, method, and purpose of future contact** ✱



## NATURE OF RELATIONSHIP

**Check all that apply.** ✱

☐ Professional or Business
☑ Personal (such as family ties, friendship, affection, common interests, etc.)
☐ Obligation
☐ Other

**Please describe the specific nature of your relationship with the Foreign National (Mother, Father, Sister, Brother, Grandparent, Aunt, Uncle, in-laws, etc.)** ✱



## HOW YOU MET

Provide circumstances of how you met the foreign national.

**Names of events or people involved** ✱



 ✱

## OTHER NAMES

Examples:
- Birth name/maiden name
- Name(s) by a former marriage
- Previous legal name(s)
- Alias(es)
- Nickname(s)

**Has the foreign national ever gone by another name?** ✱

○ Yes    ☑ No    ○ I Don't Know

## CITIZENSHIP

Provide the country(ies) of citizenship (to include dual citizenships and past citizenships) for the foreign contact.

Country *                                                    Status *

████████████████                    ▼              ████

                                                            From *

                                                            ████████

                                                            ☑ Est.

To

☐ Est.  ☑ Present

## DOCUMENTATION

**Do you have any identifying documentation and document numbers (e.g., alien registration, driver's license number, passport numbers, tax id numbers, cedula numbers, and any other information that typically is unique to an individual)?** *

○ Yes  ⊘ No

## TRIBAL AFFILIATION

**Do you know of any tribal, clan, and sub-clan that the foreign national is affiliated with?** *

○ Yes  ⊘ No  ○ I Don't Know

## GOVERNMENT/MILITARY AFFILIATION

**Is this foreign national affiliated with a foreign government, military, security, defense industry, intelligence service, or diplomatic corps?** *

○ Yes
⊘ No
○ I Don't Know

## DATE AND PLACE OF BIRTH

**Do you know their date of birth?** *              ████████████████████

○ Yes  ⊘ No                                         ██

**Do you know their city of birth?** *

○ Yes  ⊘ No

**Do you know their country of birth?** *           Country *

⊘ Yes  ○ No                                         ████████████                ▼

## GENDER AND MARITAL STATUS

▓▓▓▓ *
▓▓

**Marital Status** *

Married ⌄

⌄

## US-ISSUED VISA

**Does the foreign national possess or is in the process of obtaining a U.S.-issued visa?** *

○ Yes  ⊘ No  ○ I Don't Know

## ADDRESSES

**Do you know the current and/or past address(es) associated with the foreign national?** *

⊘ Yes  ○ No

**Address location** *

○ In the United States  ⊘ Outside the United States

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓) *

▓▓▓▓▓▓▓▓

**City** *

▓▓▓▓▓

**Country** *

███████████  ⌄

**Type** ▓▓

▓▓▓▓ ⌄

**From** *

▓▓▓▓

☑ Est.

**To**

□ Est.  ⊘ Present

## APO/FPO/DPO ADDRESSES

**Do you know the current and/or past APO/FPO/DPO associated with the foreign national?** *

○ Yes  ⊘ No

## PHONE NUMBERS

**Do you know any phone numbers associated with the foreign national?** *

⊘ Yes  ○ No



**Do you know any e-mail addresses associated with the foreign national?** *

⊘ Yes    ○ No

**Type** *

▢▢▢▢ ⌄

**Date of First Use** *

09/2006

☑ Est.

**Date of Last Use**

☐ Est.   ☑ Present

## ONLINE IDENTITIES

**Do you know any screennames or other online identities associated with the foreign national?** *

○ Yes    ⊘ No

## EMPLOYMENT

**Do you know of any current or past employers for the foreign national?** *

⊘ Yes    ○ No

**Employer Name** *  **Type** *  **Job Title** *

▢ ▢ ▢ ▢ ▢

## Employment Telephone Number

**Type** *
○ U.S.    ○ International    ○ Defense Switched Network (DSN)    ⊘ I Don't Know

## Employment Dates

**Start Date** *  **End Date**

05/2014

☑ Est.  ☐ Est.  ☑ Present

## Employer Address

⚠ **Important Note:** Failure to provide complete information will result in a delay in the processing of your paperwork and will require additional communication with you.

**Address location** *
○ In the United States    ⊘ Outside the United States    ○ I Don't Know

**Street Address (Please include both the street number and street name for a complete address)** *

▢▢▢▢

**City** *  ▢▢▢ *

▢▢▢▢▢

## KNOWS EMPLOYMENT

**Does the foreign national know of your (proposed) customer employment?** *

○ Yes
⊘ No
○ I Don't Know

## UNESCORTED ACCESS

**Does the foreign national have unescorted access to your residence?** *

○ Yes
⊘ No
○ I Don't Know

## PERSONAL INFORMATION

**Has the foreign national attempted to gain personal information about you (or raised concerns regarding your personal information)? \***

○ Yes
◉ No
○ I Don't Know

## ORGANIZATIONS SEEKING TO CHANGE U.S. GOVERNMENT POLICY

**Does the foreign national have any known participation or financial support to organizations seeking to change U.S. government policy by force or violence? \***

○ Yes   ◉ No   ○ I Don't Know

## CEASE CONTACT

**On rare occasion, the employer may prohibit continued contact with certain foreign nationals. Are you willing to cease contact with this individual if directed to do so? \***

◉ Yes   ○ No

## ADDITIONAL INFORMATION

**Do you have any additional information on the foreign national not covered in previous questions? \***

○ Yes   ◉ No

## SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

## FOREIGN CONTACTS

Complete the following since you responded "Yes" to have, or have had, close and/or continuing contact with a foreign national. *(SF-86 Section 19, FNC)*

## FULL NAME

**Do you know any part of their full name?** ✱

☑ Yes    ○ No

**First Name** ✱

███

☐ I Don't Know    ☐ N/A

**Middle Name** ✱

███

☐ I Don't Know    ☐ N/A

**Last Name** ✱

████

☐ I Don't Know

**Suffix**

☐ I Don't Know    ☑ N/A

**Telecodes**

ⓘ Info

## DATES OF CONTACT

**Date of First Contact** ✱

████

☐ Est.

D███████████

████

☐ Est.

## METHODS OF CONTACT

**Check all that apply.** ✱

☑ In person
☐ Written correspondence
☑ Telephone (speaking)
☑ Telephone (texting)
☑ E-Mail
☐ Online (messaging, chat rooms, social media, etc.)
☐ Electronic (other)
☐ Other

## FREQUENCY OF CONTACT

**What is the approximate frequency of contact?** ✱

○ Daily
◉ Weekly
○ Monthly
○ Quarterly
○ Annually
○ Other

## FUTURE CONTACT

**Do you have plans to initiate or continue contact in the future?** ✱

☑ Yes    ○ No

**Please describe the frequency, method, and purpose of future contact** ✱

████████████████████████████████
████████████████████

## NATURE OF RELATIONSHIP

**Check all that apply.** ✱
☐ Professional or Business
☑ Personal (such as family ties, friendship, affection, common interests, etc.)
☐ Obligation
☐ Other

**Please describe the specific nature of your relationship with the Foreign National (Mother, Father, Sister, Brother, Grandparent, Aunt, Uncle, In-laws, etc.) ✱**

XXXX

## HOW YOU MET

Provide circumstances of how you met the foreign national.

XXXXXXXXXXXXXXXXXX ✱

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX.

**Geographic location of where you met ✱**

XXXXXXXXXXXX

## OTHER NAMES

Examples:
- Birth name/maiden name
- Name(s) by a former marriage
- Previous legal name(s)
- Alias(es)
- Nickname(s)

**Has the foreign national ever gone by another name? ✱**

○ Yes  ○ No  ⊙ I Don't Know

## CITIZENSHIP

Provide the country(ies) of citizenship (to include dual citizenships and past citizenships) for the foreign contact.

**Country ✱**
XXXXXXXXXX ▾

**Status ✱**
XXXX ⌄

**From ✱**
XXXX
☑ Est.

**To**

☐ Est.  ☑ Present

## DOCUMENTATION

**Do you have any identifying documentation and document numbers (e.g., alien registration, driver's license number, passport numbers, tax id numbers, cedula numbers, and any other information that typically is unique to an individual)?** ✱

○ Yes  ⊘ No

## TRIBAL AFFILIATION

**Do you know of any tribal, clan, and sub-clan that the foreign national is affiliated with?** ✱

○ Yes  ⊘ No  ○ I Don't Know

## GOVERNMENT/MILITARY AFFILIATION

**Is this foreign national affiliated with a foreign government, military, security, defense industry, intelligence service, or diplomatic corps?** ✱

○ Yes
⊘ No
○ I Don't Know

## DATE AND PLACE OF BIRTH

**Do you know their date of birth?** ✱          ▨▨▨▨▨▨▨▨▨▨▨▨ ✱
○ Yes  ⊘ No                                   ▨

**Do you know their city of birth?** ✱         City/Village/Province ✱
⊘ Yes  ○ No                                   ▨▨▨▨

**Do you know their country of birth?** ✱      Country ✱
⊘ Yes  ○ No                                   ▨▨▨▨▨▨            ▾

## GENDER AND MARITAL STATUS

▨▨▨▨▨                                          Marital Status ✱
▨▨▨                                ▾           ▨▨▨▨▨                            ▾

## US-ISSUED VISA

**Does the foreign national possess or is in the process of obtaining a U.S.-issued visa?** ✱

○ Yes  ⊘ No  ○ I Don't Know

## ADDRESSES

**Do you know the current and/or past address(es) associated with the foreign national?** *

⊘ Yes    ○ No

**Address location** *

○ In the United States    ⊘ Outside the United States

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ *

▓▓▓▓▓▓▓▓

**City** ▓▓                    **Country** *

▓▓▓▓▓▓▓▓          ▓▓▓▓▓▓▓                          ▼

**Type** *                    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Current          ▼          ▓▓▓▓▓

                                        □ Est.    ⊘ Present
                          □ Est.

▓▓▓▓▓▓▓▓▓▓

**Do you know the current and/or past APO/FPO/DPO associated with the foreign national?** *

○ Yes    ⊘ ▓▓

## PHONE NUMBERS

**Do you know any phone numbers associated with the foreign national?** *

⊘ ▓▓    ○ No

**Type** *

○ U.S.    ⊘ International    ○ Defense Switched Network (DSN)

**Phone Number** *        **Extension**              **Availability** *

                                                ○ Day  ○ Night  ⊘ Both

▓▓▓▓▓▓▓▓

▓▓▓▓▓▓    ▓▓▓▓▓        **Date of First Use** *    **Date of Last Use**

▓▓▓▓▓  ▼  ▓▓▓▓  ▼      ▓▓▓▓

                          □ Est.              □ Est.  ⊘ Present

▓▓▓▓▓▓▓▓

**Do you know any e-mail addresses associated with the foreign national?** *

⊘ Yes    ○ No

**E-mail Address** ✱

XXXXXXXXXXXXXX

**Type** ✱

XXXXXXX ⌄

**Date of First Use** ✱

XXXX

☑ Est.

**Date of Last Use**

☐ Est.   ☑ Present

## ONLINE IDENTITIES

**Do you know any screennames or other online identities associated with the foreign national?** ✱

○ Yes   ⊘ No

## EMPLOYMENT

**Do you know of any current or past employers for the foreign national?** ✱

⊘ Yes   ○ No

**Employer Name** ✱                **Type** ✱                ▅▅▅▅▅▅              ▅▅▅▅ ✱

████████████          F███████████           ██████████          ████ht                    ⌄

██████████████████████

**Type** ✱
○ U.S.    ○ International    ○ Defense Switched Network (DSN)    ◉ I Don't Know

## Employment Dates

**Start Date** ✱                                        **End Date**

████████                                                  
☑ Est.                                                    ☐ Est.    ☑ Present

## Employer Address

⚠ **Important Note:** Failure to provide complete information will result in a delay in the processing of your paperwork and will require additional communication with you.

**Address location** ✱
○ In the United States    ◉ Outside the United States    ○ I Don't Know

**Street Address (Please include both the street number and street name for a complete address)** ✱

████████

███                    ██████ ✱

████                    ██████████                                              ⌄

## KNOWS EMPLOYMENT

**Does the foreign national know of your (proposed) customer employment?** ✱

○ Yes
◉ No
○ I Don't Know

## UNESCORTED ACCESS

**Does the foreign national have unescorted access to your residence?** ✱

○ Yes
◉ No
○ I Don't Know

## PERSONAL INFORMATION

**Has the foreign national attempted to gain personal information about you (or raised concerns regarding your personal information)?** *

○ Yes
◉ No
○ I Don't Know

## ORGANIZATIONS SEEKING TO CHANGE U.S. GOVERNMENT POLICY

**Does the foreign national have any known participation or financial support to organizations seeking to change U.S. government policy by force or violence?** *

○ Yes   ◉ No   ○ I Don't Know

## CEASE CONTACT

**On rare occasion, the employer may prohibit continued contact with certain foreign nationals. Are you willing to cease contact with this individual if directed to do so?** *

◉ Yes   ○ No

## ADDITIONAL INFORMATION

**Do you have any additional information on the foreign national not covered in previous questions?** *

○ Yes   ◉ No

## SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

## FOREIGN CONTACTS

Complete the following since you responded "Yes" to have, or have had, close and/or continuing contact with a foreign national. *(SF-86 Section 19, FNC)*

## FULL NAME

**Do you know any part of their full name?** *

☑ Yes   ○ No

| First Name * | Middle Name | Last Name * | Suffix |
|---|---|---|---|

☐ I Don't Know  ☐ N/A          ☑ I Don't Know  ☐ N/A          ☐ I Don't Know          ☐ N/A

**Telecodes**                                                                    ⓘ Info

## DATES OF CONTACT

**Date of First Contact** *                        **Date of Last Contact** *

XXXX                                               XXXX

☑ Est.                                             ☐ Est.

## METHODS OF CONTACT

**Check all that apply.** *

☑ In person
☐ Written correspondence
☑ Telephone (speaking)
☑ Telephone (texting)
☑ E-Mail
☐ Online (messaging, chat rooms, social media, etc.)
☐ Electronic (other)
☐ Other

## FREQUENCY OF CONTACT

**What is the approximate frequency of contact?** *

○ Daily
○ Weekly
☑ Monthly
○ Quarterly
○ Annually
○ Other

## FUTURE CONTACT

**Do you have plans to initiate or continue contact in the future?** *

☑ Yes   ○ No

**Please describe the frequency, method, and purpose of future contact** *

XXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXX.

## NATURE OF RELATIONSHIP

**Check all that apply.** *

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

☑ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

☐ Obligation

☐ Other

**Please describe the specific nature of your relationship with the Foreign National (Mother, Father, Sister, Brother, Grandparent, Aunt, Uncle, In-laws, etc.)** *

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆.

## HOW YOU MET

Provide circumstances of how you met the foreign national.

**Names of events or people involved** *

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆

**Geographic location of where you met** *

▆▆▆▆▆▆

## OTHER NAMES

Examples:
- Birth name/maiden name
- Name(s) by a former marriage
- Previous legal name(s)
- Alias(es)
- Nickname(s)

**Has the foreign national ever gone by another name?** *

○ Yes    ○ No    ⊙ I Don't Know

## CITIZENSHIP

Provide the country(ies) of citizenship (to include dual citizenships and past citizenships) for the foreign contact.

**Country** *                                          ▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆    ▼                          ▆▆▆▆▆            ⌄

**From** *

▆▆▆▆

☑ Est.

**To**

☐ Est.    ☑ Present

## DOCUMENTATION

**Do you have any identifying documentation and document numbers (e.g., alien registration, driver's license number, passport numbers, tax id numbers, cedula numbers, and any other information that typically is unique to an individual)?** ✳

○ Yes  ⊘ No

## TRIBAL AFFILIATION

**Do you know of any tribal, clan, and sub-clan that the foreign national is affiliated with?** ✳

○ Yes  ⊘ No  ○ I Don't Know

## GOVERNMENT/MILITARY AFFILIATION

**Is this foreign national affiliated with a foreign government, military, security, defense industry, intelligence service, or diplomatic corps?** ✳

○ Yes

○ No

⊘ I Don't Know

## DATE AND PLACE OF BIRTH

**Do you know their date of birth?** ✳          ▨▨▨▨▨▨▨▨▨▨▨▨) ✳

○ Yes  ⊘ No                                      ▨

**Do you know their city of birth?** ✳

○ Yes  ⊘ No

**Do you know their country of birth?** ✳     ▨▨▨▨▨▨▨▨▨

○ Yes  ⊘ No                                      ▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨.

## GENDER AND MARITAL STATUS

**Gender** ✳                                    **Marital Status** ✳

⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛                                                          ⌄

## US-ISSUED VISA

**Does the foreign national possess or is in the process of obtaining a U.S.-issued visa?** ✳

⊘ Yes  ○ No  ○ I Don't Know

**Visa Type** ✳                                 **Visa Status Details** ✳

                            

## ADDRESSES

**Do you know the current and/or past address(es) associated with the foreign national?** ✱

☑ Yes  ○ No



**Address location** ✱
☑ In the United States  ○ Outside the United States

**City** ✱                  **State** ✱                          **ZIP Code** ✱

**Type** ✱                                                    **To**

Current                                                      ☐ Est.  ☑ Present

☑ Est.

## APO/FPO/DPO ADDRESSES

**Do you know the current and/or past APO/FPO/DPO associated with the foreign national?** ✱

○ Yes  ☑ No

## PHONE NUMBERS

**Do you know any phone numbers associated with the foreign national?** ✱

☑ Yes  ○ No



**Type** ✱
☑ U.S.  ○ International  ○ Defense Switched Network (DSN)

**Phone Number** ✱                **Extension**

**Purpose** ✱

Home                                                   ☑ Est.

**Do you know any e-mail addresses associated with the foreign national?** ✱

☑ Yes  ○ No

**E-mail Address** *

▓▓▓▓▓▓▓▓▓▓

**Type** *

Business ⌄

**Date of First Use** *

01/2017

☑ Est.

**Date of Last Use**

☐ Est.   ☑ Present

## ONLINE IDENTITIES

**Do you know any screennames or other online identities associated with the foreign national?** *

○ Yes   ◉ No

## EMPLOYMENT

**Do you know of any current or past employers for the foreign national?** *

◉ Yes   ○ No

| Employer Name * | Type * | Job Title * | Status * |
|---|---|---|---|
| ███████████████ | ████████████ | ████████████ | ████████ ⌄ |

## Employment Telephone Number

**Type** *
○ U.S.    ○ International    ○ Defense Switched Network (DSN)    ⊙ I Don't Know

## Employment Dates

**Start Date** *

01/2017

☑ Est.

**End Date**

☐ Est.  ☑ Present

## Employer Address

⚠ **Important Note:** Failure to provide complete information will result in a delay in the processing of your paperwork and will require additional communication with you.

**Address location** *
○ In the United States    ⊙ Outside the United States    ○ I Don't Know

**Street Address (Please include both the street number and street name for a complete address)** *

████████████████████████████████████████████████ ⌄

## KNOWS EMPLOYMENT

**Does the foreign national know of your (proposed) customer employment?** *

○ Yes
⊙ No
○ I Don't Know

## UNESCORTED ACCESS

**Does the foreign national have unescorted access to your residence?** *

○ Yes
⊙ No
○ I Don't Know

## PERSONAL INFORMATION

**Has the foreign national attempted to gain personal information about you (or raised concerns regarding your personal information)?** *

○ Yes
◉ No
○ I Don't Know

## ORGANIZATIONS SEEKING TO CHANGE U.S. GOVERNMENT POLICY

**Does the foreign national have any known participation or financial support to organizations seeking to change U.S. government policy by force or violence?** *

○ Yes    ◉ No    ○ I Don't Know

## CEASE CONTACT

**On rare occasion, the employer may prohibit continued contact with certain foreign nationals. Are you willing to cease contact with this individual if directed to do so?** *

◉ Yes    ○ No

## ADDITIONAL INFORMATION

**Do you have any additional information on the foreign national not covered in previous questions?** *

○ Yes    ◉ No

## SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

---

## FOREIGN CONTACTS

Complete the following since you responded "Yes" to have, or have had, close and/or continuing contact with a foreign national. *(SF-86 Section 19, FNC)*

## FULL NAME

**Do you know any part of their full name?** ✱

☑ Yes   ○ No

| First Name ✱ | Middle Name ✱ | Last Name ✱ | Suffix |
|---|---|---|---|
| ██████████ | ██████████ | ██████████ | |
| ☐ I Don't Know  ☐ N/A | ☐ I Don't Know  ☐ N/A | ☐ I Don't Know | ☑ I Don't Know   ☐ N/A |

**Telecodes**

❶ Info

## DATES OF CONTACT

**Date of First Contact** ✱

09/2004

☐ Est.

**Date of Last Contact** ✱

11/2021

☑ Est.

## METHODS OF CONTACT

**Check all that apply.** ✱

☑ In person
☑ Written correspondence
☑ Telephone (speaking)
☑ Telephone (texting)
☑ E-Mail
☐ Online (messaging, chat rooms, social media, etc.)
☐ Electronic (other)
☐ Other

## FREQUENCY OF CONTACT

**What is the approximate frequency of contact?** ✱

○ Daily
☑ Weekly
○ Monthly
○ Quarterly
○ Annually
○ Other

## FUTURE CONTACT

**Do you have plans to initiate or continue contact in the future?** ✱

☑ Yes   ○ No

**Please describe the frequency, method, and purpose of future contact** ✱

████████████████████████████
████████████████

## NATURE OF RELATIONSHIP

**Check all that apply. \***
☐ Professional or Business
☑ Personal (such as family ties, friendship, affection, common interests, etc.)
☐ Obligation
☐ Other

**Please describe the specific nature of your relationship with the Foreign National (Mother, Father, Sister, Brother, Grandparent, Aunt, Uncle, In-laws, etc.) \***

▨▨▨

## HOW YOU MET

Provide circumstances of how you met the foreign national.

▨▨▨▨▨▨▨▨▨▨▨▨ \*
▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨

▨▨▨▨▨▨▨▨▨▨▨▨
▨▨▨▨▨▨▨▨

## OTHER NAMES

Examples:
- Birth name/maiden name
- Name(s) by a former marriage
- Previous legal name(s)
- Alias(es)
- Nickname(s)

**Has the foreign national ever gone by another name? \***
○ Yes   ○ No   ◉ I Don't Know

## CITIZENSHIP

Provide the country(ies) of citizenship (to include dual citizenships and past citizenships) for the foreign contact.

**Country \***
▨▨▨▨▨▨▨ ▾

**Status \***
▨▨▨▨                                          ▾

▨▨▨
▨▨▨▨
▨▨

**To**

☐ Est.   ☑ Present

## DOCUMENTATION

**Do you have any identifying documentation and document numbers (e.g., alien registration, driver's license number, passport numbers, tax id numbers, cedula numbers, and any other information that typically is unique to an individual)?** ✱

○ Yes  ⊘ No

## TRIBAL AFFILIATION

**Do you know of any tribal, clan, and sub-clan that the foreign national is affiliated with?** ✱

○ Yes  ⊘ No  ○ I Don't Know

## GOVERNMENT/MILITARY AFFILIATION

**Is this foreign national affiliated with a foreign government, military, security, defense industry, intelligence service, or diplomatic corps?** ✱

○ Yes
⊘ No
○ I Don't Know

## DATE AND PLACE OF BIRTH

**Do you know their date of birth?** ✱   ▆▆▆▆▆▆▆▆▆▆▆▆
○ Yes  ⊘ No   ▆

**Do you know their city of birth?** ✱
○ Yes  ⊘ No

**Do you know their country of birth?** ✱   ▆▆▆▆▆
⊘ Yes  ○ No   ▆▆▆▆▆   ▾

## GENDER AND MARITAL STATUS

**Gender** ✱                                    **Marital Status** ✱                           ⌄

███████████████████████████████████

## US-ISSUED VISA

**Does the foreign national possess or is in the process of obtaining a U.S.-issued visa?** ✱
○ Yes  ⊘ No  ○ I Don't Know

## ADDRESSES

**Do you know the current and/or past address(es) associated with the foreign national?** ✱

☑ Yes   ○ No

**Address location** ✱
○ In the United States   ☑ Outside the United States

**Street Address (Please include both the street number and street name for a complete address)** ✱



☑ Est.                    ☐ Est.  ☑ Present

## APO/FPO/DPO ADDRESSES

**Do you know the current and/or past APO/FPO/DPO associated with the foreign national?** ✱

○ Yes   ☑ No

## PHONE NUMBERS

**Do you know any phone numbers associated with the foreign national?** ✱

☑ Yes   ○ No

**Type** ✱
○ U.S.   ☑ International   ○ Defense Switched Network (DSN)



☑ Est.                    ☐ Est.  ☑ Present

## E-MAIL ADDRESSES

**Do you know any e-mail addresses associated with the foreign national?** ✱

☑ Yes   ○ No

**E-mail Address** ✱

██████████████████████

██e ✱                                    **Date of First Use** ✱                        **Date of Last Use**

██████████████████████                                          ☐ Est.  ☑ Present

☐ Est.

## ONLINE IDENTITIES

**Do you know any screennames or other online identities associated with the foreign national?** ✱

○ Yes   ⊘ No

## EMPLOYMENT

**Do you know of any current or past employers for the foreign national?** ✱

○ Yes   ⊘ No

## KNOWS EMPLOYMENT

**Does the foreign national know of your (proposed) customer employment?** ✱

○ Yes
⊘ No
○ I Don't Know

## UNESCORTED ACCESS

**Does the foreign national have unescorted access to your residence?** ✱

○ Yes
⊘ No
○ I Don't Know

## PERSONAL INFORMATION

**Has the foreign national attempted to gain personal information about you (or raised concerns regarding your personal information)?** ✱

○ Yes
⊘ No
○ I Don't Know

## ORGANIZATIONS SEEKING TO CHANGE U.S. GOVERNMENT POLICY

**Does the foreign national have any known participation or financial support to organizations seeking to change U.S. government policy by force or violence? ✱**

○ Yes   ⊘ No   ○ I Don't Know

## CEASE CONTACT

**On rare occasion, the employer may prohibit continued contact with certain foreign nationals. Are you willing to cease contact with this individual if directed to do so? ✱**

⊘ Yes   ○ No

## ADDITIONAL INFORMATION

**Do you have any additional information on the foreign national not covered in previous questions? ✱**

○ Yes   ⊘ No

## SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

---

### FOREIGN CONTACTS

Complete the following since you responded "Yes" to have, or have had, close and/or continuing contact with a foreign national. *(SF-86 Section 19, FNC)*

## FULL NAME

**Do you know any part of their full name? ✱**

⊘ Yes   ○ No



N/A

**Telecodes**

ⓘ Info

## DATES OF CONTACT

**Date of First Contact** ✳

☒☒☒

☐ Est.

**Date of Last Contact** ✳

11/2021

☐ Est.

## METHODS OF CONTACT

**Check all that apply.** ✳

☒ In person
☐ Written correspondence
☒ Telephone (speaking)
☒ Telephone (texting)
☒ E-Mail
☐ Online (messaging, chat rooms, social media, etc.)
☐ Electronic (other)
☐ Other

## FREQUENCY OF CONTACT

**What is the approximate frequency of contact?** ✳

○ Daily
◉ Weekly
○ Monthly
○ Quarterly
○ Annually
○ Other

## FUTURE CONTACT

**Do you have plans to initiate or continue contact in the future?** ✳

◉ Yes   ○ No

**Please describe the frequency, method, and purpose of future contact** ✳

███████████████████████

## NATURE OF RELATIONSHIP

**Check all that apply.** ✳

☐ Professional or Business
☒ Personal (such as family ties, friendship, affection, common interests, etc.)
☐ Obligation
☐ Other

**Please describe the specific nature of your relationship with the Foreign National (Mother, Father, Sister, Brother, Grandparent, Aunt, Uncle, In-laws, etc.)** ✳

☒☒☒

## HOW YOU MET

Provide circumstances of how you met the foreign national.

**Names of events or people involved** ✳

<span style="background:black">████████████████████████████████</span>

**Geographic location of where you met** ✳

<span style="background:black">████████████</span>

## OTHER NAMES

Examples:
- Birth name/maiden name
- Name(s) by a former marriage
- Previous legal name(s)
- Alias(es)
- Nickname(s)

**Has the foreign national ever gone by another name?** ✳

○ Yes   ⊘ No   ○ I Don't Know

## CITIZENSHIP

Provide the country(ies) of citizenship (to include dual citizenships and past citizenships) for the foreign contact.

**Country** ✳                                                    **Status** ✳

<span style="background:black">XXXXXXXXXXXXXXXXXXXXXXXXXXXXX</span>                              ⌄

                                                                 **From** ✳

                                                                 <span style="background:black">XXXXX</span>

                                                                 ☐ Est.

**To**

☐ Est.   ☑ Present

## DOCUMENTATION

**Do you have any identifying documentation and document numbers (e.g., alien registration, driver's license number, passport numbers, tax id numbers, cedula numbers, and any other information that typically is unique to an individual)?** ✳

○ Yes   ⊘ No

## TRIBAL AFFILIATION

**Do you know of any tribal, clan, and sub-clan that the foreign national is affiliated with?** ✳

○ Yes   ⊘ No   ○ I Don't Know

## GOVERNMENT/MILITARY AFFILIATION

**Is this foreign national affiliated with a foreign government, military, security, defense industry, intelligence service, or diplomatic corps?** ✱

○ Yes
⊙ No
○ I Don't Know

## DATE AND PLACE OF BIRTH

**Do you know their date of birth?** ✱
⊙ Yes   ○ No

**Date of Birth** ✱

███████

☑ Est.

**Do you know their city of birth?** ✱
○ Yes   ⊙ No

**Do you know their country of birth?** ✱
⊙ Yes   ○ No

██████

██████████                                           ▾

## GENDER AND MARITAL STATUS

**Gender** ✱                                    ▾

███

███████ ✱

███                                              ▾

## US-ISSUED VISA

**Does the foreign national possess or is in the process of obtaining a U.S.-issued visa?** ✱
○ Yes   ⊙ No   ○ I Don't Know

## ADDRESSES

**Do you know the current and/or past address(es) associated with the foreign national?** ✱
⊙ Yes   ○ No

**Address location** *

○ In the United States    ⊘ Outside the United States

**Street Address (Please include both the street number and street name for a complete address)** *

▮ XXXXXXXXXXX

XXX *                          XXXXXX

XXXXXXXXX                    XXXXXXXXX                                        ▾

**Type** *                    **From** *                          **To**

XXXXXX                ▾    XXX

☑ Est.                             □ Est.    ☑ Present

XXXXXXXXXXXX

**Do you know the current and/or past APO/FPO/DPO associated with the foreign national?** *

○ Yes    ⊘ No

## PHONE NUMBERS

**Do you know any phone numbers associated with the foreign national?** *

⊘ Yes    ○ No

**Type** *
○ U.S.    ⊘ International    ○ XXXXXXXXXXX

**Availability** *
○ Day    ○ Night    ⊘ Both

**Phone Number** *            **Extension**

XXXXXXXXX

**Purpose** *        **Type** *            **Date of First Use** *        **Date of Last Use**

Personal    ▾    Mobile    ▾    01/2002

□ Est.                        □ Est.    ☑ Present

## E-MAIL ADDRESSES

**Do you know any e-mail addresses associated with the foreign national?** *

⊘ Yes    ○ No



**Type** ✳

▼

**Date of First Use** ✳

☑ Est.

**Date of Last Use**

☐ Est.   ☑ Present

**Do you know any screennames or other online identities associated with the foreign national?** ✳

○ Yes   ◉ No

## EMPLOYMENT

**Do you know of any current or past employers for the foreign national?** ✳

◉ Yes   ○ No

**Employer Name** ✱          **Type** ✱          **Job Title** ✱          **Status** ✱

▾

## Employment Telephone Number

**Type** ✱

○ U.S.   ○ International   ○ Defense Switched Network (DSN)   ⊙ I Don't Know

## Employment Dates

**Start Date** ✱                                          **End Date**

☑ Est.                                                    ☐ Est.   ☑ Present

## Employer Address

⚠ **Important Note:** Failure to provide complete information will result in a delay in the processing of your paperwork and will require additional communication with you.

**Address location** ✱

○ In the United States   ⊙ Outside the United States   ○ I Don't Know

**Street Address (Please include both the street number and street name for a complete address)** ✱

**City** ✱                    **Country** ✱

▾

## KNOWS EMPLOYMENT

**Does the foreign national know of your (proposed) customer employment?** ✱

○ Yes
⊙ No
○ I Don't Know

## UNESCORTED ACCESS

**Does the foreign national have unescorted access to your residence?** ✱

○ Yes
⊙ No
○ I Don't Know

## PERSONAL INFORMATION

**Has the foreign national attempted to gain personal information about you (or raised concerns regarding your personal information)?** *

○ Yes
⊙ No
○ I Don't Know

## ORGANIZATIONS SEEKING TO CHANGE U.S. GOVERNMENT POLICY

**Does the foreign national have any known participation or financial support to organizations seeking to change U.S. government policy by force or violence?** *

○ Yes  ⊙ No  ○ I Don't Know

## CEASE CONTACT

**On rare occasion, the employer may prohibit continued contact with certain foreign nationals. Are you willing to cease contact with this individual if directed to do so?** *

⊙ Yes  ○ No

## ADDITIONAL INFORMATION

**Do you have any additional information on the foreign national not covered in previous questions?** *

○ Yes  ⊙ No

## SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

## FOREIGN CONTACTS

Complete the following since you responded "Yes" to have, or have had, close and/or continuing contact with a foreign national. *(SF-86 Section 19, FNC)*

## FULL NAME

**Do you know any part of their full name?** ✳

◉ Yes    ○ No

**First Name** ✳          **Middle Name**          **Last Name** ✳          **Suffix**

▟▟▟▟          ▟▟▟▟▟▟▟          ▟▟▟▟▟▟▟▟

☐ I Don't Know  ☐ N/A    ☑ I Don't Know  ☐ N/A    ▟▟▟▟▟▟          ☐ I Don't Know  ☑ N/A

**Telecodes**                                                              ⓘ Info

## DATES OF CONTACT

▟▟▟▟▟▟▟▟▟▟          **Date of Last Contact** ✳

▟▟▟▟▟                          ▟▟▟▟

☐ Est.                          ☐ Est.

## METHODS OF CONTACT

**Check all that apply.** ✳
☑ In person
☐ Written correspondence
☑ Telephone (speaking)
☑ Telephone (texting)
☑ E-Mail
☐ Online (messaging, chat rooms, social media, etc.)
☐ Electronic (other)
☐ Other

## FREQUENCY OF CONTACT

**What is the approximate frequency of contact?** ✳

○ Daily
○ Weekly
◉ Monthly
○ Quarterly
○ Annually
○ Other

## FUTURE CONTACT

**Do you have plans to initiate or continue contact in the future?** ✳

◉ Yes    ○ No

**Please describe the frequency, method, and purpose of future contact** ✳

▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟

## NATURE OF RELATIONSHIP

**Check all that apply.** ✱
☐ Professional or Business
☑ Personal (such as family ties, friendship, affection, common interests, etc.)
☐ Obligation
☐ Other

**Please describe the specific nature of your relationship with the Foreign National (Mother, Father, Sister, Brother, Grandparent, Aunt, Uncle, In-laws, etc.) ✱**

XXXXXXXXXXXXXXX

## HOW YOU MET

Provide circumstances of how you met the foreign national.

**Names of events or people involved** ✱

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX.

XXXXXXXXXXXXXXX **you met** ✱

XXXXXXXXXXXX

## OTHER NAMES

Examples:
- Birth name/maiden name
- Name(s) by a former marriage
- Previous legal name(s)
- Alias(es)
- Nickname(s)

**Has the foreign national ever gone by another name?** ✱
○ Yes  ☑ No  ○ I Don't Know

## CITIZENSHIP

Provide the country(ies) of citizenship (to include dual citizenships and past citizenships) for the foreign contact.

**Country** ✱

XXXXXXXXXX ▾

**Status** ✱

XXXXXXX ▾

**From** ✱

XXXXXX

☑ Est.

**To**

☐ Est.  ☑ Present

## DOCUMENTATION

**Do you have any identifying documentation and document numbers (e.g., alien registration, driver's license number, passport numbers, tax id numbers, cedula numbers, and any other information that typically is unique to an individual)?** ✶

○ Yes  ⊘ No

## TRIBAL AFFILIATION

**Do you know of any tribal, clan, and sub-clan that the foreign national is affiliated with?** ✶

○ Yes  ⊘ No  ○ I Don't Know

## GOVERNMENT/MILITARY AFFILIATION

**Is this foreign national affiliated with a foreign government, military, security, defense industry, intelligence service, or diplomatic corps?** ✶

○ Yes
⊘ No
○ I Don't Know

## DATE AND PLACE OF BIRTH

**Do you know their date of birth?** ✶      ✖✖✖✖✖✖✖✖✖✖✖✖ ✶

○ Yes  ⊘ No      ✖

**Do you know their city of birth?** ✶

○ Yes  ⊘ No

**Do you know their country of birth?** ✶      ✖✖✖✖✖✖

○ Yes  ○ No      ✖✖✖✖✖✖✖✖✖ ▾

## GENDER AND MARITAL STATUS

**Gender** ✶      ✖✖✖✖✖✖✖✖✖ ✶

✖✖✖✖ ▾      ✖✖✖✖ ▾



**Does the foreign national possess or is in the process of obtaining a U.S.-issued visa?** ✶

○ Yes  ⊘ No  ○ I Don't Know

## ADDRESSES

**Do you know the current and/or past address(es) associated with the foreign national?** ＊

○● Yes  ○ No

**Address location** ＊
○ In the United States  ○● Outside the United States

**Street Address (Please include both the street number and street name for a complete address)** ＊



## APO/FPO/DPO ADDRESSES

**Do you know the current and/or past APO/FPO/DPO associated with the foreign national?** ＊

○ Yes  ○● No

## PHONE NUMBERS

**Do you know any phone numbers associated with the foreign national?** ＊

○● Yes  ○ No

**Type** ＊
○ U.S.  ○● International  ○ Defense Switched Network (DSN)

**Extension**

**Availability** ＊

☒☒  ☒☒  ○● Both

P⬛⬛⬛⬛⬛⬛

⬛⬛⬛⬛⬛⬛

**Do you know any e-mail addresses associated with the foreign national?** ＊

○● Yes  ○ No

**E-mail Address** ✳



Personal ⌄

☑ Est.

**Date of Last Use**

☐ Est. ☑ Present

## ONLINE IDENTITIES

**Do you know any screennames or other online identities associated with the foreign national?** ✳

○ Yes  ⊘ No

## EMPLOYMENT

**Do you know of any current or past employers for the foreign national?** ✳

⊘ Yes  ○ No



| Employer Name ✱ | Type ✱ | Job Title ✱ | Status ✱ |
|---|---|---|---|

**Employment Telephone Number**

**Type** ✱
○ U.S.    ○ International    ○ Defense Switched Network (DSN)    ⊘ I Don't Know

**Employment Dates**

Start Date ✱            ✱

☑ Est.    ☐ Present

⚠ **Important Note:** Failure to provide complete information will result in a delay in the processing of your paperwork and will require additional communication with you.

**Address location** ✱
○ In the United States    ⊘ Outside the United States    ○ I Don't Know

**Street Address (Please include both the street number and street name for a complete address)** ✱

## KNOWS EMPLOYMENT

**Does the foreign national know of your (proposed) customer employment?** ✱

○ Yes
⊘ No
○ I Don't Know

## UNESCORTED ACCESS

**Does the foreign national have unescorted access to your residence?** ✱

○ Yes
⊘ No
○ I Don't Know

## PERSONAL INFORMATION

**Has the foreign national attempted to gain personal information about you (or raised concerns regarding your personal information)?** ✶

○ Yes
⊙ No
○ I Don't Know

## ORGANIZATIONS SEEKING TO CHANGE U.S. GOVERNMENT POLICY

**Does the foreign national have any known participation or financial support to organizations seeking to change U.S. government policy by force or violence?** ✶

○ Yes   ⊙ No   ○ I Don't Know

## CEASE CONTACT

**On rare occasion, the employer may prohibit continued contact with certain foreign nationals. Are you willing to cease contact with this individual if directed to do so?** ✶

⊙ Yes   ○ No

## ADDITIONAL INFORMATION

**Do you have any additional information on the foreign national not covered in previous questions?** ✶

○ Yes   ⊙ No

## SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

---

## FOREIGN CONTACTS

Complete the following since you responded "Yes" to have, or have had, close and/or continuing contact with a foreign national. *(SF-86 Section 19, FNC)*

## FULL NAME

**Do you know any part of their full name?** ✱

☑ Yes ☐ No

First ▨▨▨▨▨▨▨▨▨▨▨▨▨

**Last Name** ✱

▨▨

**Suffix**

☐ I Don't Know ☐ N/A        ☑ I Don't Know ☐ N/A        ☐ I Don't Know        ☑ I Don't Know ☐ N/A

**Telecodes**

ⓘ **Info**

## DATES OF CONTACT

**Date of First Contact** ✱

03/2006

☑ Est.

**Date of Last Contact** ✱

▨▨▨

☐ Est.

## METHODS OF CONTACT

**Check all that apply.** ✱

☑ In person
☐ Written correspondence
☑ Telephone (speaking)
☑ Telephone (texting)
☑ E-Mail
☐ Online (messaging, chat rooms, social media, etc.)
☐ Electronic (other)
☐ Other

## FREQUENCY OF CONTACT

**What is the approximate frequency of contact?** ✱

○ Daily
◉ Weekly
○ Monthly
○ Quarterly
○ Annually
○ Other

## FUTURE CONTACT

**Do you have plans to initiate or continue contact in the future?** ✱

◉ Yes ○ No

**Please describe the frequency, method, and purpose of future contact** ✱

▨▨▨▨▨▨▨▨▨▨▨▨▨▨.

## NATURE OF RELATIONSHIP

**Check all that apply.** ✶
☐ Professional or Business
☑ Personal (such as family ties, friendship, affection, common interests, etc.)
☐ Obligation
☐ Other

**Please describe the specific nature of your relationship with the Foreign National (Mother, Father, Sister, Brother, Grandparent, Aunt, Uncle, In-laws, etc.)** ✶

▨▨

## HOW YOU MET

▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨
▨▨▨▨▨▨▨▨▨▨▨▨▨ ✶

▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨.

▨▨▨▨▨▨▨▨▨▨▨▨▨ **met** ✶

▨▨▨▨▨▨

## OTHER NAMES

Examples:
- Birth name/maiden name
- Name(s) by a former marriage
- Previous legal name(s)
- Alias(es)
- Nickname(s)

**Has the foreign national ever gone by another name?** ✶
☑ Yes   ○ No   ○ I Don't Know



| First Name ✶ | Middle Name | Last Name ✶ | Suffix |
|---|---|---|---|

## CITIZENSHIP

Provide the country(ies) of citizenship (to include dual citizenships and past citizenships) for the foreign contact.

Country *

▓▓▓▓▓▓▓▓

▓▓▓▓▓▓

▓▓▓▓▓

From *

▓▓▓▓

▓▓

To

▓▓▓▓▓▓

## DOCUMENTATION

**Do you have any identifying documentation and document numbers (e.g., alien registration, driver's license number, passport numbers, tax id numbers, cedula numbers, and any other information that typically is unique to an individual)?** *

○ Yes   ⊘ No

## TRIBAL AFFILIATION

**Do you know of any tribal, clan, and sub-clan that the foreign national is affiliated with?** *

○ Yes   ⊘ No   ○ I Don't Know

## GOVERNMENT/MILITARY AFFILIATION

**Is this foreign national affiliated with a foreign government, military, security, defense industry, intelligence service, or diplomatic corps?** *

○ Yes

⊘ No

○ I Don't Know

## DATE AND PLACE OF BIRTH

**Do you know their date of birth?** *

○ Yes   ⊘ No

▓▓▓▓▓▓▓▓▓▓▓ *

▓

**Do you know their city of birth?** *

○ Yes   ⊘ No

**Do you know their country of birth?** *

⊘ Yes   ○ No

Country *

▓▓▓▓▓▓▓▓▓

## GENDER AND MARITAL STATUS

█████
██

**Marital Status** *

███                                                                        ⌄

## US-ISSUED VISA

**Does the foreign national possess or is in the process of obtaining a U.S.-issued visa?** *

○ Yes   ⊘ No   ○ I Don't Know

## ADDRESSES

**Do you know the current and/or past address(es) associated with the foreign national?** *

⊘ Yes   ○ No

**Address location** *

○ In the United States   ⊘ Outside the United States

███████████████████████████ **street name for a complete address)** *

███████████

**City** *

███████████

**Country** *

███████████                                                          ⌄

███
**From** *

███████████████████████

☑ Est.

**To**

☐ Est.   ☑ Present

## APO/FPO/DPO ADDRESSES

**Do you know the current and/or past APO/FPO/DPO associated with the foreign national?** *

○ Yes   ⊘ No

## PHONE NUMBERS

**Do you know any phone numbers associated with the foreign national?** *

⊘ Yes   ○ No

**Type** *
○ U.S.   ⊘ International   ○ Defense Switched Network (DSN)

██████████

██████████████

**Extension**

**Availability** *
○ Day   ○ Night   ⊘ Both

██████

██████ ⌄

**Type** *
Mobile ⌄

**Date of First Use** *
0█████
☑ Est.

**Date of Last Use**
☐ Est.   ☑ Present

██████████████

**Do you know any e-mail addresses associated with the foreign national?** *
⊘ Yes   ○ No

**E-mail Address** *

██████████████

**Type** *
██████ ⌄

**Date of First Use** *
██████
☑ Est.

**Date of Last Use**
☐ Est.   ☑ Present

██████████████

**Do you know any screennames or other online identities associated with the foreign national?** *
○ Yes   ⊘ No

## EMPLOYMENT

**Do you know of any current or past employers for the foreign national?** *
○ Yes   ⊘ No

## KNOWS EMPLOYMENT

**Does the foreign national know of your (proposed) customer employment?** *
○ Yes
⊘ No
○ I Don't Know

## UNESCORTED ACCESS

**Does the foreign national have unescorted access to your residence?** ∗

○ Yes
⊘ No
○ I Don't Know

## PERSONAL INFORMATION

**Has the foreign national attempted to gain personal information about you (or raised concerns regarding your personal information)?** ∗

○ Yes
⊘ No
○ I Don't Know

## ORGANIZATIONS SEEKING TO CHANGE U.S. GOVERNMENT POLICY

**Does the foreign national have any known participation or financial support to organizations seeking to change U.S. government policy by force or violence?** ∗

○ Yes   ⊘ No   ○ I Don't Know

## CEASE CONTACT

**On rare occasion, the employer may prohibit continued contact with certain foreign nationals. Are you willing to cease contact with this individual if directed to do so?** ∗

⊘ Yes   ○ No

## ADDITIONAL INFORMATION

**Do you have any additional information on the foreign national not covered in previous questions?** ∗

○ Yes   ⊘ No

## SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

---

## FOREIGN CONTACTS

Complete the following since you responded "Yes" to have, or have had, close and/or continuing contact with a foreign national. *(SF-86 Section 19, FNC)*

## FULL NAME

**Do you know any part of their full name?** ✳
⊘ Yes   ○ No

**First Name** ✳
▨▨▨▨
☐ I Don't Know  ☐ N/A

**Middle Name** ✳
▨▨▨▨▨▨▨▨
☐ I Don't Know  ☐ N/A

**Last Name** ✳
▨▨▨▨
☐ I Don't Know

**Suffix**
☑ I Don't Know  ☐ N/A

**Telecodes**
ⓘ Info

## DATES OF CONTACT

**Date of First Contact** ✳
▨▨▨▨
☑ Est.

**Date of Last Contact** ✳
▨▨▨▨
☑ Est.

## METHODS OF CONTACT

**Check all that apply.** ✳
☑ In person
☐ Written correspondence
☑ Telephone (speaking)
☑ Telephone (texting)
☑ E-Mail
☐ Online (messaging, chat rooms, social media, etc.)
☐ Electronic (other)
☐ Other

## FREQUENCY OF CONTACT

**What is the approximate frequency of contact?** ✳
○ Daily
○ Weekly
○ Monthly
⊘ Quarterly
○ Annually
○ Other

## FUTURE CONTACT

**Do you have plans to initiate or continue contact in the future?** ✳
⊘ Yes   ○ No

**Please describe the frequency, method, and purpose of future contact** ✳
▨▨▨▨▨▨▨▨▨▨▨▨
▨▨▨▨.

## NATURE OF RELATIONSHIP

**Check all that apply. ∗**

☐ Professional or Business
☑ Personal (such as family ties, friendship, affection, common interests, etc.)
☐ Obligation
☐ Other

**Please describe the specific nature of your relationship with the Foreign National (Mother, Father, Sister, Brother, Grandparent, Aunt, Uncle, In-laws, etc.) ∗**

XXXX

## HOW YOU MET

XXXXXXXXXXXXXXXXXXXXX

Nam XXXXXXXXXXXXXXXXXXX ∗

XXXXXXXXXXXXXXXXXXXXXX ∗

XXXXXXXXXXXX

## OTHER NAMES

Examples:
- Birth name/maiden name
- Name(s) by a former marriage
- Previous legal name(s)
- Alias(es)
- Nickname(s)

**Has the foreign national ever gone by another name? ∗**

○ Yes  ⊘ No  ○ I Don't Know

## CITIZENSHIP

Provide the country(ies) of citizenship (to include dual citizenships and past citizenships) for the foreign contact.

**Country ∗**

XXXXXXX ▾

**Status ∗**

XXXX ⌄

**From** XX

XXXX

☐ Est.

**To**

☐ Est.  ☑ Present

## DOCUMENTATION

**Do you have any identifying documentation and document numbers (e.g., alien registration, driver's license number, passport numbers, tax id numbers, cedula numbers, and any other information that typically is unique to an individual)?** ✱

○ Yes  ⊘ No

## TRIBAL AFFILIATION

**Do you know of any tribal, clan, and sub-clan that the foreign national is affiliated with?** ✱

○ Yes  ⊘ No  ○ I Don't Know

## GOVERNMENT/MILITARY AFFILIATION

**Is this foreign national affiliated with a foreign government, military, security, defense industry, intelligence service, or diplomatic corps?** ✱

○ Yes
⊘ No
○ I Don't Know

## DATE AND PLACE OF BIRTH

**Do you know their date of birth?** ✱
⊘ Yes  ○ No

**Do you know their city of birth?** ✱
⊘ Yes  ○ No

**Do you know their country of birth?** ✱
⊘ Yes  ○ No

**Date of Birth** ✱

XXXXX

☐ Est.

**City/Village/Province** ✱

XXXX

**Country** ✱

XXXXXX  ▾

## GENDER AND MARITAL STATUS

**Gender** ✱                                        ▾

XX

**Marital Status** ✱                                    ▾

XXXXXXXXX

## US-ISSUED VISA

**Does the foreign national possess or is in the process of obtaining a U.S.-issued visa?** ✱

○ Yes  ⊘ No  ○ I Don't Know

## ADDRESSES

**Do you know the current and/or past address(es) associated with the foreign national?** ✶

☑ Yes   ○ No

**Address location** ✶

○ In the United States   ☑ Outside the United States

▮▮▮▮▮▮▮▮▮▮▮▮ **include both the** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ✶

▮▮▮▮▮▮▮▮▮▮▮

**City** ✶                       ▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮           ▮▮▮▮▮▮▮                         ▾

**Type** ✶            ▮▮▮▮▮▮            **To**

▮▮▮▮▮ ▾       ▮▮▮▮▮▮
                     ▮▮▮
                                     ☐ Est.   ☑ Present

▮▮▮▮▮▮▮▮▮▮

**Do you know the current and/or past APO/FPO/DPO associated with the foreign national?** ✶

○ Yes   ☑ No

## PHONE NUMBERS

**Do you know any phone numbers associated with the foreign national?** ✶

☑ Yes   ○ No



**Type** ✶

○ U.S.   ☑ International   ○ Defense Switched Network (DSN)

**Phone Number** ✶            **Extension**            **Availability** ✶

▮▮▮▮▮▮▮▮▮▮                                       ○ Day   ○ Night   ☑ Both

▮▮▮▮▮▮            **Type** ✶            ▮▮▮▮▮▮▮▮▮▮▮            **Date of Last Use**

Personal ▾        Mobile ▾        ▮▮▮▮
                                 ☐ Est.              ☐ Est.   ☑ Present

▮▮▮▮▮▮▮▮▮▮

**Do you know any e-mail addresses associated with the foreign national?** ✶

☑ Yes   ○ No

**E-mail Address** ✱

XXXXXXXXXXXXXX

**Type** ✱                    **Date of First Use** ✱              **Date of Last Use**

Personal          ⌄          XXXXX

☑ Est.                            ☐ Est.  ☑ Present

## ONLINE IDENTITIES

**Do you know any screennames or other online identities associated with the foreign national?** ✱

○ Yes   ⊘ No

## EMPLOYMENT

**Do you know of any current or past employers for the foreign national?** ✱

○ Yes   ⊘ No

## KNOWS EMPLOYMENT

**Does the foreign national know of your (proposed) customer employment?** ✱

○ Yes
⊘ No
○ I Don't Know

## UNESCORTED ACCESS

**Does the foreign national have unescorted access to your residence?** ✱

○ Yes
⊘ No
○ I Don't Know

## PERSONAL INFORMATION

**Has the foreign national attempted to gain personal information about you (or raised concerns regarding your personal information)?** ✱

○ Yes
⊘ No
○ I Don't Know

## ORGANIZATIONS SEEKING TO CHANGE U.S. GOVERNMENT POLICY

**Does the foreign national have any known participation or financial support to organizations seeking to change U.S. government policy by force or violence?** ✶

○ Yes  ⊘ No  ○ I Don't Know

## CEASE CONTACT

**On rare occasion, the employer may prohibit continued contact with certain foreign nationals. Are you willing to cease contact with this individual if directed to do so?** ✶

⊘ Yes  ○ No

## ADDITIONAL INFORMATION

**Do you have any additional information on the foreign national not covered in previous questions?** ✶

○ Yes  ⊘ No

## SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

Contact served as a conscript in the Bundeswehr (West German army) in the late 1970s but has had no government or military affiliation since.

## FOREIGN CONTACTS

Complete the following since you responded "Yes" to have, or have had, close and/or continuing contact with a foreign national. *(SF-86 Section 19, FNC)*

## FULL NAME

**Do you know any part of their full name?** ✶

⊘ Yes  ○ No

| First Name ✶ | Middle Name ✶ | Last Name ✶ | Suffix |
|---|---|---|---|
| ███████████ | ███████████ | ███████████ | |
| ☐ I Don't Know  ☐ N/A | ☐ I Don't Know  ☐ N/A | ☐ I Don't Know | ☐ I Don't Know  ☑ N/A |

**Telecodes**

ⓘ Info

## DATES OF CONTACT

XXXXXXXXXXX *

**Date of First Contact** *

☑ Est.                                           ☐ Est.

## METHODS OF CONTACT

**Check all that apply.** *

☑ In person
☐ Written correspondence
☑ Telephone (speaking)
☑ Telephone (texting)
☑ E-Mail
☐ Online (messaging, chat rooms, social media, etc.)
☐ Electronic (other)
☐ Other

## FREQUENCY OF CONTACT

**What is the approximate frequency of contact?** *

○ Daily
○ Weekly
◉ Monthly
○ Quarterly
○ Annually
○ Other

## FUTURE CONTACT

**Do you have plans to initiate or continue contact in the future?** *

◉ Yes   ○ No

**Please describe the frequency, method, and purpose of future contact** *

XXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXX

## NATURE OF RELATIONSHIP

**Check all that apply.** *

☐ Professional or Business
☑ Personal (such as family ties, friendship, affection, common interests, etc.)
☐ Obligation
☐ Other

**Please describe the specific nature of your relationship with the Foreign National (Mother, Father, Sister, Brother, Grandparent, Aunt, Uncle, In-laws, etc.)** *

XXX

## HOW YOU MET

Provide circumstances of how you met the foreign national.

**Names of events or people involved** *

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXX *

XXXXXXXXXX

## OTHER NAMES

Examples:
- Birth name/maiden name
- Name(s) by a former marriage
- Previous legal name(s)
- Alias(es)
- Nickname(s)

**Has the foreign national ever gone by another name?** *

○ Yes  ☑ No  ○ I Don't Know

## CITIZENSHIP

Provide the country(ies) of citizenship (to include dual citizenships and past citizenships) for the foreign contact.

**Country** *

XXXXX XX

**Status** *

XXX

**From** *

XXX

☑ Est.

**To**

☐ Est.  ☑ Present

## DOCUMENTATION

**Do you have any identifying documentation and document numbers (e.g., alien registration, driver's license number, passport numbers, tax id numbers, cedula numbers, and any other information that typically is unique to an individual)?** *

○ Yes  ☑ No

## TRIBAL AFFILIATION

**Do you know of any tribal, clan, and sub-clan that the foreign national is affiliated with?** *

○ Yes  ☑ No  ○ I Don't Know

## GOVERNMENT/MILITARY AFFILIATION

**Is this foreign national affiliated with a foreign government, military, security, defense industry, intelligence service, or diplomatic corps?** *

○ Yes
⊘ No
○ I Don't Know

## DATE AND PLACE OF BIRTH

**Do you know their date of birth?** *
⊘ Yes    ○ No

██████████
██████
███.
███████████
██████

**Do you know their city of birth?** *
⊘ Yes    ○ No

**Do you know their country of birth?** *
⊘ Yes    ○ No

██████
████████████████ ▾

## GENDER AND MARITAL STATUS

G█████    ▾    ██████████
█████    ██████████    ▾

██████████

**Does the foreign national possess or is in the process of obtaining a U.S.-issued visa?** *
○ Yes    ⊘ No    ○ I Don't Know

## ADDRESSES

**Do you know the current and/or past address(es) associated with the foreign national?** *
⊘ Yes    ○ No



**Address location** ✱

○ In the United States    ⊘ Outside the United States

**Street Address (Please include both the street number and street name for a complete address)** ✱



**Type** ✱

Current

**From** ✱

01/2003

☑ Est.

**To**

☐ Est. ☑ Present

## APO/FPO/DPO ADDRESSES

**Do you know the current and/or past APO/FPO/DPO associated with the foreign national?** ✱

○ Yes ⊘ No

## PHONE NUMBERS

**Do you know any phone numbers associated with the foreign national?** ✱

⊘ Yes ○ No

**Type** ✱

○ U.S. ⊘ International ○ Defense Switched Network (DSN)

**Phone Number** ✱

**Extension**

**Availability** ✱

**Date of Last Use**

☐ Est. ☑ Present

**Xⓧⓧⓧ** any e-mail addresses associated with the foreign national? ✱

⊘ Xⓧⓧⓧ

**E-mail Address** ✳

XXXXXXXXXXXXX

XXXX ✳                    XXXXXXXXX                    Date of Last Use

XXXXX ⌄                   XXXXXX
                         ☑ Est.                        ☐ Est.  ☑ Present

XXXXXXXXXX

**Do you know any screennames or other online identities associated with the foreign national?** ✳

○ Yes  ⊘ No

## EMPLOYMENT

**Do you know of any current or past employers for the foreign national?** ✳

○ Yes  ⊘ No

## KNOWS EMPLOYMENT

**Does the foreign national know of your (proposed) customer employment?** ✳

○ Yes
⊘ No
○ I Don't Know

## UNESCORTED ACCESS

**Does the foreign national have unescorted access to your residence?** ✳

○ Yes
⊘ No
○ I Don't Know

## PERSONAL INFORMATION

**Has the foreign national attempted to gain personal information about you (or raised concerns regarding your personal information)?** ✳

○ Yes
⊘ No
○ I Don't Know

## ORGANIZATIONS SEEKING TO CHANGE U.S. GOVERNMENT POLICY

**Does the foreign national have any known participation or financial support to organizations seeking to change U.S. government policy by force or violence?** ✳

○ Yes  ☑ No  ○ I Don't Know

## CEASE CONTACT

**On rare occasion, the employer may prohibit continued contact with certain foreign nationals. Are you willing to cease contact with this individual if directed to do so?** ✳

☑ Yes  ○ No

## ADDITIONAL INFORMATION

**Do you have any additional information on the foreign national not covered in previous questions?** ✳

○ Yes  ☑ No

## SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

---

## FOREIGN CONTACTS

Complete the following since you responded "Yes" to have, or have had, close and/or continuing contact with a foreign national. *(SF-86 Section 19, FNC)*

## FULL NAME

**Do you know any part of their full name?** ✳

☑ Yes  ○ No

| First Name ✳ | Middle Name | Last Name ✳ | Suffix |
|---|---|---|---|
| ███████████████████████████ | | | |

☑ I Don't Know  ☐ N/A

**Telecodes**

ⓘ Info

## DATES OF CONTACT

**Date of First Contact** ✱

▓▓▓▓▓

☑ Est.

**Date of Last Contact** ✱

10/2021

☐ Est.

## METHODS OF CONTACT

**Check all that apply.** ✱

☑ In person
☐ Written correspondence
☑ Telephone (speaking)
☑ Telephone (texting)
☑ E-Mail
☐ Online (messaging, chat rooms, social media, etc.)
☐ Electronic (other)
☐ Other

## FREQUENCY OF CONTACT

**What is the approximate frequency of contact?** ✱

○ Daily
○ Weekly
◉ Monthly
○ Quarterly
○ Annually
○ Other

## FUTURE CONTACT

**Do you have plans to initiate or continue contact in the future?** ✱

◉ Yes    ○ No

**Please describe the frequency, method, and purpose of future contact** ✱

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

## NATURE OF RELATIONSHIP

**Check all that apply.** ✱

☑ Professional or Business
☐ Personal (such as family ties, friendship, affection, common interests, etc.)
☐ Obligation
☐ Other

**Please describe the specific nature of your relationship with the Foreign National (Mother, Father, Sister, Brother, Grandparent, Aunt, Uncle, in-laws, etc.)** ✱

Former intern, now works for me occasionally as a researcher.

## HOW YOU MET

Provide circumstances of how you met the foreign national.

**Names of events or people involved** ✳

███████████████████████████████████████████████████

███████████████████ **met** ✳

██████████

## OTHER NAMES

Examples:
- Birth name/maiden name
- Name(s) by a former marriage
- Previous legal name(s)
- Alias(es)
- Nickname(s)

**Has the foreign national ever gone by another name?** ✳

○ Yes   ○ No   ⊘ I Don't Know

## CITIZENSHIP

Provide the country(ies) of citizenship (to include dual citizenships and past citizenships) for the foreign contact.

██████                              ██████

| ██████████ ▾ |              ██████  ⌄

                                    **From** ✳

                                    ██████
                                    ☑ Est.

**To**

☐ Est.  ☑ Present

## DOCUMENTATION

**Do you have any identifying documentation and document numbers (e.g., alien registration, driver's license number, passport numbers, tax id numbers, cedula numbers, and any other information that typically is unique to an individual)?** ✳

○ Yes   ⊘ No

## TRIBAL AFFILIATION

**Do you know of any tribal, clan, and sub-clan that the foreign national is affiliated with?** ✳

○ Yes   ⊘ No   ○ I Don't Know

## GOVERNMENT/MILITARY AFFILIATION

**Is this foreign national affiliated with a foreign government, military, security, defense industry, intelligence service, or diplomatic corps?** *

○ Yes
○ No
◉ I Don't Know

## DATE AND PLACE OF BIRTH

**Do you know their date of birth?** *   ▨▨▨▨▨▨▨▨▨▨▨▨
○ Yes   ◉ No   ▨

**Do you know their city of birth?** *
○ Yes   ◉ No

**Do you know their country of birth?** *   **Provide explanation** *
○ Yes   ◉ No   ▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨.

## GENDER AND MARITAL STATUS

**Gender** *   **Marital Status** *
▨▨   ▾   ▨▨▨▨▨   ▾

## US-ISSUED VISA

**Does the foreign national possess or is in the process of obtaining a U.S.-issued visa?** *
○ Yes   ○ No   ◉ I Don't Know

## ADDRESSES

**Do you know the current and/or past address(es) associated with the foreign national?** *
◉ Yes   ○ No

**Address location** ✱
◉ In the United States   ○ Outside the United States



ZIP Code ✱
22310-___

**Type** ✱

To

☑ Est.   ☑ Present

**Do you know the current and/or past APO/FPO/DPO associated with the foreign national?** ✱
○ Yes   ◉ No

## PHONE NUMBERS

**Do you know any phone numbers associated with the foreign national?** ✱
◉ Yes   ○ No

**Type** ✱
◉ U.S.   ○ International   ○ Defense Switched Network (DSN)

**Phone Number** ✱                **Extension**                ◉ Both

**Purpose** ✱          **Type** ✱          **Date of First Use** ✱
Personal              Mobile              01/2019

☑ Est.   ☑ Present

## E-MAIL ADDRESSES

**Do you know any e-mail addresses associated with the foreign national?** ✱
◉ Yes   ○ No

**E-mail Address** ✱

▨▨▨▨▨▨▨▨▨▨▨▨▨

▨▨▨ ✱

▨▨▨▨▨

**Date of First Use** ✱

06/2015

☑ Est.

**Date of Last Use**

☐ Est.  ☑ Present

████████████

**Do you know any screennames or other online identities associated with the foreign national?** ✱

○ Yes   ⊘ No

## EMPLOYMENT

**Do you know of any current or past employers for the foreign national?** ✱

⊘ Yes   ○ No

| Employer Name * | Type * | Job Title * | Status * |
|---|---|---|---|
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | | Former ⌄ |

## Employment Telephone Number

**Type** *
○ U.S.   ○ International   ○ Defense Switched Network (DSN)   ⊘ I Don't Know

## Employment Dates

**Start Date** *

06/2019

☑ Est.

**End Date** *

08/2021

☑ Est.   ☐ Present

## Employer Address

⚠ **Important Note:** Failure to provide complete information will result in a delay in the processing of your paperwork and will require additional communication with you.

**Address location** *
⊘ In the United States   ○ Outside the United States   ○ I Don't Know

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ number and street name for a complete address) *

▓▓▓▓▓▓▓▓▓▓▓▓▓▓

| City * | State * | ▓▓▓▓ |
|---|---|---|
| ▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | |

## KNOWS EMPLOYMENT

**Does the foreign national know of your (proposed) customer employment?** *

○ Yes
⊘ No
○ I Don't Know

## UNESCORTED ACCESS

**Does the foreign national have unescorted access to your residence?** *

○ Yes
⊘ No
○ I Don't Know

## PERSONAL INFORMATION

**Has the foreign national attempted to gain personal information about you (or raised concerns regarding your personal information)?** *

○ Yes
⊘ No
○ I Don't Know

## ORGANIZATIONS SEEKING TO CHANGE U.S. GOVERNMENT POLICY

**Does the foreign national have any known participation or financial support to organizations seeking to change U.S. government policy by force or violence?** *

○ Yes   ⊘ No   ○ I Don't Know

## CEASE CONTACT

**On rare occasion, the employer may prohibit continued contact with certain foreign nationals. Are you willing to cease contact with this individual if directed to do so?** *

⊘ Yes   ○ No

## ADDITIONAL INFORMATION

**Do you have any additional information on the foreign national not covered in previous questions?** *

○ Yes   ⊘ No

## SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

---

## FOREIGN TRAVEL

Your response to the question(s) below determines which forms are required for this module. *(SF-86 Section 20C)*

**Have you traveled outside the U.S. in the last seven (7) years (2014-2021)?** *

○ Yes, but solely for U.S. Government business (i.e., NO personal trips in conjunction with the official U.S. Government business)
⊘ Yes, but NOT solely for U.S. Government business (i.e., includes personal trips in conjunction with the official U.S. Government business)
○ No



**Errors**

0

| From | To | Country | | Errors |
|---|---|---|---|---|
| 12/2019 | 12/2019 | | | 0 |
| 12/2019 | 12/2019 | | | 0 |
| 12/2019 | 12/2019 | | | 0 |
| 10/2019 | 10/2019 | | | 0 |
| 08/2019 | 08/2019 | | | 0 |
| 08/2019 | 08/2019 | | | 0 |
| 05/2019 | 05/2019 | | | 0 |
| 12/2018 | 12/2018 | | | 0 |
| 09/2018 | 09/2018 | | | 0 |
| 09/2017 | 09/2017 | | | 0 |
| 08/2017 | 08/2017 | | | 0 |
| 07/2017 | 07/2017 | | | 0 |
| 06/2017 | 06/2017 | | | 0 |
| 03/2017 | 03/2017 | | | 0 |
| 01/2017 | 01/2017 | | | 0 |
| 11/2016 | 11/2016 | | | 0 |
| 07/2016 | 07/2016 | | | 0 |
| 06/2016 | 06/2016 | | | 0 |
| 06/2016 | 06/2016 | | | 0 |
| 11/2015 | 05/2016 | | | 0 |
| 10/2015 | 10/2015 | | | 0 |
| 10/2015 | 10/2015 | | | 0 |
| 07/2015 | 07/2015 | | | 0 |
| 03/2015 | 06/2015 | | | 0 |
| 06/2014 | 06/2014 | | | 0 |
| 10/2013 | 01/2014 | | | 0 |

### FOREIGN TRAVEL

Complete the following since you responded "Yes" to having traveled outside the U.S. in the last seven (7) years (2014-2021) for other than solely U.S. Government business. Provide information about all such trips made outside the United States including personal trips made in conjunction with official U.S. Government business. *(SF-86 Section 20C)*

## COUNTRY VISITED

**Country** ✳

▨▨▨▨▨▨▨                                                                                    ▼

| **From** ✳ | **To** ✳ |
|---|---|
| 01/2020 | 01/2020 |
| ☐ Est. | ☐ Est.   ☐ Present |

## DURATION OF VISIT

**Provide the total number of days involved in the visit.** ✳

○ 1 - 5 days
○ 6 - 10 days
◉ 11 - 20 days
○ 21 - 30 days
○ More than 30 days
○ Many short trips

## PURPOSE OF VISIT

**Provide the purpose of the travel to this country. (Check all that apply.)** ✳
☑ Business/Professional conference
☐ Volunteer activities
☐ Education
☐ Tourism
☐ Trade shows, conferences, and seminars
☐ Visit family or friends
☐ Other

## WERE YOU QUESTIONED

**While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?** ✳
○ Yes   ◉ No

## ENCOUNTERED POLICE

**While traveling to, or in this country, were you involved in any encounter with the police?** ✳
○ Yes   ◉ No

## CONTACTED BY FOREIGN INTELLIGENCE

**While traveling to, or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations? ✱**

☑ Yes   ◯ No

**Provide explanation ✱**

▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨

## SECURITY ISSUES

**While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported? ✱**

◯ Yes   ☑ No

## CONTACTED ABOUT JOB

**While traveling to, or in this country, were you contacted by, on in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job? ✱**

◯ Yes   ☑ No

## CONTACTED ABOUT INFORMATION

**While traveling to, or in this country, were you contacted by, on in contact with anyone attempting to obtain classified information or unclassified, sensitive information? ✱**

◯ Yes   ☑ No

## PRESSURED BY FOREIGN INTELLIGENCE

**While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service? ✱**

◯ Yes   ☑ No

## SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨

## FOREIGN TRAVEL

Complete the following since you responded "Yes" to having traveled outside the U.S. in the last seven (7) years (2014-2021) for other than solely U.S. Government business. Provide information about all such trips made outside the United States including personal trips made in conjunction with official U.S. Government business. *(SF-86 Section 20C)*

## COUNTRY VISITED

**Country** ✶

▓▓▓▓▓▓ ▾

**From** ✶

▓▓▓▓

☐ Est.

**To** ✶

▓▓▓▓

☐ Est.    ☐ Present

## DURATION OF VISIT

**Provide the total number of days involved in the visit.** ✶

○ 1 - 5 days
○ 6 - 10 days
◉ 11 - 20 days
○ 21 - 30 days
○ More than 30 days
○ Many short trips

## PURPOSE OF VISIT

**Provide the purpose of the travel to this country. (Check all that apply.)** ✶

☑ Business/Professional conference
☐ Volunteer activities
☐ Education
☐ Tourism
☐ Trade shows, conferences, and seminars
☐ Visit family or friends
☐ Other

## WERE YOU QUESTIONED

**While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?** ✶

○ Yes    ◉ No

## ENCOUNTERED POLICE

**While traveling to, or in this country, were you involved in any encounter with the police?** ✶

○ Yes    ◉ No

## CONTACTED BY FOREIGN INTELLIGENCE

**While traveling to, or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations?** ✳

⊘ Yes   ○ No

**Provide explanation** ✳

▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨

## SECURITY ISSUES

**While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported?** ✳

○ Yes   ⊘ No

## CONTACTED ABOUT JOB

**While traveling to, or in this country, were you contacted by, on in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job?** ✳

○ Yes   ⊘ No

## CONTACTED ABOUT INFORMATION

**While traveling to, or in this country, were you contacted by, on in contact with anyone attempting to obtain classified information or unclassified, sensitive information?** ✳

○ Yes   ⊘ No

## PRESSURED BY FOREIGN INTELLIGENCE

**While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service?** ✳

○ Yes   ⊘ No

## SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨

## FOREIGN TRAVEL

Complete the following since you responded "Yes" to having traveled outside the U.S. in the last seven (7) years (2014-2021) for other than solely U.S. Government business. Provide information about all such trips made outside the United States including personal trips made in conjunction with official U.S. Government business. *(SF-86 Section 20C)*

## COUNTRY VISITED

**Country** *

▇▇▇▇▇ ▾

**From** *

12/2019

☐ Est.

**To** *

12/2019

☐ Est.  ☐ Present

## DURATION OF VISIT

**Provide the total number of days involved in the visit.** *

◉ 1 - 5 days
○ 6 - 10 days
○ 11 - 20 days
○ 21 - 30 days
○ More than 30 days
○ Many short trips

## PURPOSE OF VISIT

**Provide the purpose of the travel to this country. (Check all that apply.)** *

☑ Business/Professional conference
☐ Volunteer activities
☐ Education
☐ Tourism
☐ Trade shows, conferences, and seminars
☐ Visit family or friends
☐ Other

## WERE YOU QUESTIONED

**While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?** *

○ Yes  ◉ No

## ENCOUNTERED POLICE

**While traveling to, or in this country, were you involved in any encounter with the police?** *

○ Yes  ◉ No

## CONTACTED BY FOREIGN INTELLIGENCE

**While traveling to, or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations? ✳**

○ Yes  ⊘ No

## SECURITY ISSUES

**While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported? ✳**

○ Yes  ⊘ No

## CONTACTED ABOUT JOB

**While traveling to, or in this country, were you contacted by, on in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job? ✳**

○ Yes  ⊘ No

## CONTACTED ABOUT INFORMATION

**While traveling to, or in this country, were you contacted by, on in contact with anyone attempting to obtain classified information or unclassified, sensitive information? ✳**

○ Yes  ⊘ No

## PRESSURED BY FOREIGN INTELLIGENCE

**While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service? ✳**

○ Yes  ⊘ No

## SUPPLEMENTAL EXPLANATION (OPTIONAL)

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXX

XXXXXXXXXXXXX

## FOREIGN TRAVEL

Complete the following since you responded "Yes" to having traveled outside the U.S. in the last seven (7) years (2014-2021) for other than solely U.S. Government business. Provide information about all such trips made outside the United States including personal trips made in conjunction with official U.S. Government business. *(SF-86 Section 20C)*

## COUNTRY VISITED

**Country** ✱

▨▨▨▨▨▨                                                                        ▾

**From** ✱                                                          **To** ✱

▨▨▨▨                                                                12/2019

☐ Est.                                                              ☐ Est.   ☐ Present

## DURATION OF VISIT

**Provide the total number of days involved in the visit.** ✱

◉ 1 - 5 days
○ 6 - 10 days
○ 11 - 20 days
○ 21 - 30 days
○ More than 30 days
○ Many short trips

## PURPOSE OF VISIT

**Provide the purpose of the travel to this country. (Check all that apply.)** ✱

☐ Business/Professional conference
☐ Volunteer activities
☐ Education
☑ Tourism
☐ Trade shows, conferences, and seminars
☐ Visit family or friends
☐ Other

## WERE YOU QUESTIONED

**While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?** ✱

○ Yes   ◉ No

## ENCOUNTERED POLICE

**While traveling to, or in this country, were you involved in any encounter with the police?** ✱

○ Yes   ◉ No

## CONTACTED BY FOREIGN INTELLIGENCE

**While traveling to, or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations? ✳**

○ Yes   ⊘ No

## SECURITY ISSUES

**While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported? ✳**

○ Yes   ⊘ No

## CONTACTED ABOUT JOB

**While traveling to, or in this country, were you contacted by, on in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job? ✳**

○ Yes   ⊘ No

## CONTACTED ABOUT INFORMATION

**While traveling to, or in this country, were you contacted by, on in contact with anyone attempting to obtain classified information or unclassified, sensitive information? ✳**

○ Yes   ⊘ No

## PRESSURED BY FOREIGN INTELLIGENCE

**While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service? ✳**

○ Yes   ⊘ No

## SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

## FOREIGN TRAVEL

Complete the following since you responded "Yes" to having traveled outside the U.S. in the last seven (7) years (2014-2021) for other than solely U.S. Government business. Provide information about all such trips made outside the United States including personal trips made in conjunction with official U.S. Government business. *(SF-86 Section 20C)*

## COUNTRY VISITED

▨▨▨▨ *

▨▨▨▨▨▨▨▨▨▨  ▾

**From** *

▨▨▨▨

☐ Est.

**To** *

▨▨▨

☐ Est.  ☐ Present

## DURATION OF VISIT

**Provide the total number of days involved in the visit.** *

○ 1 - 5 days
⊘ 6 - 10 days
○ 11 - 20 days
○ 21 - 30 days
○ More than 30 days
○ Many short trips

## PURPOSE OF VISIT

**Provide the purpose of the travel to this country. (Check all that apply.)** *

☑ Business/Professional conference
☐ Volunteer activities
☐ Education
☐ Tourism
☐ Trade shows, conferences, and seminars
☐ Visit family or friends
☐ Other

## WERE YOU QUESTIONED

**While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?** *

○ Yes  ⊘ No

## ENCOUNTERED POLICE

**While traveling to, or in this country, were you involved in any encounter with the police?** *

○ Yes  ⊘ No

## CONTACTED BY FOREIGN INTELLIGENCE

**While traveling to, or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations?** ✷

⊘ Yes    ○ No

**Provide explanation** ✷



## SECURITY ISSUES

**While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported?** ✷

○ Yes    ⊘ No

## CONTACTED ABOUT JOB

**While traveling to, or in this country, were you contacted by, on in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job?** ✷

○ Yes    ⊘ No

## CONTACTED ABOUT INFORMATION

**While traveling to, or in this country, were you contacted by, on in contact with anyone attempting to obtain classified information or unclassified, sensitive information?** ✷

○ Yes    ⊘ No

## PRESSURED BY FOREIGN INTELLIGENCE

**While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service?** ✷

○ Yes    ⊘ No

## SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

## FOREIGN TRAVEL

Complete the following since you responded "Yes" to having traveled outside the U.S. in the last seven (7) years (2014-2021) for other than solely U.S. Government business. Provide information about all such trips made outside the United States including personal trips made in conjunction with official U.S. Government business. *(SF-86 Section 20C)*

██████████

**Country** ∗

██████████                                                                    ▼

**From** ∗                                              **To** ∗

████                                                    ████

☐ Est.                                                  ☐ Est.  ☐ Present

## DURATION OF VISIT

**Provide the total number of days involved in the visit.** ∗

○ 1 - 5 days
⊘ 6 - 10 days
○ 11 - 20 days
○ 21 - 30 days
○ More than 30 days
○ Many short trips

## PURPOSE OF VISIT

**Provide the purpose of the travel to this country. (Check all that apply.)** ∗
☑ Business/Professional conference
☐ Volunteer activities
☐ Education
☐ Tourism
☐ Trade shows, conferences, and seminars
☐ Visit family or friends
☐ Other

## WERE YOU QUESTIONED

**While traveling to, or in this country, were you questioned,
searched, or otherwise detained (other than for normal
customs requirements) by the local customs or security
service officials when entering or leaving this country?** ∗
○ Yes  ⊘ No

## ENCOUNTERED POLICE

**While traveling to, or in this country, were you involved in
any encounter with the police?** ∗
○ Yes  ⊘ No

## CONTACTED BY FOREIGN INTELLIGENCE

**While traveling to, or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations? ✳**

⊘ Yes    ○ No

**Provide explanation ✳**

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

## SECURITY ISSUES

**While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported? ✳**

○ Yes    ⊘ No

## CONTACTED ABOUT JOB

**While traveling to, or in this country, were you contacted by, on in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job? ✳**

○ Yes    ⊘ No

## CONTACTED ABOUT INFORMATION

**While traveling to, or in this country, were you contacted by, on in contact with anyone attempting to obtain classified information or unclassified, sensitive information? ✳**

○ Yes    ⊘ No

## PRESSURED BY FOREIGN INTELLIGENCE

**While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service? ✳**

○ Yes    ⊘ No

## SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

## FOREIGN TRAVEL

Complete the following since you responded "Yes" to having traveled outside the U.S. in the last seven (7) years (2014-2021) for other than solely U.S. Government business. Provide information about all such trips made outside the United States including personal trips made in conjunction with official U.S. Government business. *(SF-86 Section 20C)*

## COUNTRY VISITED

**Country** ✱

XXXXXX ▼

**From** ✱

08/2019

☐ Est.

**To** ✱

08/2019

☐ Est.   ☐ Present

## DURATION OF VISIT

**Provide the total number of days involved in the visit.** ✱

◉ 1 - 5 days
○ 6 - 10 days
○ 11 - 20 days
○ 21 - 30 days
○ More than 30 days
○ Many short trips

## PURPOSE OF VISIT

**Provide the purpose of the travel to this country. (Check all that apply.)** ✱

☐ Business/Professional conference
☐ Volunteer activities
☐ Education
☑ Tourism
☐ Trade shows, conferences, and seminars
☐ Visit family or friends
☐ Other

## WERE YOU QUESTIONED

**While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?** ✱

○ Yes   ◉ No

## ENCOUNTERED POLICE

**While traveling to, or in this country, were you involved in any encounter with the police?** ✱

○ Yes   ◉ No

## CONTACTED BY FOREIGN INTELLIGENCE

**While traveling to, or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations? ✳**

○ Yes  ⊘ No

## SECURITY ISSUES

**While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported? ✳**

○ Yes  ⊘ No

## CONTACTED ABOUT JOB

**While traveling to, or in this country, were you contacted by, on in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job? ✳**

○ Yes  ⊘ No

## CONTACTED ABOUT INFORMATION

**While traveling to, or in this country, were you contacted by, on in contact with anyone attempting to obtain classified information or unclassified, sensitive information? ✳**

○ Yes  ⊘ No

## PRESSURED BY FOREIGN INTELLIGENCE

**While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service? ✳**

○ Yes  ⊘ No

## SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

## FOREIGN TRAVEL

Complete the following since you responded "Yes" to having traveled outside the U.S. in the last seven (7) years (2014-2021) for other than solely U.S. Government business. Provide information about all such trips made outside the United States including personal trips made in conjunction with official U.S. Government business. *(SF-86 Section 20C)*

## COUNTRY VISITED

**Country** ✳

XXXXXXXXX

**From** ✳

XXX

☐ Est.

**To** ✳

XXXX

☐ Est.   ☐ Present

## DURATION OF VISIT

**Provide the total number of days involved in the visit.** ✳

○ 1 - 5 days
◉ 6 - 10 days
○ 11 - 20 days
○ 21 - 30 days
○ More than 30 days
○ Many short trips

## PURPOSE OF VISIT

**Provide the purpose of the travel to this country. (Check all that apply.)** ✳

☐ Business/Professional conference
☐ Volunteer activities
☐ Education
☐ Tourism
☐ Trade shows, conferences, and seminars
☑ Visit family or friends
☑ Other

## WERE YOU QUESTIONED

**While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?** ✳

○ Yes   ◉ No

## ENCOUNTERED POLICE

**While traveling to, or in this country, were you involved in any encounter with the police?** ✳

○ Yes   ◉ No

## CONTACTED BY FOREIGN INTELLIGENCE

**While traveling to, or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations?** ✶

○ Yes   ⊘ No

## SECURITY ISSUES

**While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported?** ✶

○ Yes   ⊘ No

## CONTACTED ABOUT JOB

**While traveling to, or in this country, were you contacted by, on in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job?** ✶

○ Yes   ⊘ No

## CONTACTED ABOUT INFORMATION

**While traveling to, or in this country, were you contacted by, on in contact with anyone attempting to obtain classified information or unclassified, sensitive information?** ✶

○ Yes   ⊘ No

## PRESSURED BY FOREIGN INTELLIGENCE

**While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service?** ✶

○ Yes   ⊘ No

## SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

"Other" = wedding.

## FOREIGN TRAVEL

Complete the following since you responded "Yes" to having traveled outside the U.S. in the last seven (7) years (2014-2021) for other than solely U.S. Government business. Provide information about all such trips made outside the United States including personal trips made in conjunction with official U.S. Government business. *(SF-86 Section 20C)*

## COUNTRY VISITED

████████

████████  ▼

**From** ∗                          **To** ██

████████                  ████████

☐ Est.                     ☐ Est.  ☐ Present

## DURATION OF VISIT

**Provide the total number of days involved in the visit.** ∗

- ⊘ 1 - 5 days
- ○ 6 - 10 days
- ○ 11 - 20 days
- ○ 21 - 30 days
- ○ More than 30 days
- ○ Many short trips

## PURPOSE OF VISIT

**Provide the purpose of the travel to this country. (Check all that apply.)** ∗

- ☑ Business/Professional conference
- ☐ Volunteer activities
- ☐ Education
- ☐ Tourism
- ☐ Trade shows, conferences, and seminars
- ☐ Visit family or friends
- ☐ Other

## WERE YOU QUESTIONED

**While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?** ∗

- ○ Yes  ⊘ No

## ENCOUNTERED POLICE

**While traveling to, or in this country, were you involved in any encounter with the police?** ∗

- ○ Yes  ⊘ No

## CONTACTED BY FOREIGN INTELLIGENCE

**While traveling to, or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations?** ✴

○ Yes   ⊘ No

## SECURITY ISSUES

**While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported?** ✴

○ Yes   ⊘ No

## CONTACTED ABOUT JOB

**While traveling to, or in this country, were you contacted by, on in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job?** ✴

○ Yes   ⊘ No

## CONTACTED ABOUT INFORMATION

**While traveling to, or in this country, were you contacted by, on in contact with anyone attempting to obtain classified information or unclassified, sensitive information?** ✴

○ Yes   ⊘ No

## PRESSURED BY FOREIGN INTELLIGENCE

**While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service?** ✴

○ Yes   ⊘ No

## SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**



## FOREIGN TRAVEL

Complete the following since you responded "Yes" to having traveled outside the U.S. in the last seven (7) years (2014-2021) for other than solely U.S. Government business. Provide information about all such trips made outside the United States including personal trips made in conjunction with official U.S. Government business. *(SF-86 Section 20C)*

## COUNTRY VISITED

**Country** ✳

▨▨▨▨▨▨ ▾

**From** ✳

09/2018

☐ Est.

**To** ✳

09/2018

☐ Est.   ☐ Present

## DURATION OF VISIT

**Provide the total number of days involved in the visit.** ✳

○ 1 - 5 days
○ 6 - 10 days
◉ 11 - 20 days
○ 21 - 30 days
○ More than 30 days
○ Many short trips

## PURPOSE OF VISIT

**Provide the purpose of the travel to this country. (Check all that apply.)** ✳

☑ Business/Professional conference
☐ Volunteer activities
☐ Education
☑ Tourism
☐ Trade shows, conferences, and seminars
☐ Visit family or friends
☐ Other

## WERE YOU QUESTIONED

**While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?** ✳

○ Yes   ◉ No

## ENCOUNTERED POLICE

**While traveling to, or in this country, were you involved in any encounter with the police?** ✳

○ Yes   ◉ No

## CONTACTED BY FOREIGN INTELLIGENCE

**While traveling to, or in this country, were you contacted by, or in contact with any person known or suspected of being** ⬛⬛⬛⬛⬛⬛⬛⬛

⬛⬛⬛⬛⬛⬛⬛⬛⬛

**Provide explanation** ∗

⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
⬛⬛⬛⬛⬛.

⬛⬛⬛⬛⬛⬛

⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ ∗
⬛⬛⬛⬛

⬛⬛⬛⬛⬛⬛⬛

⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ of ⬛⬛⬛⬛⬛⬛⬛ ∗

○ Yes  ⊘ No

⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛

⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
**information or unclassified, sensitive** ⬛⬛⬛⬛⬛⬛? ∗

○ Yes  ⊘ No

⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛

⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛,
⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
**service?** ∗
⬛⬛⬛⬛

## SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

## FOREIGN TRAVEL

Complete the following since you responded "Yes" to having traveled outside the U.S. in the last seven (7) years (2014-2021) for other than solely U.S. Government business. Provide information about all such trips made outside the United States including personal trips made in conjunction with official U.S. Government business. *(SF-86 Section 20C)*

## COUNTRY VISITED

**Country** ✶

▓▓XXX▓▓▓▓▓▓▓                                                                 ▼

F▓XXX▓                                          To ✶

XXXX                                            ▓▓▓▓▓▓▓▓▓▓▓▓▓

☐ Est.                                          ☐ Est. ☐ Present

## DURATION OF VISIT

**Provide the total number of days involved in the visit.** ✶

○ 1 - 5 days
◉ 6 - 10 days
○ 11 - 20 days
○ 21 - 30 days
○ More than 30 days
○ Many short trips

## PURPOSE OF VISIT

**Provide the purpose of the travel to this country. (Check all that apply.)** ✶
☑ Business/Professional conference
☐ Volunteer activities
☐ Education
☐ Tourism
☐ Trade shows, conferences, and seminars
☐ Visit family or friends
☐ Other

## WERE YOU QUESTIONED

**While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?** ✶
○ Yes  ◉ No

## ENCOUNTERED POLICE

**While traveling to, or in this country, were you involved in any encounter with the police?** ✶
○ Yes  ◉ No

## CONTACTED BY FOREIGN INTELLIGENCE

**While traveling to, or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations?** ✱

☑ Yes    ○ No

Provide explanation ✱



## SECURITY ISSUES

**While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported?** ✱

○ Yes    ☑ No

## CONTACTED ABOUT JOB

**While traveling to, or in this country, were you contacted by, on in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job?** ✱

○ Yes    ☑ No

## CONTACTED ABOUT INFORMATION

**While traveling to, or in this country, were you contacted by, on in contact with anyone attempting to obtain classified information or unclassified, sensitive information?** ✱

○ Yes    ☑ No

## PRESSURED BY FOREIGN INTELLIGENCE

**While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service?** ✱

○ Yes    ☑ No

## SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

---

### FOREIGN TRAVEL

Complete the following since you responded "Yes" to having traveled outside the U.S. in the last seven (7) years (2014-2021) for other than solely U.S. Government business. Provide information about all such trips made outside the United States including personal trips made in conjunction with official U.S. Government business. *(SF-86 Section 20C)*

## COUNTRY VISITED

████████

| ████████ | ▾ |

████          ███

| ████████ |          | ████████ |

██                                    ☐ Est.  ☐ Present

████████████

████████████████████████████ ∗

○ 1 - 5 days
████████████
○ 11 - 20 days
○ ████████
○ ████████████
████████████

████████████

**Provide the purpose of the travel to this country. (Check all that apply.)** ∗

☐ Business/Professional conference
☐ Volunteer activities
☐ Education
☑ Tourism
☐ Trade shows, conferences, and seminars
☐ Visit family or friends
☐ Other

## WERE YOU QUESTIONED

**While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?** ∗

○ Yes  ⊘ No

## ENCOUNTERED POLICE

**While traveling to, or in this country, were you involved in any encounter with the police?** ∗

○ Yes  ⊘ No

## CONTACTED BY FOREIGN INTELLIGENCE

**While traveling to, or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations?** ✳

○ Yes  ⊘ No

## SECURITY ISSUES

**While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported?** ✳

○ Yes  ⊘ No

## CONTACTED ABOUT JOB

**While traveling to, or in this country, were you contacted by, on in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job?** ✳

○ Yes  ⊘ No

## CONTACTED ABOUT INFORMATION

**While traveling to, or in this country, were you contacted by, on in contact with anyone attempting to obtain classified information or unclassified, sensitive information?** ✳

○ Yes  ⊘ No

## PRESSURED BY FOREIGN INTELLIGENCE

**While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service?** ✳

○ Yes  ⊘ No

## SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

## FOREIGN TRAVEL

Complete the following since you responded "Yes" to having traveled outside the U.S. in the last seven (7) years (2014-2021) for other than solely U.S. Government business. Provide information about all such trips made outside the United States including personal trips made in conjunction with official U.S. Government business. *(SF-86 Section 20C)*

## COUNTRY VISITED

**Country** ✶

�largeblank XXXX ▾

**From** ✶

XXXX

☐ Est.

**To** ✶

07/2017

☐ Est.  XXXX

## DURATION OF VISIT

**Provide the total number of days involved in the visit.** ✶

⊘ 1 - 5 days
◯ 6 - 10 days
◯ 11 - 20 days
◯ 21 - 30 days
◯ More than 30 days
◯ Many short trips

## PURPOSE OF VISIT

**Provide the purpose of the travel to this country. (Check all that apply.)** ✶
☐ Business/Professional conference
☐ Volunteer activities
☐ Education
☑ Tourism
☐ Trade shows, conferences, and seminars
☐ Visit family or friends
☐ Other

## WERE YOU QUESTIONED

**While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?** ✶
◯ Yes  ⊘ No

## ENCOUNTERED POLICE

**While traveling to, or in this country, were you involved in any encounter with the police?** ✶
◯ Yes  ⊘ No

## CONTACTED BY FOREIGN INTELLIGENCE

**While traveling to, or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations? ✳**

○ Yes  ⊘ No

## SECURITY ISSUES

**While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported? ✳**

○ Yes  ⊘ No

## CONTACTED ABOUT JOB

**While traveling to, or in this country, were you contacted by, on in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job? ✳**

○ Yes  ⊘ No

## CONTACTED ABOUT INFORMATION

**While traveling to, or in this country, were you contacted by, on in contact with anyone attempting to obtain classified information or unclassified, sensitive information? ✳**

○ Yes  ⊘ No

## PRESSURED BY FOREIGN INTELLIGENCE

**While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service? ✳**

○ Yes  ⊘ No

## SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

## FOREIGN TRAVEL

Complete the following since you responded "Yes" to having traveled outside the U.S. in the last seven (7) years (2014-2021) for other than solely U.S. Government business. Provide information about all such trips made outside the United States including personal trips made in conjunction with official U.S. Government business. *(SF-86 Section 20C)*

## COUNTRY VISITED

**Country** *



**Fr**

☐ Est.         ☐ Est. ☐ Present

## DURATION OF VISIT

**Provide the total number of days involved in the visit.** *

○ 1 - 5 days
○ 6 - 10 days
◉ 11 - 20 days
○ 21 - 30 days
○ More than 30 days
○ Many short trips

## PURPOSE OF VISIT

**Provide the purpose of the travel to this country. (Check all that apply.)** *

☐ Business/Professional conference
☐ Volunteer activities
☐ Education
☐ Tourism
☐ Trade shows, conferences, and seminars
☑ Visit family or friends
☑ Other

## WERE YOU QUESTIONED

**While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?** *

○ Yes ◉ No

## ENCOUNTERED POLICE

**While traveling to, or in this country, were you involved in any encounter with the police?** *

○ Yes ◉ No

## CONTACTED BY FOREIGN INTELLIGENCE

**While traveling to, or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations?** ✳

○ Yes  ⊘ No

## SECURITY ISSUES

**While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported?** ✳

○ Yes  ⊘ No

## CONTACTED ABOUT JOB

**While traveling to, or in this country, were you contacted by, on in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job?** ✳

○ Yes  ⊘ No

## CONTACTED ABOUT INFORMATION

**While traveling to, or in this country, were you contacted by, on in contact with anyone attempting to obtain classified information or unclassified, sensitive information?** ✳

○ Yes  ⊘ No

## PRESSURED BY FOREIGN INTELLIGENCE

**While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service?** ✳

○ Yes  ⊘ No

## SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

## FOREIGN TRAVEL

Complete the following since you responded "Yes" to having traveled outside the U.S. in the last seven (7) years (2014-2021) for other than solely U.S. Government business. Provide information about all such trips made outside the United States including personal trips made in conjunction with official U.S. Government business. *(SF-86 Section 20C)*

## COUNTRY VISITED

**Country** ✱

▮▮▮▮▮▮ ▾

▮▮▮▮▮                                    ▮▮▮

▮▮▮▮▮                                    ▮▮▮▮▮
▮▮.                                      ▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ✱
▮▮▮▮▮▮
▮▮▮▮▮▮▮
▮▮▮▮▮▮▮
○ ▮▮▮▮▮▮▮
○ ▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮

**Provide the purpose of the travel to this country. (Check all that apply.)** ✱
☐ Business/Professional conference
☐ Volunteer activities
☐ Education
☐ Tourism
☐ Trade shows, conferences, and seminars
☑ Visit family or friends
☑ Other

## WERE YOU QUESTIONED

**While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?** ✱
○ Yes  ⊘ No

## ENCOUNTERED POLICE

**While traveling to, or in this country, were you involved in any encounter with the police?** ✱
○ Yes  ⊘ No

## CONTACTED BY FOREIGN INTELLIGENCE

**While traveling to, or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations? ✳**

○ Yes  ⊘ No

## SECURITY ISSUES

**While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported? ✳**

○ Yes  ⊘ No

## CONTACTED ABOUT JOB

**While traveling to, or in this country, were you contacted by, on in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job? ✳**

○ Yes  ⊘ No

## CONTACTED ABOUT INFORMATION

**While traveling to, or in this country, were you contacted by, on in contact with anyone attempting to obtain classified information or unclassified, sensitive information? ✳**

○ Yes  ⊘ No

## PRESSURED BY FOREIGN INTELLIGENCE

**While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service? ✳**

○ Yes  ⊘ No

## SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

"Other" = cousin's wedding.

## FOREIGN TRAVEL

Complete the following since you responded "Yes" to having traveled outside the U.S. in the last seven (7) years (2014-2021) for other than solely U.S. Government business. Provide information about all such trips made outside the United States including personal trips made in conjunction with official U.S. Government business. *(SF-86 Section 20C)*

## COUNTRY VISITED

**Country** *



**F**

☐

## DURATION OF VISIT

**Provide the total number of days involved in the visit.** *

○ 1 - 5 days
◉ 6 - 10 days
○ 11 - 20 days
○ 21 - 30 days
○ More than 30 days
○ Many short trips

## PURPOSE OF VISIT

**Provide the purpose of the travel to this country. (Check all that apply.)** *

☐ Business/Professional conference
☐ Volunteer activities
☐ Education
☑ Tourism
☐ Trade shows, conferences, and seminars
☐ Visit family or friends
☐ Other

## WERE YOU QUESTIONED

**While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?** *

○ Yes   ◉ No

## ENCOUNTERED POLICE

**While traveling to, or in this country, were you involved in any encounter with the police?** *

○ Yes   ◉ No

## CONTACTED BY FOREIGN INTELLIGENCE

**While traveling to, or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations? ∗**

○ Yes   ⊘ No

## SECURITY ISSUES

**While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported? ∗**

○ Yes   ⊘ No

## CONTACTED ABOUT JOB

**While traveling to, or in this country, were you contacted by, on in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job? ∗**

○ Yes   ⊘ No

## CONTACTED ABOUT INFORMATION

**While traveling to, or in this country, were you contacted by, on in contact with anyone attempting to obtain classified information or unclassified, sensitive information? ∗**

○ Yes   ⊘ No

## PRESSURED BY FOREIGN INTELLIGENCE

**While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service? ∗**

○ Yes   ⊘ No

## SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

## FOREIGN TRAVEL

Complete the following since you responded "Yes" to having traveled outside the U.S. in the last seven (7) years (2014-2021) for other than solely U.S. Government business. Provide information about all such trips made outside the United States including personal trips made in conjunction with official U.S. Government business. *(SF-86 Section 20C)*

## COUNTRY VISITED

**Country** *



## DURATION OF VISIT

**Provide the total number of days involved in the visit.** *

○ 1 - 5 days
○ 6 - 10 days
⊘ 11 - 20 days
○ 21 - 30 days
○ More than 30 days
○ Many short trips

## PURPOSE OF VISIT

**Provide the purpose of the travel to this country. (Check all that apply.)** *

☐ Business/Professional conference
☑ Volunteer activities
☐ Education
☑ Tourism
☐ Trade shows, conferences, and seminars
☐ Visit family or friends
☐ Other

## WERE YOU QUESTIONED

**While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?** *

○ Yes   ⊘ No

## ENCOUNTERED POLICE

**While traveling to, or in this country, were you involved in any encounter with the police?** *

○ Yes   ⊘ No

## CONTACTED BY FOREIGN INTELLIGENCE

**While traveling to, or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations? ✶**

○ Yes  ⊘ No

## SECURITY ISSUES

**While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported? ✶**

○ Yes  ⊘ No

## CONTACTED ABOUT JOB

**While traveling to, or in this country, were you contacted by, on in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job? ✶**

○ Yes  ⊘ No

## CONTACTED ABOUT INFORMATION

**While traveling to, or in this country, were you contacted by, on in contact with anyone attempting to obtain classified information or unclassified, sensitive information? ✶**

○ Yes  ⊘ No

## PRESSURED BY FOREIGN INTELLIGENCE

**While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service? ✶**

○ Yes  ⊘ No

## SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

## FOREIGN TRAVEL

Complete the following since you responded "Yes" to having traveled outside the U.S. in the last seven (7) years (2014-2021) for other than solely U.S. Government business. Provide information about all such trips made outside the United States including personal trips made in conjunction with official U.S. Government business. *(SF-86 Section 20C)*

## COUNTRY VISITED

**Country** ✳

▓▓▓▓▓▓                                                                ▼

▓▓▓▓▓                                        ▓▓

▓▓▓▓▓                                        ▓▓▓▓
☐ Est.                                       ☐ Est.  ☐ Present

▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ✳
▓▓▓▓▓▓▓
▓▓▓▓▓▓▓
○ 11 - 20 days
▓▓▓▓▓▓▓
○ ▓▓▓▓▓▓▓▓▓▓
○ ▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓

**Provide the purpose of the travel to this country. (Check all that apply.)** ✳
☐ Business/Professional conference
☐ Volunteer activities
☐ Education
☐ Tourism
☐ Trade shows, conferences, and seminars
☑ Visit family or friends
☑ Other

## WERE YOU QUESTIONED

**While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?** ✳
○ Yes   ⊘ No

## ENCOUNTERED POLICE

**While traveling to, or in this country, were you involved in any encounter with the police?** ✳
○ Yes   ⊘ No

## CONTACTED BY FOREIGN INTELLIGENCE

**While traveling to, or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations? ✳**

○ Yes   ⊘ No

## SECURITY ISSUES

**While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported? ✳**

○ Yes   ⊘ No

## CONTACTED ABOUT JOB

**While traveling to, or in this country, were you contacted by, on in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job? ✳**

○ Yes   ⊘ No

## CONTACTED ABOUT INFORMATION

**While traveling to, or in this country, were you contacted by, on in contact with anyone attempting to obtain classified information or unclassified, sensitive information? ✳**

○ Yes   ⊘ No

## PRESSURED BY FOREIGN INTELLIGENCE

**While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service? ✳**

○ Yes   ⊘ No

## SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

"Other" = friend's wedding.

## FOREIGN TRAVEL

Complete the following since you responded "Yes" to having traveled outside the U.S. in the last seven (7) years (2014-2021) for other than solely U.S. Government business. Provide information about all such trips made outside the United States including personal trips made in conjunction with official U.S. Government business. *(SF-86 Section 20C)*

## COUNTRY VISITED



## DURATION OF VISIT

**Provide the total number of days involved in the visit.** ✱

- ⊘ 1 - 5 days
- ○ 6 - 10 days
- ○ 11 - 20 days
- ○ 21 - 30 days
- ○ More than 30 days
- ○ Many short trips

## PURPOSE OF VISIT

**Provide the purpose of the travel to this country. (Check all that apply.)** ✱

- ☐ Business/Professional conference
- ☐ Volunteer activities
- ☐ Education
- ☑ Tourism
- ☐ Trade shows, conferences, and seminars
- ☐ Visit family or friends
- ☐ Other

## WERE YOU QUESTIONED

**While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?** ✱

- ○ Yes   ⊘ No

## ENCOUNTERED POLICE

**While traveling to, or in this country, were you involved in any encounter with the police?** ✱

- ○ Yes   ⊘ No

## CONTACTED BY FOREIGN INTELLIGENCE

**While traveling to, or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations?** ✶

○ Yes  ⊘ No

## SECURITY ISSUES

**While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported?** ✶

○ Yes  ⊘ No

## CONTACTED ABOUT JOB

**While traveling to, or in this country, were you contacted by, on in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job?** ✶

○ Yes  ⊘ No

## CONTACTED ABOUT INFORMATION

**While traveling to, or in this country, were you contacted by, on in contact with anyone attempting to obtain classified information or unclassified, sensitive information?** ✶

○ Yes  ⊘ No

## PRESSURED BY FOREIGN INTELLIGENCE

**While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service?** ✶

○ Yes  ⊘ No

## SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

---

## FOREIGN TRAVEL

Complete the following since you responded "Yes" to having traveled outside the U.S. in the last seven (7) years (2014-2021) for other than solely U.S. Government business. Provide information about all such trips made outside the United States including personal trips made in conjunction with official U.S. Government business. *(SF-86 Section 20C)*

## COUNTRY VISITED

Country *



## DURATION OF VISIT

**Provide the total number of days involved in the visit.** *

- ⊘ 1 - 5 days
- ○ 6 - 10 days
- ○ 11 - 20 days
- ○ 21 - 30 days
- ○ More than 30 days
- ○ Many short trips

## PURPOSE OF VISIT

**Provide the purpose of the travel to this country. (Check all that apply.)** *

- ☐ Business/Professional conference
- ☐ Volunteer activities
- ☐ Education
- ☑ Tourism
- ☐ Trade shows, conferences, and seminars
- ☐ Visit family or friends
- ☐ Other

## WERE YOU QUESTIONED

**While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?** *

○ Yes   ⊘ No

## ENCOUNTERED POLICE

**While traveling to, or in this country, were you involved in any encounter with the police?** *

○ Yes   ⊘ No

## CONTACTED BY FOREIGN INTELLIGENCE

**While traveling to, or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations? ✱**

○ Yes  ⊘ No

## SECURITY ISSUES

**While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported? ✱**

○ Yes  ⊘ No

## CONTACTED ABOUT JOB

**While traveling to, or in this country, were you contacted by, on in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job? ✱**

○ Yes  ⊘ No

## CONTACTED ABOUT INFORMATION

**While traveling to, or in this country, were you contacted by, on in contact with anyone attempting to obtain classified information or unclassified, sensitive information? ✱**

○ Yes  ⊘ No

## PRESSURED BY FOREIGN INTELLIGENCE

**While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service? ✱**

○ Yes  ⊘ No

## SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

## FOREIGN TRAVEL

Complete the following since you responded "Yes" to having traveled outside the U.S. in the last seven (7) years (2014-2021) for other than solely U.S. Government business. Provide information about all such trips made outside the United States including personal trips made in conjunction with official U.S. Government business. *(SF-86 Section 20C)*

## COUNTRY VISITED



## DURATION OF VISIT

**Provide the total number of days involved in the visit.** ∗

○ 1 - 5 days
○ 6 - 10 days
○ 11 - 20 days
○ 21 - 30 days
⊘ More than 30 days
○ Many short trips

## PURPOSE OF VISIT

**Provide the purpose of the travel to this country. (Check all that apply.)** ∗

☐ Business/Professional conference
☐ Volunteer activities
☐ Education
☐ Tourism
☐ Trade shows, conferences, and seminars
☐ Visit family or friends
☑ Other

## WERE YOU QUESTIONED

**While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?** ∗

○ Yes   ⊘ No

## ENCOUNTERED POLICE

**While traveling to, or in this country, were you involved in any encounter with the police?** ∗

○ Yes   ⊘ No

## CONTACTED BY FOREIGN INTELLIGENCE

**While traveling to, or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations? ✳**

⊘ Yes   ○ No

**Provide explanation ✳**





**While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported? ✳**

⊘ Yes   ○ No

**Provide explanation ✳**

## CONTACTED ABOUT JOB

**While traveling to, or in this country, were you contacted by, on in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job? ✳**

○ Yes   ⊘ No

## CONTACTED ABOUT INFORMATION

**While traveling to, or in this country, were you contacted by, on in contact with anyone attempting to obtain classified information or unclassified, sensitive information? ✳**

○ Yes   ⊘ No

## PRESSURED BY FOREIGN INTELLIGENCE

**While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service? ✳**

○ Yes   ⊘ No

## SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**



## FOREIGN TRAVEL

Complete the following since you responded "Yes" to having traveled outside the U.S. in the last seven (7) years (2014-2021) for other than solely U.S. Government business. Provide information about all such trips made outside the United States including personal trips made in conjunction with official U.S. ▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨

## COUNTRY VISITED

**Country** ✳

▨▨▨▨▨▨▨▨▨▨▨ ▾

**From** ✳                                                     **To** ✳

▨▨▨▨▨                                                   ▨▨▨▨

▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨ Est.  ☐ Present

## DURATION OF VISIT

**Provide the total number of days involved in the visit.** ✳

○ 1 - 5 days
⊘ 6 - 10 days
○ 11 - 20 days
○ 21 - 30 days
○ More than 30 days
○ Many short trips

## PURPOSE OF VISIT

**Provide the purpose of the travel to this country. (Check all that apply.)** ✳
☐ Business/Professional conference
☐ Volunteer activities
☐ Education
☑ Tourism
☐ Trade shows, conferences, and seminars
☑ Visit family or friends
☐ Other

## WERE YOU QUESTIONED

**While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?** ✳
○ Yes   ⊘ No

## ENCOUNTERED POLICE

**While traveling to, or in this country, were you involved in any encounter with the police?** ✳
○ Yes   ⊘ No

## CONTACTED BY FOREIGN INTELLIGENCE

**While traveling to, or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations?** ∗

○ Yes  ⊘ No

## SECURITY ISSUES

**While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported?** ∗

○ Yes  ⊘ No

## CONTACTED ABOUT JOB

**While traveling to, or in this country, were you contacted by, on in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job?** ∗

○ Yes  ⊘ No

## CONTACTED ABOUT INFORMATION

**While traveling to, or in this country, were you contacted by, on in contact with anyone attempting to obtain classified information or unclassified, sensitive information?** ∗

○ Yes  ⊘ No

## PRESSURED BY FOREIGN INTELLIGENCE

**While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service?** ∗

○ Yes  ⊘ No

## SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

## FOREIGN TRAVEL

Complete the following since you responded "Yes" to having traveled outside the U.S. in the last seven (7) years (2014-2021) for other than solely U.S. Government business. Provide information about all such trips made outside the United States including personal trips made in conjunction with official U.S. Government business. *(SF-86 Section 20C)*

## COUNTRY VISITED

**Country** ✳



☐ Est.                              ☐ Est.  ☐ Present

## DURATION OF VISIT

**Provide the total number of days involved in the visit.** ✳

◉ 1 - 5 days
◯ 6 - 10 days
◯ 11 - 20 days
◯ 21 - 30 days
◯ More than 30 days
◯ Many short trips

## PURPOSE OF VISIT

**Provide the purpose of the travel to this country. (Check all that apply.)** ✳

☐ Business/Professional conference
☐ Volunteer activities
☐ Education
☑ Tourism
☐ Trade shows, conferences, and seminars
☐ Visit family or friends
☐ Other

## WERE YOU QUESTIONED

**While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?** ✳

◯ Yes  ◉ No

## ENCOUNTERED POLICE

**While traveling to, or in this country, were you involved in any encounter with the police?** ✳

◯ Yes  ◉ No

## CONTACTED BY FOREIGN INTELLIGENCE

**While traveling to, or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations? ∗**

○ Yes  ⊘ No

## SECURITY ISSUES

**While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported? ∗**

○ Yes  ⊘ No

## CONTACTED ABOUT JOB

**While traveling to, or in this country, were you contacted by, on in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job? ∗**

○ Yes  ⊘ No

## CONTACTED ABOUT INFORMATION

**While traveling to, or in this country, were you contacted by, on in contact with anyone attempting to obtain classified information or unclassified, sensitive information? ∗**

○ Yes  ⊘ No

## PRESSURED BY FOREIGN INTELLIGENCE

**While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service? ∗**

○ Yes  ⊘ No

## SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

## FOREIGN TRAVEL

Complete the following since you responded "Yes" to having traveled outside the U.S. in the last seven (7) years (2014-2021) for other than solely U.S. Government business. Provide information about all such trips made outside the United States including personal trips made in conjunction with official U.S. Government business. *(SF-86 Section 20C)*

## COUNTRY VISITED



## DURATION OF VISIT

**Provide the total number of days involved in the visit.** ✳

- ☑ 1 - 5 days
- ◯ 6 - 10 days
- ◯ 11 - 20 days
- ◯ 21 - 30 days
- ◯ More than 30 days
- ◯ Many short trips

## PURPOSE OF VISIT

**Provide the purpose of the travel to this country. (Check all that apply.)** ✳

- ☐ Business/Professional conference
- ☐ Volunteer activities
- ☐ Education
- ☐ Tourism
- ☐ Trade shows, conferences, and seminars
- ☑ Visit family or friends
- ☑ Other

## WERE YOU QUESTIONED

**While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?** ✳

◯ Yes    ☑ No

## ENCOUNTERED POLICE

**While traveling to, or in this country, were you involved in any encounter with the police?** ✳

◯ Yes    ☑ No

## CONTACTED BY FOREIGN INTELLIGENCE

**While traveling to, or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations? ✶**

○ Yes  ⊘ No

## SECURITY ISSUES

**While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported? ✶**

○ Yes  ⊘ No

## CONTACTED ABOUT JOB

**While traveling to, or in this country, were you contacted by, on in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job? ✶**

○ Yes  ⊘ No

## CONTACTED ABOUT INFORMATION

**While traveling to, or in this country, were you contacted by, on in contact with anyone attempting to obtain classified information or unclassified, sensitive information? ✶**

○ Yes  ⊘ No

## PRESSURED BY FOREIGN INTELLIGENCE

**While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service? ✶**

○ Yes  ⊘ No

## SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

"Other" = wedding.

---

## FOREIGN TRAVEL

Complete the following since you responded "Yes" to having traveled outside the U.S. in the last seven (7) years (2014-2021) for other than solely U.S. Government business. Provide information about all such trips made outside the United States including personal trips made in conjunction with official U.S. Government business. *(SF-86 Section 20C)*

## COUNTRY VISITED

**Country** *

▮▮▮▮▮▮▮                                                                    ▼

▮▮▮▮

▮▮▮▮

☐ Est.

**To** *

▮▮▮▮

☐ Est.   ☐ Present

## DURATION OF VISIT

**Provide the total number of days involved in the visit.** *

○ 1 - 5 days
○ 6 - 10 days
○ 11 - 20 days
○ 21 - 30 days
☑ More than 30 days
○ Many short trips

## PURPOSE OF VISIT

**Provide the purpose of the travel to this country. (Check all that apply.)** *

☐ Business/Professional conference
☐ Volunteer activities
☐ Education
☐ Tourism
☐ Trade shows, conferences, and seminars
☐ Visit family or friends
☑ Other

## WERE YOU QUESTIONED

**While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?** *

○ Yes   ☑ No

## ENCOUNTERED POLICE

**While traveling to, or in this country, were you involved in any encounter with the police?** *

○ Yes   ☑ No

## CONTACTED BY FOREIGN INTELLIGENCE

**While traveling to, or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations?** ✳

○ Yes  ⊘ No

## SECURITY ISSUES

**While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported?** ✳

⊘ Yes  ○ No

**Provide explanation** ✳

███████████████████████████████████

## CONTACTED ABOUT JOB

**While traveling to, or in this country, were you contacted by, on in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job?** ✳

○ Yes  ⊘ No

## CONTACTED ABOUT INFORMATION

**While traveling to, or in this country, were you contacted by, on in contact with anyone attempting to obtain classified information or unclassified, sensitive information?** ✳

○ Yes  ⊘ No

## PRESSURED BY FOREIGN INTELLIGENCE

**While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service?** ✳

○ Yes  ⊘ No

## SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

"Other" = ████████████████████████████████

---

## FOREIGN TRAVEL

Complete the following since you responded "Yes" to having traveled outside the U.S. in the last seven (7) years (2014-2021) for other than solely U.S. Government business. Provide information about all such trips made outside the United States including personal trips made in conjunction with official U.S. Government business. *(SF-86 Section 20C)*

## COUNTRY VISITED

**Country** ✳



**Fr**

## DURATION OF VISIT

**Provide the total number of days involved in the visit.** ✳

○ 1 - 5 days
○ 6 - 10 days
⊘ 11 - 20 days
○ 21 - 30 days
○ More than 30 days
○ Many short trips

## PURPOSE OF VISIT

**Provide the purpose of the travel to this country. (Check all that apply.)** ✳

☐ Business/Professional conference
☐ Volunteer activities
☐ Education
☑ Tourism
☐ Trade shows, conferences, and seminars
☐ Visit family or friends
☐ Other

## WERE YOU QUESTIONED

**While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?** ✳

○ Yes   ⊘ No

## ENCOUNTERED POLICE

**While traveling to, or in this country, were you involved in any encounter with the police?** ✳

○ Yes   ⊘ No

## CONTACTED BY FOREIGN INTELLIGENCE

**While traveling to, or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations? ✳**

○ Yes  ⊘ No

## SECURITY ISSUES

**While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported? ✳**

○ Yes  ⊘ No

## CONTACTED ABOUT JOB

**While traveling to, or in this country, were you contacted by, on in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job? ✳**

○ Yes  ⊘ No

## CONTACTED ABOUT INFORMATION

**While traveling to, or in this country, were you contacted by, on in contact with anyone attempting to obtain classified information or unclassified, sensitive information? ✳**

○ Yes  ⊘ No

## PRESSURED BY FOREIGN INTELLIGENCE

**While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service? ✳**

○ Yes  ⊘ No

## SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

## FOREIGN TRAVEL

Complete the following since you responded "Yes" to having traveled outside the U.S. in the last seven (7) years (2014-2021) for other than solely U.S. Government business. Provide information about all such trips made outside the United States including personal trips made in conjunction with official U.S. Government business. *(SF-86 Section 20C)*

## COUNTRY VISITED

**Country** ✳

▢ ██████                                                                                            ▾

██████

▢ ████

☐ Est.

**To** ✳

████

☐ Est.  ☐ Present

## DURATION OF VISIT

**Provide the total number of days involved in the visit.** ✳

○ 1 - 5 days
○ 6 - 10 days
○ 11 - 20 days
○ 21 - 30 days
◉ More than 30 days
○ Many short trips

## PURPOSE OF VISIT

**Provide the purpose of the travel to this country. (Check all that apply.)** ✳

☐ Business/Professional conference
☐ Volunteer activities
☐ Education
☐ Tourism
☐ Trade shows, conferences, and seminars
☐ Visit family or friends
☑ Other

## WERE YOU QUESTIONED

**While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?** ✳

○ Yes  ◉ No

## ENCOUNTERED POLICE

**While traveling to, or in this country, were you involved in any encounter with the police?** ✳

○ Yes  ◉ No

## CONTACTED BY FOREIGN INTELLIGENCE

**While traveling to, or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations? ✳**

⊘ Yes   ◯ No

**Provide explanation** ✳



## SECURITY ISSUES

**While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported? ✳**

⊘ Yes   ◯ No

**Provide explanation** ✳



## CONTACTED ABOUT JOB

**While traveling to, or in this country, were you contacted by, on in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job? ✳**

◯ Yes   ⊘ No

## CONTACTED ABOUT INFORMATION

**While traveling to, or in this country, were you contacted by, on in contact with anyone attempting to obtain classified information or unclassified, sensitive information? ✳**

◯ Yes   ⊘ No

## PRESSURED BY FOREIGN INTELLIGENCE

**While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service? ✳**

◯ Yes   ⊘ No

## SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

"Other" = ✖✖✖✖✖✖✖✖✖✖✖✖✖✖✖✖✖✖.

## FOREIGN CONFERENCES

Your response to the question below determines which forms are required for this module. *(SF-86 Section 20B.5)*

**Have you in the last seven (7) years (2014-2021), attended or participated in any conferences, trade shows, seminars, or meetings outside the U.S.? (Do not include those you attended or participated in on official business for the U.S. Government.)** *

⊘ Yes  ○ No

## Section Entries

| From | To | Event | Errors |
|------|------|------|--------|
| 12/2019 | 12/2019 | ███████████████ | 0 |
| 08/2019 | 08/2019 | ███████████████ | 0 |
| 12/2018 | 12/2018 | ███████████████ | 0 |
| 09/2018 | 09/2018 | ███████████████ | 0 |
| 09/2017 | 09/2017 | ███████████████ | 0 |

## FOREIGN CONFERENCES

Complete the following since you responded **"Yes"** to **in the last seven (7) years (2014-2021)** having attended or participated in any conferences, trade shows, seminars, or meetings outside the U.S. *(SF-86 Section 20B.5)*

## EVENT NAME & DESCRIPTION

**Name** *

██████████    ████████████████████████

## EVENT SPONSOR

N██████████████████ *

██████████    ███████████████████████████

## EVENT DATES

**From** *

████    ███
██    ████████

██████████

███    ███████
██    ████████ ▼

## SUBSEQUENT CONTACT

**Was there any subsequent contact with any foreign nationals as a result of the event?** ✶

○ Yes   ⊘ No

## SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

---

## FOREIGN CONFERENCES

Complete the following since you responded **"Yes"** to **in the last seven (7) years (2014-2021)** having attended or participated in any conferences, trade shows, seminars, or meetings outside the U.S. *(SF-86 Section 20B.5)*

## EVENT NAME & DESCRIPTION

**Name** ✶                                    **Description** ✶

XXXXXXXXXXXXXXXXXXXXX          XXXXXXXXXXXXXX.

## EVENT SPONSOR

**Name of Sponsoring Organization** ✶          **Purpose** ✶

XXXXXXXXXXXXXXXXXXXXX          XXXXXXXXXXXXXXXXXXXXf
XXXXX                          XXXXXXXXX

XXXXXXXX

XXXXXX                                        **To** ✶

XXXXXX                          08/2019

XX                              ☐ Est.   ☐ Present

XXXXXXXXX

XXXX                                          **Country** ✶

XXX                             XXXXXXX(G)                    ▾

## SUBSEQUENT CONTACT

**Was there any subsequent contact with any foreign nationals as a result of the event?** ∗

○ Yes  ⊘ No

## SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

---

## FOREIGN CONFERENCES

Complete the following since you responded **"Yes"** to **in the last seven (7) years (2014-2021)** having attended or participated in any conferences, trade shows, seminars, or meetings outside the U.S. *(SF-86 Section 20B.5)*

## EVENT NAME & DESCRIPTION

| Name ∗ | Description ∗ |
|---|---|
| XXXXX | XXXXXXXXXXXXXXXXXXXXXXXX XXXXXXX. |

## EVENT SPONSOR

| XXXXXXXXXXXXXXXXXXXX ∗ | Purpose ∗ |
|---|---|
| XXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXX. |

## EVENT DATES

| From ∗ | To ∗ |
|---|---|
| 12/2018 | 12/2018 |
| ☐ Est. | ☐ Est.  ☐ Present |

## EVENT LOCATION

| City XX | Country ∗ |
|---|---|
| XXX | ▮▮▮▮▮▮▮ ▾ |

## SUBSEQUENT CONTACT

**Was there any subsequent contact with any foreign nationals as a result of the event?** ✱

○ Yes    ⊘ No

## SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

---

### FOREIGN CONFERENCES

Complete the following since you responded **"Yes"** to **in the last seven (7) years (2014-2021)** having attended or participated in any conferences, trade shows, seminars, or meetings outside the U.S. *(SF-86 Section 20B.5)*

## EVENT NAME & DESCRIPTION

**Name** ✱                                        **Description** ✱

XXXXXXXXXXXXXXXXXXXXXX          XXXXXXXXXXXXXXX

## EVENT SPONSOR

**Name of Sponsoring Organization** ✱              **Purpose** ✱

XXXXXXXXXXXXXXXXXXXXX              XXXXXXXXXXXXXXXXXXXX
XXXX                                              XXXXXX

## EVENT DATES

**From** ✱                                        **To** ✱

XXXXXXXXXXXXXXXXXXXXXXXXXXX

☐ Est.                                            ☐ Est.  ☐ Present

## EVENT LOCATION

**City** ✱                                        **Country** ✱

XXXXX                                             XXXX              ▼

## SUBSEQUENT CONTACT

**Was there any subsequent contact with any foreign nationals as a result of the event?** ✳

○ Yes    ⊘ No

## SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

---

| FOREIGN CONFERENCES |
| --- |
| Complete the following since you responded **"Yes"** to **in the last seven (7) years (2014-2021)** having attended or participated in any conferences, trade shows, seminars, or meetings outside the U.S. *(SF-86 Section 20B.5)* |

## EVENT NAME & DESCRIPTION

**Name** ✳                                           ✖✖✖✖✖✖ ✳

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆               ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆.

## EVENT SPONSOR

▆▆▆▆▆▆▆▆▆▆▆▆▆▆                   ▆▆▆▆▆✦
▆▆▆▆▆▆▆▆▆▆▆▆▆▆               ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆                 ▆▆▆▆▆▆

## EVENT DATES

**From** ✳                         ✖✖
▆▆▆▆▆                           ▆▆▆▆
☐ Est.                             ▆▆▆▆▆▆▆▆

## EVENT LOCATION

**City** ✳                         ✖✖✖✖✖

D▆▆▆                             ▆▆▆▆▆                        ▾

## SUBSEQUENT CONTACT

**Was there any subsequent contact with any foreign nationals as a result of the event?** ✳

○ Yes   ⊘ No

## SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

## FOREIGN STUDENT

Your response to the question below determines which forms are required for this module. *(SF-86 Section 20B.7)*

**Have you in the last seven (7) years (2014-2021), sponsored any foreign national to come to the U.S. as a student, for work, or permanent residence?** ✳

○ Yes   ⊘ No

# Foreign Activity

## FOREIGN INTERESTS DIRECT

Your response to the question below determines which forms are required for this module. *(SF-86 Section 20A.1)*

**Have you, your spouse, cohabitant, or dependent children EVER had any foreign financial interests (such as stocks, property, investments, bank accounts, ownership of corporate entities, corporate interests or businesses) in which you or they have direct control or direct ownership? (Exclude financial interests in companies or diversified mutual funds that are publicly traded on a U.S. exchange.)** ✳

○ Yes   ⊘ No

## FOREIGN INTERESTS CONTROLLED

Your response to the question below determines which forms are required for this module. *(SF-86 Section 20A.2)*

**Have you, your spouse, cohabitant, or dependent children EVER had any foreign financial interests that someone controlled on your behalf?** ✳

○ Yes   ⊘ No

## FOREIGN REAL ESTATE

Your response to the question below determines which forms are required for this module. *(SF-86 Section 20A.3)*

**Have you, your spouse, cohabitant, or dependent children EVER owned, or do you anticipate owning, or plan to purchase real estate in a foreign country?** ✳

○ Yes   ⊘ No

| FOREIGN BENEFITS |
| --- |
| Your response to the question below determines which forms are required for this module. *(SF-86 Section 20A.4)* |

**As a U.S. citizen, have you, your spouse, cohabitant, or dependent children received in the last seven (7) years (2014-2021), or are eligible to receive in the future, any educational, medical, retirement, social welfare, or other such benefit from a foreign country?** ✶

○ Yes   ⊘ No

| FOREIGN SUPPORT |
| --- |
| Your response to the question below determines which forms are required for this module. *(SF-86 Section 20A.5)* |

**Have you EVER provided financial support for any foreign national?** ✶

○ Yes   ⊘ No

## Foreign Business

| FOREIGN BUSINESS ADVICE |
| --- |
| Your response to the question below determines which forms are required for this module. *(SF-86 Section 20B.1)* |

**Have you in the last seven (7) years (2014-2021) provided advice or support to any individual associated with a foreign business or other foreign organization that you have not previously listed as a former employer? (Answer "No" if ALL your advice or support was authorized pursuant to official U.S. Government business.)** ✶

○ Yes   ⊘ No

| FOREIGN BUSINESS OFFER |
| --- |
| Your response to the question below determines which forms are required for this module. *(SF-86 Section 20B.3)* |

**Has any foreign national in the last seven (7) years (2014-2021) offered you a job, asked you to work as a consultant, or consider employment with them?** ✶

○ Yes   ⊘ No

| FOREIGN BUSINESS VENTURE |
| --- |
| Your response to the question below determines which forms are required for this module. *(SF-86 Section 20B.4)* |

**Have you in the last seven (7) years (2014-2021) been involved in any other type of business venture with a foreign national not described elsewhere (own, co-own, serve as business consultant, provide financial support, etc.)?** ✶

○ Yes   ⊘ No

## Foreign Government

## FOREIGN GOVERNMENT ADVICE

Your response to the question below determines which forms are required for this module. *(SF-86 Section 20B.2)*

For this question, "Immediate Family" means your spouse, parents, step-parents, siblings, half and step-siblings, children, step-children, and cohabitant.

Have you, your spouse, cohabitant, or any member of your immediate family in the last seven (7) years (2014-2021) been asked to provide advice or or serve as a consultant, even informally, by any foreign government official or agency? (Answer "No" if ALL the advice or support was authorized pursuant to official U.S. Government business.) ✶

○ Yes  ☑ No

## FOREIGN GOVERNMENT CONTACT

Your response to the question below determines which forms are required for this module. *(SF-86 Section 20B.6)*

For this question, "Immediate Family" means your spouse, parents, step-parents, siblings, half and step-siblings, children, step-children, and cohabitant.

Have you or any member of your immediate family in the last seven (7) years (2014-2021) had any contact with a foreign government, its establishment (such as embassy, consulate, agency, military service, intelligence or security service, etc.) or its representatives, whether inside or outside the U.S.? (Answer "No" if the contact was for routine visa applications and border crossings related to either official U.S. Government travel or foreign travel on a U.S. passport.) ✶

☑ Yes  ○ No

## Section Entries

| Date | Person | Applies To | Countries | Errors |
|------|--------|-----------|-----------|--------|
| 07/2021 | | | | 0 |
| 03/2021 | | | | 0 |
| 08/2020 | | | | 0 |
| 01/2020 | | | | 0 |
| 12/2019 | | | | 0 |
| 10/2019 | | | | 0 |
| 06/2018 | | | | 0 |

## FOREIGN GOVERNMENT CONTACT

Complete the following since you responded "Yes" to you or any member of your immediate family having in the last seven (7) years (2014-2021) had any contact with a foreign government, its establishment (such as embassy, consulate, agency, military service, intelligence or security service, etc.) or its representatives, whether inside or outside the U.S. *(SF-86 Section 20B.6)*

## SPECIFY

For this question, "Immediate Family" means your spouse, parents, step-parents, siblings, half and step-siblings, children, step-children, and cohabitant.

Check all that apply. ✶

☑ Yourself  ☐ Your Immediate Family

## INDIVIDUAL

Provide the name of the individual involved in the contact.

**First Name** *

▨▨

☐ N/A

**Middle Name**

☑ N/A

▨▨▨▨▨

▨▨▨▨▨▨▨

**Suffix**

☑ N/A

## GOVERNMENT

Provide the foreign government(s) involved.

**Country** *

▨▨▨▨▨▨ ▼

## CONTACT LOCATION

Provide the location of the contact.

**Address location** *

☑ In the United States   ○ Outside the United States

*City or County is required* *

**City**                              **County**



## CONTACT DETAILS

**Date of contact** *

▨▨▨▨

☐ Est.

▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨ *

▨▨▨▨▨▨▨

**Type of establishment (such as embassy, consulate, agency, military service, intelligence or security service, etc.) involved** *

▨▨▨▨▨▨

▨▨▨▨▨▨▨▨▨▨▨▨▨▨

▨▨▨▨▨▨▨▨▨▨▨▨▨

## SUBSEQUENT CONTACT

**Was there any subsequent contact initiated by you, your immediate family member, or a representative of the foreign organization?** ✱

○ Yes  ⊘ No

## SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

All contact by email and Zoom only. -- Error with above box. Last contact, by email, November 14, 2021.

## FOREIGN GOVERNMENT CONTACT

Complete the following since you responded "Yes" to you or any member of your immediate family having in the last seven (7) years (2014-2021) had any contact with a foreign government, its establishment (such as embassy, consulate, agency, military service, intelligence or security service, etc.) or its representatives, whether inside or outside the U.S. *(SF-86 Section 20B.6)*

## SPECIFY

For this question, "Immediate Family" means your spouse, parents, step-parents, siblings, half and step-siblings, children, step-children, and cohabitant.

**Check all that apply.** ✱

☑ Yourself  ☐ Your Immediate Family

## INDIVIDUAL

Provide the name of the individual involved in the contact.

**First Name** ✱     ✕✕✕✕✕✕ ✱     ✕✕✕✕✕✕     **Suffix**



✕✕     ✕✕     ☑ N/A

## GOVERNMENT

Provide the foreign government(s) involved.

**Country** ✱

✕✕✕  ▼

## CONTACT LOCATION

Provide the location of the contact.

**Address location** ✱

☑ In the United States    ○ Outside the United States

*City or County is required* ✱

**City**

[REDACTED]

▨▨▨▨▨

▨▨

**State** ✱

[▨▨▨▨▨▨▨▨▨]

▨▨▨▨▨▨▨

▨▨▨▨___

▨▨▨▨▨▨▨

▨▨▨▨▨▨▨▨▨▨

| | **Type of establishment (such as embassy, consulate, agency, military service, intelligence or security service, etc.) involved** ✱ |
|---|---|
| ▨▨▨▨. | [REDACTED] |
| ▨▨. | |

**Names of foreign representatives involved in contact** ✱

[REDACTED]

**Purpose/circumstances of contact** ✱

## SUBSEQUENT CONTACT

**Was there any subsequent contact initiated by you, your immediate family member, or a representative of the foreign organization?** ✱

○ Yes    ☑ No

## SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨.

## FOREIGN GOVERNMENT CONTACT

Complete the following since you responded "Yes" to you or any member of your immediate family having in the last seven (7) years (2014-2021) had any contact with a foreign government, its establishment (such as embassy, consulate, agency, military service, intelligence or security service, etc.) or its representatives, whether inside or outside the U.S. *(SF-86 Section 20B.6)*

## SPECIFY

For this question, "Immediate Family" means your spouse, parents, step-parents, siblings, half and step-siblings, children, step-children, and cohabitant.

**Check all that apply.** ✱

☑ Yourself    ☐ Your Immediate Family

## INDIVIDUAL

Provide the name of the individual involved in the contact.

| First Name ✱ | Middle Name | Last Name ✱ | Suffix |
|---|---|---|---|
| ▨▨▨▨▨▨▨▨▨▨▨▨▨▨ | ▨▨▨▨▨▨▨▨▨▨▨▨▨▨ | ▨▨▨▨▨▨▨▨▨ | |
| ☐ N/A | ☑ N/A | | ☑ N/A |

## GOVERNMENT

Provide the foreign government(s) involved.

**Country** ✱

▨▨▨▨▨▨▨▨ ▾

## CONTACT LOCATION

Provide the location of the contact.

**Address location** ✱

⊙ In the United States    ○ Outside the United States

*City or County is required* ✱

| City | County |
|---|---|
| ▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨ | |

| State ✱ | ▨▨▨▨▨▨ |
|---|---|
| ▨▨▨▨▨▨▨▨▨▨ ▾ | ▨▨▨▨-___ |

## CONTACT DETAILS

**Date of contact** ∗



**Type of establishment (such as embassy, consulate, agency, military service, intelligence or security service, etc.) involved** ∗

▨▨▨▨▨

N... involved in contact ∗

▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨
▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨.

## SUBSEQUENT CONTACT

**Was there any subsequent contact initiated by you, your immediate family member, or a representative of the foreign organization?** ∗

○ Yes  ⊘ No



## FOREIGN GOVERNMENT CONTACT

Complete the following since you responded "Yes" to you or any member of your immediate family having in the last seven (7) years (2014-2021) had any contact with a foreign government, its establishment (such as embassy, consulate, agency, military service, intelligence or security service, etc.) or its representatives, whether inside or outside the U.S. *(SF-86 Section 20B.6)*

## SPECIFY

For this question, "Immediate Family" means your spouse, parents, step-parents, siblings, half and step-siblings, children, step-children, and cohabitant.

**Check all that apply.** ∗

☑ Yourself  ☐ Your Immediate Family

## INDIVIDUAL

▨▨▨▨▨▨▨▨▨▨▨▨▨
▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨

☑ N/A　　　　　　　　　　　　　　　　☑ N/A

## GOVERNMENT

Provide the foreign government(s) involved.

▨▨▨▨▨▨▨

▨▨▨▨▨▨ ▾

## CONTACT LOCATION

Provide the location of the contact.

**Address location** ✳

○ In the United States   ⊘ Outside the United States

C▨▨▨

▨▨▨▨

**Country** ✳

▨▨▨ ▾

▨▨▨▨▨▨▨▨

▨▨▨▨▨▨▨

▨▨▨▨

▨▨▨

▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨

✳

▨▨▨▨▨▨

▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨ ✳

▨▨▨▨▨▨▨▨▨▨▨▨▨

**Purpose/circumstances of contact** ✳

▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨

▨▨▨▨▨▨▨▨▨▨▨▨

**Was there any subsequent contact initiated by you, your immediate family member, or a representative of the foreign organization?** ✳

○ Yes   ⊘ No

▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨

▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨

▨▨▨

▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨

▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨

## FOREIGN GOVERNMENT CONTACT

Complete the following since you responded "Yes" to you or any member of your immediate family having in the last seven (7) years (2014-2021) had any contact with a foreign government, its establishment (such as embassy, consulate, agency, military service, intelligence or security service, etc.) or its representatives, whether inside or outside the U.S. *(SF-86 Section 20B.6)*

## SPECIFY

For this question, "Immediate Family" means your spouse, parents, step-parents, siblings, half and step-siblings, children, step-children, and cohabitant.

**Check all that apply.** ✱
☑ Yourself   ☐ Your Immediate Family

## INDIVIDUAL

Provide the name of the individual involved in the contact.

| First Name ✱ | Middle Name | Last Name ✱ | Suffix |
|---|---|---|---|
| ▨▨▨▨▨▨▨▨▨ | ▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨ | | |
| ☐ N/A | ☑ N/A | | ☑ N/A |

## GOVERNMENT

Provide the foreign government(s) involved.

**Country** ✱

▨▨▨▨▨ ▾

## CONTACT LOCATION

Provide the location of the contact.

**Address location** ✱
○ In the United States   ◉ Outside the United States

**City** ✱

▨▨▨▨▨▨



## CONTACT DETAILS

**Date of contact** ✱

▨▨▨▨▨

☐ Est.

**Type of establishment (such as embassy, consulate, agency, military service, intelligence or security service, etc.) involved** ✱

▨▨▨▨▨▨

**Names of foreign representatives involved in contact** ✱

▨▨▨▨▨▨▨▨▨▨

▨▨▨▨▨▨▨▨▨▨▨▨▨

▨▨▨▨▨▨▨▨▨▨▨▨▨▨.

## SUBSEQUENT CONTACT

**Was there any subsequent contact initiated by you, your immediate family member, or a representative of the foreign organization?** ✱

○ Yes   ⊘ No

▨▨▨▨▨▨▨▨▨▨▨▨▨

▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨

**Details**

▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨

▨▨▨▨▨▨▨▨▨▨▨

## FOREIGN GOVERNMENT CONTACT

Complete the following since you responded "Yes" to you or any member of your immediate family having in the last seven (7) years (2014-2021) had any contact with a foreign government, its establishment (such as embassy, consulate, agency, military service, intelligence or security service, etc.) or its representatives, whether inside or outside the U.S. *(SF-86 Section 20B.6)*

## SPECIFY

For this question, "Immediate Family" means your spouse, parents, step-parents, siblings, half and step-siblings, children, step-children, and cohabitant.

**Check all that apply.** ✱

☑ Yourself   ☐ Your Immediate Family

## INDIVIDUAL

▨▨▨▨▨▨▨▨▨▨▨▨

**First Name** ✱

▨▨▨▨   ▨▨▨▨▨▨▨▨▨   ████████████████

▨▨▨▨▨▨▨▨▨▨   ☑ N/A

.

## GOVERNMENT

Provide the foreign government(s) involved.

**Country** ✱

XXXXXXXXXXXXXX ▼

## CONTACT LOCATION

Provide the location of the contact.

**Address location** ✱
◯ In the United States   ⊘ Outside the United States

**City** ✱                                          XXXXXXX

XXXXXXX                          XXXXXXXXXXXXX ▼

## CONTACT DETAILS

**Date of contact** ✱                              XXXXXXXXXXXXXXXXXXXXXXXXXXXX
                                                   ✱
XXXXXX
☐ Est.                                             XXXXXXXXXXXXXXXXX
                                                   XXXXXX

XXXXXXXXXXXXXXXXXXXXXX             **Purpose/circumstances of contact** ✱
XXXXXXXXXXXXXXXXXXXXXX             XXXXXXXXXXXXXXXXXXX
XXXXX

XXXXXXXXXXXXX

**Was there any subsequent contact initiated by you, your immediate family member, or a representative of the foreign organization?** ✱
◯ Yes   ⊘ No

## SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

███████████████████████████████████████████████████

## FOREIGN GOVERNMENT CONTACT

Complete the following since you responded "Yes" to you or any member of your immediate family having in the last seven (7) years (2014-2021) had any contact with a foreign government, its establishment (such as embassy, consulate, agency, military service, intelligence or security service, etc.) or its representatives, whether inside or outside the U.S. *(SF-86 Section 20B.6)*

## SPECIFY

For this question, "Immediate Family" means your spouse, parents, step-parents, siblings, half and step-siblings, children, step-children, and cohabitant.

**Check all that apply.** ✱
☑ Yourself   ☐ Your Immediate Family

## INDIVIDUAL

Provide the name of the individual involved in the contact.

**First Name** ✱

████████████

☐ N/A

**Middle Name**

☑ N/A

**Last Name** ✱

████████████

☑ N/A

**Suffix**

☑ N/A

## GOVERNMENT

Provide the foreign government(s) involved.

**Country** ✱

XXXXXXX                                                               ▼

## CONTACT LOCATION

Provide the location of the contact.

**Address location** ✴
◉ In the United States    ○ Outside the United States

*City or County is required* ✴

**City**

████████

**County**

██

**State** ✴

████████  ▾

**ZIP**████

████-____

## CONTACT DETAILS

**Date of contact** ✴

██████

☐ Est.

**Type of establishment (such as embassy, consulate, agency, military service, intelligence or security service, etc.) involved** ✴

██████

**Names of foreign representatives involved in contact** ✴

████████████████████
████

**Purpose/circumstances of contact** ✴

████████████

████████████

**Was there any subsequent contact initiated by you, your immediate family member, or a representative of the foreign organization?** ✴
○ Yes    ◉ No

████████████████

████████████████████████████
████

████████████████████████████████████
████████████████████████████████████.
████████████████

## FOREIGN POLITICAL OFFICE

Your response to the question below determines which forms are required for this module. *(SF-86 Section 20B.8)*

**Have you EVER held political office in a foreign country?** ✴
○ Yes    ◉ No

| FOREIGN ELECTION VOTE |
|---|
| Your response to the question below determines which forms are required for this module. *(SF-86 Section 20B.9)* |

**Have you EVER voted in the election of a foreign country?** ✳

○ Yes　⊘ No

# Psychological & Emotional Health

| MENTAL HEALTH CONSULTATION OR HOSPITALIZATION |
|---|
| Mental health counseling in and of itself **is not a reason** to revoke or deny eligibility for access to classified information or for a sensitive position, suitability or fitness to obtain or retain Federal employment, fitness to obtain or retain contract employment, or eligibility for physical or logical access to federally controlled facilities or information systems.<br><br>*(SF-86 Section 21.1)* |

**In the last seven (7) years (2014-2021), have you consulted with a health care professional regarding an emotional or mental condition or were you hospitalized for such a condition? Answer "No" if the counseling was for any of the following reasons and was not court-ordered:**
- **strictly marital, family, grief not related to violence by you; or**
- **strictly related to adjustments from service in a military combat environment**

**Your response to this question determines if further information is required for this section.** ✳

○ Yes　⊘ No

| DECLARED MENTALLY INCOMPETENT |
|---|
| Mental health counseling in and of itself **is not a reason** to revoke or deny eligibility for access to classified information or for a sensitive position, suitability or fitness to obtain or retain Federal employment, fitness to obtain or retain contract employment, or eligibility for physical or logical access to federally controlled facilities or information systems.<br><br>*(SF-86 Section 21.2)* |

**Has a court or administrative agency EVER declared you mentally incompetent?** ✳

○ Yes　⊘ No

# Criminal & Civil

| RECENT OFFENSES |
|---|
| For this section, report all information regardless of whether the record in the case has been sealed, expunged, stricken from court record, or the charge was dismissed. You need not report convictions under the Federal Controlled Substances Act for which the court issued an expungement order under the authority of 21 U.S.C. 844 or 18 U.S.C. 3607. Be sure to include all incidents whether occurring in the U.S. or abroad. Your responses to the questions below determine if further information is required for this section.<br><br>*(SF-86 Section 22.1)* |

Have any of the following happened? (If "Yes", you will be asked to provide details for each offense that pertains to the actions that are identified below.)

**In the last seven (7) years (2014-2021), have you been issued a summons, citation, or ticket to appear in court in a criminal proceeding against you? (Do not check if all citations involved traffic infractions where the fine was less than $300 and did not include alcohol or drugs.)** ✳

○ Yes　⊘ No

**In the last seven (7) years (2014-2021), have you been arrested by any police officer, sheriff, marshal or any other type of law enforcement official?** ✱

○ Yes   ⊘ No

**In the last seven (7) years (2014-2021), have you been charged, convicted, or sentenced of a crime in any court? (Include all qualifying charges, convictions or sentences in any Federal, state, local, military, or non-U.S. court, even if previously listed on this form.)** ✱

○ Yes   ⊘ No

**In the last seven (7) years (2014-2021), have you been or are you currently on probation or parole?** ✱

○ Yes   ⊘ No

**Are you currently on trial or awaiting a trial on criminal charges?** ✱

○ Yes   ⊘ No

---

## OTHER OFFENSES

**For this section, report all information regardless of whether the record in the case has been sealed, expunged, stricken from court record, or the charge was dismissed.** Be sure to include all incidents whether occurring in the U.S. or abroad.

There is only one exception. You need not report convictions under the Federal Controlled Substances Act for which the court issued an expungement order under the authority of 21 U.S.C. 844 or 18 U.S.C. 3607.

Your responses to the questions below determine if further information is required for this section. *(SF-86 Section 22.2)*

---

Other than those offenses already listed, have you EVER had the following happen to you? (If "Yes", you will be asked to provide details for each offense that pertains to the actions that are identified below.)

**Have you EVER been convicted in any court of the United States of a crime, sentenced to imprisonment for a term exceeding 1 year for that crime, and incarcerated as a result of that sentence for not less than 1 year? (Include all qualifying convictions in Federal, state, local, or military court, even if previously listed on this form.)** ✱

○ Yes   ⊘ No

**Have you EVER been charged with any felony offense? (Include those under the Uniform Code of Military Justice and non-military/civilian felony offenses.)** ✱

○ Yes   ⊘ No

**Have you EVER been convicted of an offense involving domestic violence or a crime of violence (such as battery or assault) against your child, dependent, cohabitant, spouse, former spouse, or someone with whom you share a child in common?** ✱

○ Yes   ⊘ No

**Have you EVER been charged with an offense involving firearms or explosives?** ✱

○ Yes   ⊘ No

**Have you EVER been charged with an offense involving alcohol or drugs?** ✱

○ Yes   ⊘ No

---

## PROTECTIVE/RESTRAINING ORDERS

**For this section, report all information regardless of whether the record in the case has been sealed, expunged, stricken from court record, or the charge was dismissed.** Be sure to include all incidents whether occurring in the U.S. or abroad.

There is only one exception. You need not report convictions under the Federal Controlled Substances Act for which the court issued an expungement order under the authority of 21 U.S.C. 844 or 18 U.S.C. 3607.

Your response to the question below determines if further information is required for this section. *(SF-86 Section 22.3)*

---

**Is there currently a domestic violence protective order or restraining order issued against you?** ✱

○ Yes   ⊘ No

## CIVIL COURT ACTIONS

Your response to the question below determines if further information is required for this section.

*(SF-86 Section 28)*

**In the last ten (10) years (2011-2021), have you been a party to any public record civil court action not listed elsewhere on this form?** ✶

○ Yes   ⊘ No

# Drug Activity

## ILLEGAL USE OF DRUGS

We note, with reference to this section, that neither your truthful responses nor information derived from your responses to this section will be used as evidence against you in a subsequent criminal proceeding. As to this particular section, this applies whether or not you are currently employed by the Federal government. The following questions pertain to the illegal use of drugs or controlled substances or drug or controlled substance activity. *(SF-86 Section 23.1)*

**In the last seven (7) years (2014-2021), have you illegally used any drugs or controlled substances? Use of a drug or controlled substance includes injecting, snorting, inhaling, swallowing, experimenting with or otherwise consuming any drug or controlled substance.** ✶

○ Yes   ⊘ No

## DRUG INVOLVEMENT

We note, with reference to this section, that neither your truthful responses nor information derived from your responses to this section will be used as evidence against you in a subsequent criminal proceeding. As to this particular section, this applies whether or not you are currently employed by the Federal government. The following questions pertain to the illegal use of drugs or controlled substances or drug or controlled substance activity. *(SF-86 Section 23.2)*

**In the last seven (7) years (2014-2021), have you been involved in the illegal purchase, manufacture, cultivation, trafficking, production, transfer, shipping, receiving, handling or sale of any drug or controlled substance?** ✶

○ Yes   ⊘ No

## DRUG MISUSE

We note, with reference to this section, that neither your truthful responses nor information derived from your responses to this section will be used as evidence against you in a subsequent criminal proceeding. As to this particular section, this applies whether or not you are currently employed by the Federal government. The following questions pertain to the illegal use of drugs or controlled substances or drug or controlled substance activity. *(SF-86 Section 23.5)*

**In the last seven (7) years (2014-2021), have you intentionally engaged in the misuse of prescription drugs, regardless of whether or not the drugs were prescribed for you or someone else?** ✶

○ Yes   ⊘ No

## WHILE CLEARED

We note, with reference to this section, that neither your truthful responses nor information derived from your responses to this section will be used as evidence against you in a subsequent criminal proceeding. As to this particular section, this applies whether or not you are currently employed by the Federal government. The following questions pertain to the illegal use of drugs or controlled substances or drug or controlled substance activity. *(SF-86 Section 23.3)*

**Have you EVER illegally used or otherwise been involved with a drug or controlled substance while possessing a security clearance, other than previously listed?** ∗

○ Yes  ⊘ No

---

## WHILE EMPLOYED

We note, with reference to this section, that neither your truthful responses nor information derived from your responses to this section will be used as evidence against you in a subsequent criminal proceeding. As to this particular section, this applies whether or not you are currently employed by the Federal government. The following questions pertain to the illegal use of drugs or controlled substances or drug or controlled substance activity. *(SF-86 Section 23.4)*

---

**Have you EVER illegally used or otherwise been involved with a drug or controlled substance while employed as a law enforcement officer, prosecutor, or courtroom official; or while in a position directly and immediately affecting the public safety, other than previously listed?** ∗

○ Yes  ⊘ No

---

## TREATMENT ORDERED

We note, with reference to this section, that neither your truthful responses nor information derived from your responses to this section will be used as evidence against you in a subsequent criminal proceeding. As to this particular section, this applies whether or not you are currently employed by the Federal government. The following questions pertain to the illegal use of drugs or controlled substances or drug or controlled substance activity. *(SF-86 Section 23.6)*

---

**Have you EVER been ordered, advised, or asked to seek counseling or treatment as a result of your illegal use of drugs or controlled substances?** ∗

○ Yes  ⊘ No

---

## TREATMENT SOUGHT

We note, with reference to this section, that neither your truthful responses nor information derived from your responses to this section will be used as evidence against you in a subsequent criminal proceeding. As to this particular section, this applies whether or not you are currently employed by the Federal government. The following questions pertain to the illegal use of drugs or controlled substances or drug or controlled substance activity. *(SF-86 Section 23.7)*

---

**Have you EVER voluntarily sought counseling or treatment as a result of your use of a drug or controlled substance?** ∗

○ Yes  ⊘ No

# Use Of Alcohol

## NEGATIVE IMPACT

Your response to the question below determines if further information is required for this section. *(SF-86 Section 24.1)*

---

**In the last seven (7) years (2014-2021), has your use of alcohol had a negative impact on your work performance, your professional or personal relationships, your finances, or resulted in intervention by law enforcement/public safety personnel?** ∗

○ Yes  ⊘ No

---

## TREATMENT ORDERED

Your response to the question below determines if further information is required for this section. *(SF-86 Section 24.2)*

**Have you EVER been ordered, advised, or asked to seek counseling or treatment as a result of your use of alcohol?** ∗

○ Yes  ⊘ No

### TREATMENT SOUGHT

Your response to the question below determines if further information is required for this section. *(SF-86 Section 24.3)*

**Have you EVER voluntarily sought counseling or treatment as a result of your use of alcohol?** ∗

○ Yes  ⊘ No

### TREATMENT RECEIVED

Your response to the question below determines if further information is required for this section. *(SF-86 Section 24.4)*

**Have you EVER received counseling or treatment as a result of your use of alcohol in addition to what you have already listed on this form?** ∗

○ Yes  ⊘ No

# Clearance Record



### INVESTIGATIONS

Complete the following since you responded "Yes" to the U.S. Government (or a foreign government) having investigated your background and/or having granted you a security clearance eligibility/access. *(SF-86 Section 25.1)*

## AGENCY OF CLEARANCE

**Select the investigating agency** ✳

○ U.S. Department of Defense
○ U.S. Department of State
⊘ U.S. Office of Personnel Management
○ Federal Bureau of Investigation
○ U.S. Department of Treasury
○ U.S. Department of Homeland Security
○ Foreign government
○ I Don't Know
○ Other

**Is the name of the agency that issued the clearance eligibility/access different from the investigating agency?** ✳

⊘ Yes   ○ No

XXXXXXXXX

XXXXXXXXXXXXX

## DATES OF CLEARANCE

**Date the investigation was completed** ✳

XXXX

☐ I Don't Know   ☐ Est.

**Date the clearance eligibility/access was granted** ✳

XXXX

☐ I Don't Know   ☐ Est.

## LEVEL OF CLEARANCE

**Select the level of clearance eligibility/access granted** ✳

○ None
○ Confidential
○ Secret
○ Top Secret
⊘ Sensitive Compartmented Information (SCI)
○ Q
○ L
○ I Don't Know
○ Issued by foreign country
○ Other

## SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

## INVESTIGATIONS

Complete the following since you responded "Yes" to the U.S. Government (or a foreign government) having investigated your background and/or having granted you a security clearance eligibility/access. *(SF-86 Section 25.1)*

## AGENCY OF CLEARANCE

**Select the investigating agency** ✳

○ U.S. Department of Defense
○ U.S. Department of State
◉ U.S. Office of Personnel Management
○ Federal Bureau of Investigation
○ U.S. Department of Treasury
○ U.S. Department of Homeland Security
○ Foreign government
○ I Don't Know
○ Other

**Is the name of the agency that issued the clearance eligibility/access different from the investigating agency?** ✳

◉ Yes    ○ No

▨▨▨▨▨▨▨▨▨▨
▨▨▨▨▨▨▨▨▨▨▨▨▨▨

## DATES OF CLEARANCE

**Date the investigation was completed** ✳

▨▨▨▨

☐ I Don't Know   ☑ Est.

▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨ granted ✳

▨▨▨▨

☐ I Don't Know   ☑ Est.

## LEVEL OF CLEARANCE

**Select the level of clearance eligibility/access granted** ✳

○ None
○ Confidential
◉ Secret
○ Top Secret
○ Sensitive Compartmented Information (SCI)
○ Q
○ L
○ I Don't Know
○ Issued by foreign country
○ Other

## SUPPLEMENTAL EXPLANATION (OPTIONAL)

For any question or field above that you do not have complete and accurate information, please provide details.

**Details**

▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨
▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨

## POLYGRAPHS

Your response to the question below determines which forms are required for this section.

**Have you EVER taken a polygraph?** ✳

○ Yes  ⊘ No

---

## DENIALS & REVOCATIONS

Your response to the question below determines which forms are required for this section. *(SF-86 Section 25.2)*

**Have you EVER had a security clearance eligibility/access authorization denied, suspended, or revoked? (NOTE: An administrative downgrade or administrative termination of a security clearance is not a revocation.)** ✳

○ Yes  ⊘ No

---

## DEBARMENTS

Your response to the question below determines which forms are required for this section. *(SF-86 Section 25.3)*

**Have you EVER been debarred from government employment?** ✳

○ Yes  ⊘ No

# Financial

## BANKRUPTCY

Your response to the question below determines which forms are required for this section. *(SF-86 Section 26.1)*

**In the last seven (7) years (2014-2021) have you filed a petition under any chapter of the bankruptcy code?** ✳

○ Yes  ⊘ No

## GAMBLING

Your response to the question below determines which forms are required for this section. *(SF-86 Section 26.2)*

**Have you EVER experienced financial problems due to gambling?** ✳

○ Yes  ⊘ No

## TAXES

Your response to the question below determines which forms are required for this section. *(SF-86 Section 26.3)*

**In the last seven (7) years (2014-2021) have you failed to file or pay Federal, state, or other taxes when required by law or ordinance?** ✳

○ Yes  ⊘ No

## EMPLOYER FINANCES

Your response to the question below determines which forms are required for this section. *(SF-86 Section 26.4)*

In the last seven (7) years (2014–2021) have you been counseled, warned, or disciplined for violating the terms of agreement for a travel or credit card provided by your employer? ✱

○ Yes  ⊘ No

---

### CREDIT COUNSELING

Your response to the question below determines which forms are required for this section. *(SF-86 Section 26.5)*

Are you currently utilizing, or seeking assistance from, a credit counseling service or other similar resource to resolve your financial difficulties? ✱

○ Yes  ⊘ No

---

### MISCELLANEOUS - PART 1

Your responses to the questions below determine which forms are required for this section. *(SF-86 Section 26.6)*

## Other than previously listed, have any of the following happened to you?

(You will be asked to provide details about each financial obligation that pertains to the items identified below)

In the last seven (7) years (2014–2021), have you been delinquent on alimony or child support payments? ✱

○ Yes  ⊘ No

In the last seven (7) years (2014–2021), have you had a judgment entered against you?
(Include financial obligations for which you were the sole debtor, as well as those for which you were a cosigner or guarantor.) ✱

○ Yes  ⊘ No

In the last seven (7) years (2014–2021), have you had a lien placed against your property for failing to pay taxes or other debts?
(Include financial obligations for which you were the sole debtor, as well as those for which you were a cosigner or guarantor.) ✱

○ Yes  ⊘ No

Are you currently delinquent on any Federal debt?
(Include financial obligations for which you were the sole debtor, as well as those for which you were a cosigner or guarantor.) ✱

○ Yes  ⊘ No

---

### MISCELLANEOUS - PART 2

Your responses to the questions below determine which forms are required for this section. *(SF-86 Section 26.7)*

## Other than previously listed, have any of the following happened?

In the last seven (7) years (2014–2021), have you had any possessions or property voluntarily or involuntarily repossessed or foreclosed?
(Include financial obligations for which you were the sole debtor, as well as those for which you were a cosigner or guarantor.) ✱

○ Yes  ⊘ No

In the last seven (7) years (2014–2021), have you defaulted on any type of loan?
(Include financial obligations for which you were the sole debtor, as well as those for which you were a cosigner or guarantor.) ✱

○ Yes  ⊘ No

**In the last seven (7) years (2014-2021), have you had bills or debts turned over to a collection agency?**
**(Include financial obligations for which you were the sole debtor, as well as those for which you were a cosigner or guarantor.)**
**∗**

○ Yes   ⊘ No

**In the last seven (7) years (2014-2021), have you had any account or credit card suspended, charged off, or cancelled for failing to pay as agreed?**
**(Include financial obligations for which you were the sole debtor, as well as those for which you were a cosigner or guarantor.)**
**∗**

○ Yes   ⊘ No

**In the last seven (7) years (2014-2021), were you evicted for non-payment? ∗**

○ Yes   ⊘ No

**In the last seven (7) years (2014-2021), have you had your wages, benefits, or assets garnished or attached for any reason? ∗**

○ Yes   ⊘ No

**In the last seven (7) years (2014-2021), have you been over 120 days delinquent on any debt not previously entered?**
**(Include financial obligations for which you were the sole debtor, as well as those for which you were a cosigner or guarantor.)**
**∗**

○ Yes   ⊘ No

**Are you currently over 120 days delinquent on any debt?**
**(Include financial obligations for which you were the sole debtor, as well as those for which you were a cosigner or guarantor.)**
**∗**

○ Yes   ⊘ No

## Use Of IT Systems

| UNAUTHORIZED ACCESS |
|---|
| We note, with reference to this section, that neither your truthful responses nor information derived from your responses to this section will be used as evidence against you in a subsequent criminal proceeding. As to this particular section, this applies whether or not you are currently employed by the Federal government. The following questions ask about your use of information technology systems. Information technology systems include all related computer hardware, software, firmware, and data used for the communication, transmission, processing, manipulation, storage or protection of information. *(SF-86 Section 27.1)* |

**In the last seven (7) years (2014-2021), have you illegally or without proper authorization accessed or attempted to access any information technology systems? ∗**

○ Yes   ⊘ No

| UNAUTHORIZED CHANGE |
|---|
| We note, with reference to this section, that neither your truthful responses nor information derived from your responses to this section will be used as evidence against you in a subsequent criminal proceeding. As to this particular section, this applies whether or not you are currently employed by the Federal government. The following questions ask about your use of information technology systems. Information technology systems include all related computer hardware, software, firmware, and data used for the communication, transmission, processing, manipulation, storage or protection of information. *(SF-86 Section 27.2)* |

**In the last seven (7) years (2014-2021), have you illegally or without authorization modified, destroyed, manipulated, or denied others access to information residing on an information technology system or attempted any of the above? ∗**

○ Yes   ⊘ No

### UNAUTHORIZED MEDIA

We note, with reference to this section, that neither your truthful responses nor information derived from your responses to this section will be used as evidence against you in a subsequent criminal proceeding. As to this particular section, this applies whether or not you are currently employed by the Federal government. The following questions ask about your use of information technology systems. Information technology systems include all related computer hardware, software, firmware, and data used for the communication, transmission, processing, manipulation, storage or protection of information. *(SF-86 Section 27.3)*

**In the last seven (7) years (2014-2021), have you introduced, removed, or used hardware, software, or media in connection with any information technology system without authorization, when specifically prohibited by rules, procedures, guidelines, or regulations or attempted any of the above?** ✶

○ Yes   ⊘ No

## Association Record

### TERROR ORGANIZATIONS

Your response to the question below determines which forms are required for this section. *(SF-86 Section 29.1)*

The following pertain to your associations. You are required to answer the questions fully and truthfully, and your failure to do so could be grounds for an adverse employment, security, or credentialing decision. For the purpose of this question, terrorism is defined as any criminal acts that involve violence or are dangerous to human life and appear to be intended to intimidate or coerce a civilian population to influence the policy of a government by intimidation or coercion, or to affect the conduct of a government by mass destruction, assassination or kidnapping.

**Are you now or have you EVER been a member of an organization dedicated to terrorism, either with an awareness of the organization's dedication to that end, or with the specific intent to further such activities?** ✶

○ Yes   ⊘ No

### ENGAGED TERRORISM

Your response to the question below determines which forms are required for this section. *(SF-86 Section 29.2)*

The following pertain to your associations. You are required to answer the questions fully and truthfully, and your failure to do so could be grounds for an adverse employment, security, or credentialing decision. For the purpose of this question, terrorism is defined as any criminal acts that involve violence or are dangerous to human life and appear to be intended to intimidate or coerce a civilian population to influence the policy of a government by intimidation or coercion, or to affect the conduct of a government by mass destruction, assassination or kidnapping.

**Have you EVER knowingly engaged in any acts of terrorism?** ✶

○ Yes   ⊘ No

### ADVOCATED TERRORISM

Your response to the question below determines which forms are required for this section. *(SF-86 Section 29.3)*

The following pertain to your associations. You are required to answer the questions fully and truthfully, and your failure to do so could be grounds for an adverse employment, security, or credentialing decision. For the purpose of this question, terrorism is defined as any criminal acts that involve violence or are dangerous to human life and appear to be intended to intimidate or coerce a civilian population to influence the policy of a government by intimidation or coercion, or to affect the conduct of a government by mass destruction, assassination or kidnapping.

**Have you EVER advocated any acts of terrorism or activities designed to overthrow the U.S. Government by force?** ✶

○ Yes   ⊘ No

### OVERTHROW ORGANIZATIONS

Your response to the question below determines which forms are required for this section. *(SF-86 Section 29.4)*

The following pertain to your associations. You are required to answer the questions fully and truthfully, and your failure to do so could be grounds for an adverse employment, security, or credentialing decision. For the purpose of this question, terrorism is defined as any criminal acts that involve violence or are dangerous to human life and appear to be intended to intimidate or coerce a civilian population to influence the policy of a government by intimidation or coercion, or to affect the conduct of a government by mass destruction, assassination or kidnapping.

**Have you EVER been a member of an organization dedicated to the use of violence or force to overthrow the United States Government, and which engaged in activities to that end with an awareness of the organization's dedication to that end or with the specific intent to further such activities?** ✱

○ Yes    ⊘ No

---

## DISCOURAGE RIGHTS

Your response to the question below determines which forms are required for this section. *(SF-86 Section 29.5)*

---

The following pertain to your associations. You are required to answer the questions fully and truthfully, and your failure to do so could be grounds for an adverse employment, security, or credentialing decision. For the purpose of this question, terrorism is defined as any criminal acts that involve violence or are dangerous to human life and appear to be intended to intimidate or coerce a civilian population to influence the policy of a government by intimidation or coercion, or to affect the conduct of a government by mass destruction, assassination or kidnapping.

**Have you EVER been a member of an organization that advocates or practices commission of acts of force or violence to discourage others from exercising their rights under the U.S. Constitution or any state of the United States with the specific intent to further such action?** ✱

○ Yes    ⊘ No

---

## OVERTHROW ACTIVITIES

Your response to the question below determines which forms are required for this section. *(SF-86 Section 29.6)*

---

The following pertain to your associations. You are required to answer the questions fully and truthfully, and your failure to do so could be grounds for an adverse employment, security, or credentialing decision. For the purpose of this question, terrorism is defined as any criminal acts that involve violence or are dangerous to human life and appear to be intended to intimidate or coerce a civilian population to influence the policy of a government by intimidation or coercion, or to affect the conduct of a government by mass destruction, assassination or kidnapping.

**Have you EVER knowingly engaged in activities designed to overthrow the U.S. Government by force?** ✱

○ Yes    ⊘ No

---

## FURTHER TERRORISM

Your response to the question below determines which forms are required for this section. *(SF-86 Section 29.7)*

---

The following pertain to your associations. You are required to answer the questions fully and truthfully, and your failure to do so could be grounds for an adverse employment, security, or credentialing decision. For the purpose of this question, terrorism is defined as any criminal acts that involve violence or are dangerous to human life and appear to be intended to intimidate or coerce a civilian population to influence the policy of a government by intimidation or coercion, or to affect the conduct of a government by mass destruction, assassination or kidnapping.

**Have you EVER associated with anyone involved in activities to further terrorism?** ✱

○ Yes    ⊘ No

# Authorizations & Advisements

## AUTHORIZATION TO OBTAIN CONSUMER CREDIT REPORT

Carefully read this authorization to release information about you.

You can find the complete text of the FCRA, 15 U.S.C. 1681 et seq., at the Federal Trade Commission's website (http://www.ftc.gov).

## INSTRUCTIONS FOR COMPLETING THIS RELEASE

This release form authorizes the investigator to obtain a copy of your consumer (credit) report from a consumer reporting agency (credit bureau) pursuant to the provisions of the Fair Credit Reporting Act of 1970, as amended (15 U.S.C. Sec 1681 et seq). The Federal agency or department receiving the report will use the consumer report to assist in its adjudication of whether you satisfy the criteria to receive access or continued access to classified national security information.

☑ I Understand *

## AUTHORITY TO RELEASE INFORMATION

I hereby authorize any investigator, special agent, or other duly accredited representative of the authorized Federal agency or department conducting my background investigation, bearing this release or copy thereof that shows my electronic signature, within five (5) years of its date, to obtain a copy of my consumer report as that term is defined in the Fair Credit Reporting Act (FCRA) of 1970, as amended (15 U.S.C. Sec 1681 et seq.). I understand that my consumer report will be used to assist in determining whether I satisfy the criteria to receive access or continued access to classified national security information. Furthermore, I understand that, if information in my consumer report leads to the Federal agency or department taking an action adverse to me as defined in the FCRA, that I will be given an opportunity to appeal the action consistent with applicable law, executive order, and agency or department regulation. However, I understand that I may not receive advance notice of an adverse action based in part on the consumer report if the Federal agency or department has reason to believe that advance notification will result in endangering life or physical safety of any person; flight from prosecution; destruction or tampering with evidence; intimidation of potential witnesses; compromise of classified information; or otherwise seriously jeopardize an investigation or official proceeding or unduly delay an ongoing official proceeding.

☑ I Authorize *

## PRIVACY ACT

The Privacy Act 5.U.S.C.533a. requires that federal agencies inform individuals, at the time information is solicited from them, whether the disclosure is mandatory or voluntary, by what authority such information is solicited, and what uses will be made of the information. You are hereby advised that the authority for soliciting your Social Security Number (SSN) is Executive Order 9397, as amended. Since other people may have the same name and birth date, your SSN will be used to identify you precisely when requesting a copy of your consumer report. Although disclosure of your SSN is not mandatory, your failure to do so may impede completion of your investigation.

☑ I Understand *

## SECURITY ADVISEMENT

Carefully read this advisement.

## VERIFICATION OF US CITIZENSHIP

During your background investigation, you will be required to show an investigator proof of your US citizenship. If you are not already in possession of original certified copies of any/all of the documents listed below, and depending on your birth situation, it is suggested that you immediately make arrangements to obtain the certified documentation needed. Obtaining a certified copy from the issuing government agency is sometimes a lengthy process. Failure to show this documentation to the investigator can significantly delay your security processing.

☑ I Understand *

## US CITIZENS BORN IN THE UNITED STATES

You will need to show the investigator an original, "raised seal" birth record issued by a state or local government agency. A photocopy is NOT acceptable. If you do not know where to obtain an original birth certificate, a helpful website is the National Vital Statistics System (https://www.cdc.gov/nchs/nvss/) . You can find contact information specific to each US state and territory.

☑ I Understand *

## US CITIZENS BORN ABROAD

You will need to show the investigator an original document issued by the Department of State. That document might be entitled "Certificate of Report of Birth (DS-1350)" or "Consular Report of Birth Abroad (FS-240)". If you do not have the original, a helpful website is the US Department of State (https://www.state.gov/) .

☑ I Understand *

## NATURALIZED US CITIZENS

You will need to show the investigator an original of your naturalization certificate. If you do not have the original, a helpful website is the US Citizenship and Immigration Services (https://my.uscis.gov/) .

☑ I Understand *

## ANY APPLICANT

The documents listed above are preferred methods of proof of citizenship. As an alternate to any of the above documents, you may show the investigator a valid US Passport to establish your US citizenship. If you have any questions about the specific requirement, please contact us using the telephone number provided in your offer letter between the hours of 9 a.m. and 3 p.m. ET.

☑ I Understand *

## RESIDING WITH NON-US CITIZENS

As a general rule, we will not permit employees to share living quarters with individuals who are not US citizens. In your search for housing in the DC area, and without revealing your affiliation of our organization, attempt to determine the nationality(ies) of your prospective roommate(s). If this information cannot be readily discerned, please do not sign a lease until after you meet all the potential roommates. A possible approach may include a commitment for 30-days to ensure that you fit into the household. The leasing party typically views this favorably, particularly if they reside in the house. After arrival in the DC area, if you determine your roommate is not a US citizen, you must report the arrangement and seek guidance through your security officer.

☑ I Understand *

## SECURITY PROCESSING

Carefully read this advisory.

## ADVISORY TO APPLICANTS CONCERNING SECURITY PROCESSING

You have applied for employment with our organization. As part of your application, you are required to undergo security processing to determine your eligibility for access to classified information. If after reading the following information, you have any doubt that the U.S. Government would grant you access to classified information, you should ask to speak to a security or suitability expert who will discuss your concerns with you privately. Following that conversation, you should make a responsible decision whether you should continue in process or withdraw your application. If you choose to withdraw your application, the expert may be able to advise you on an appropriate time to reapply, depending on the circumstances of your withdrawal.

We strongly encourage you to read the adjudication guidelines under which the Government evaluates individuals for access to classified information. These guidelines can be found at https://www.dni.gov/files/documents/ICPG/ICPG_704_2.pdf (https://www.dni.gov/files/documents/ICPG/ICPG_704_2.pdf) , and the investigative standard used can be found at https://www.dni.gov/files/documents/ICPG/cleanedICPG-704.1—Personnel-Security-Investigative-Standards-for-Access-to-SCI-6-Jun-2018.pdf (https://www.dni.gov/files/documents/ICPG/cleanedICPG-704.1—Personnel-Security-Investigative-Standards-for-Access-to-SCI-6-Jun-2018.pdf) .

In addition, while the text below does not include a complete list of our decision making factors, the following information is for your consideration:

- **Prior drug use:** To be considered suitable for employment with our organization, applicants must generally have not have used illegal drugs or misused prescription drugs within the last 12 months. The issue of illegal drug use prior to 12 months ago is carefully evaluated during the medical and security processing. Please note that despite legalization of marijuana under the law of some states, federal statute specifically prohibits Federal agencies from granting security clearances to users of controlled substances, including marijuana. Further, the use of marijuana and other controlled substances in violation of federal law remains a possible disqualifying criterion under Intelligence Community clearance eligibility standards. Regardless of whether an individual is located in a state that has legalized marijuana or in a foreign country where local laws allow it, and regardless of whether the Department of Justice enforces applicable federal criminal prohibitions in those jurisdictions, any use of marijuana may adversely impact that individual's eligibility for a security clearance.
- **Illegal downloading:** The theft of copyrighted material has grown substantially in recent years and, like any other criminal activity, is of concern. Illegal downloading, use, distribution, or sale of songs, games, software, and other electronic files will be carefully evaluated during security processing. Also, if you have engaged in illegal downloading in the past, you must cease illegal downloading immediately. While factors such as the amount, frequency, retention, and recency of such downloading activity will be taken into consideration, applicants are reminded that the theft of copyrighted material may be disqualifying for employment.
- **Criminal indictment:** If you are a defendant in a pending criminal indictment, we suggest that you complete all court proceedings and court mandated requirements and then reapply.
- **Foreign influence:** Having foreign national family or friends is not unusual and is not necessarily disqualifying. During security processing you must report any and all foreign national contacts with whom you have close and/or continuing contact, or to whom you have ties of obligation or affection. Though it is rare, the Government may prohibit you from maintaining contact with specific foreign nationals.
- **Employment history:** An unstable work history, while not necessarily disqualifying, may be of concern. You must be truthful throughout processing about your employment history, including any problems you had in any employment, and how and why you left each employer.

You do not need permission from the Government to travel outside the United States during security processing, however, if you plan travel outside of the United States after receiving this package you should contact the call center to provide us the dates and location of your travel. We will not communicate with you while you are outside the country or its territories. Frequent or extended periods of travel could interfere with your processing and extend it beyond the average processing time. If you decide to remain abroad for six months or more after submitting this package, please call your official point of contact to discuss how this will affect your processing. In cases of extended travel or residence abroad lasting six months or more (not including military service), we may stop your processing and await notification that you have returned to the United States. At that time, assuming the position for which you were given a COE is still available, you may be required to resubmit an updated SF86 package. If you travel abroad and fail to notify us or attempt to communicate with us from abroad, your COE may be rescinded.

Finally, please note that candor, completeness and cooperation are critical to this process. Please provide truthful and complete responses to all questions and respond in a timely manner to all inquiries.

☑ I Acknowledge that I have read and understand this document *

## MARRIAGE OR COHABITATION WITH A FOREIGN NATIONAL

You responded that you are not engaged to, married to, separated from, or cohabitating with a Foreign National; this section does not apply to you. Click Next to proceed to the next section.

# Financial Incentives & Obligations

## FINANCIAL DISCLOSURE

As part of the organization's personnel security program, employees and individuals with staff or staff-like access to the organization's information and facilities must fulfill an annual financial disclosure requirement

## FINANCIAL DISCLOSURE REQUIREMENT

I understand that, if I onboard as an employee or in any capacity that gives me staff or staff-like access, I must complete the financial disclosure form on-line within thirty days of my onboarding. I understand that failure to comply with this requirement may result in the termination of my employment or affiliation. I further understand that the financial disclosure form requires the disclosure of financial information about my spouse and dependent children in addition to myself. The reporting period for the financial disclosure requirement includes the entire preceding calendar year (that is, from 1 January to 31 December of the previous year). I understand and agree to comply with the organization's financial disclosure requirement.

☑ I Understand *

## FOREIGN LANGUAGE INCENTIVE PROGRAM

Carefully read about this program and indicate your understanding below.

## ABOUT THE PROGRAM

The hiring organization has a comprehensive language incentive program that fosters the acquisition and maintenance of foreign language skills. New employees who already possess excellent foreign language skills may be eligible for a significant language hiring bonus. Bonuses will be paid to new employees who meet the minimum proficiency requirements in a qualifying language, sign a continued service agreement, and have been hired into a language-designated occupation. The amount of a language bonus will be determined on the basis of three criteria: tested proficiency, difficulty learning the language, and criticality of the language to the organization.

There are three categories of languages. Category I languages (easiest for native English speakers to learn) include the Romance Languages and a few others. Category II languages include German, Persian, Russian, Thai, Turkish, and other languages. Category III languages (the most difficult for a native English speaker to learn) include Arabic, Chinese, Japanese, and Korean.

The foreign language test measures: reading, listening, and speaking. The test covers a wide range of subjects and can take up to four hours. Certified testers conduct the interactive portions of the speaking test and may conduct a portion of the listening tests. Tests for the language hiring bonuses are administered only once, and the results are final.

New employees, hired into language-designated occupations, must test for the language hiring bonus or mission critical language bonus within six months of hire.

To be considered for the pre-hire mission critical language hiring bonus, new employees must have tested during the hiring process. Those eligible for this incentive will receive specific guidance from the hiring organization.

Language hiring bonuses are paid for each language for which employees are eligible, up to a $35,000 cap per employee. Former employees who received any type of language pay or participated in our sponsored language training and who are rehired as employees may receive a hiring bonus only for a newly acquired language. Bonuses will be paid in a one-time, lump-sum payment.

☑ I Understand *

## NOTICE OF ETHICAL OBLIGATIONS ASSOCIATED WITH YOUR POSITION

Carefully read this authorization to release information about you.

## A STATEMENT REGARDING THE ORGANIZATION'S COMMITMENT TO GOVERNMENT ETHICS

Our organization has a profound obligation to the American people to carry out our mission with the utmost honesty, integrity, and fairness. We must set the highest standards for ourselves and live up to them in a way that would make our fellow citizens proud of their professionals. What matters, in short, is not only what we do, but how we do it. Our organization's reputation needs to be protected as if it were sacred— because it is sacred.

We are privileged to serve in positions of public trust. To safeguard that trust, we must always be faithful to the American people and the principles and values upon which our Nation was founded. We do this by honoring the Constitution and the laws of the United States and by following a strong code of ethics.

Our colleagues are available to help each of us understand the statutes and regulations that govern ethical conduct in Government service. By working together, we will ensure that all our actions remain fully consistent with our laws and our values as Americans.

☑ I Understand *

## NOTICE THAT YOU WILL BE SUBJECT TO THE STANDARDS OF CONDUCT AND THE CRIMINAL CONFLICT OF INTEREST STATUTES AS AN EMPLOYEE

As an employee of the United States Government (USG), you will be subject to the Standards of ethical conduct for employees of the executive branch (Standards). The standards can be found at 5 C.F.R. Part 2635 and detail the requirements for accepting gifts from outside sources and between employees, misuse of position, financial conflicts of interests, impartiality in performing official duties, seeking other employment, misuse of position, compensation for Teaching, Speaking, and Writing, and outside activities.

You will also be subject to the Criminal Conflict of Interest Statutes, which can be found at 18 U.S.C. § 201-209. These statutes criminalize bribery, representation of third parties back to the U.S. Government and compensation for such representation, criminal conflicts of interests, and dual compensation for services as a government employee. Specifically 18 U.S.C. § 205, a representational conflict of interest statute, prohibits a Federal employee from representing a third party (i.e., company, organization, individual) before any part of the US government (USG) other than Congress, including USG personnel acting in their official capacity. In most cases, unless you can remain purely "behind-the-scenes" and have no interaction with USG personnel, this representational restriction will prohibit USG employees from working under a USG contract, including our organization contracts, whether for a prime contractor or a subcontractor. Another representational restriction, 18 U.S.C. § 203, prohibits a USG employee from receiving compensation, either directly or indirectly, for representing another person before the USG. The ban applies to compensation for representation that occurred during the employee's Government service, even if the compensation is paid after the employee leaves Federal service. The ban is also not limited to matters before the organization, and the ban applies equally to compensation for representational services rendered personally by the employee or by another person.

☑ I Understand *

## HOW TO OBTAIN ADDITIONAL INFORMATION ON APPLICABLE ETHICS REQUIREMENTS

You will complete initial ethics training as part of your orientation. If you need additional information either before that course starts or at any other time, please contact the Ethics Law Division at (212) 245-0894.

☑ I Understand *

## FINANCIAL DISCLOSURE REQUIREMENTS FOR SOME EMPLOYEES AND FILING DEADLINES

Pursuant to the Ethics in Government Act, designated federal employees participate in two separate financial disclosure filings (OGE 278 and OGE 450) that are intended to identify and resolve potential conflicts of interest. Specifically, the purpose of such filings is to allow the organization to determine whether these employees have financial interests, personal or business relationships, or relationships with previous or prospective employers that conflict with their official duties. Senior executives must file the OGE 278 within 30 days of their appointment to a senior executive rank and annually by 15 May. Senior executives who terminate federal service must file a termination OGE 278 within 30 days of their official date of separation/retirement or, they may submit the report online no more than three calendar days prior to their official date of separation/retirement. An ethics official reviews the completed form for conflicts of interest and accuracy, consulting when necessary. All non-senior executive officers who are contracting officers, acquisitions careerists, program managers, contracting officer technical representatives, government task managers, members of the Inspector General staff, and members of the audit staff are generally required to complete an OGE Form 450. These individuals must file a completed form within 30 days of assuming the position or procurement duties, and thereafter annually by 15 February.

☑ I Understand *

## MOVING EXPENSES

Carefully read about this program and indicate your understanding below.

## TAX IMPLICATIONS: DOMESTIC MOVING EXPENSES

The Tax Cuts and Jobs Act, enacted in December 2017, mandates that any employer-provided domestic moving expenses be included in taxable income for private and public sector employees. This means that if your hiring component has advised you it will pay for your onboarding move, you will be responsible for paying the taxes on all aspects of that onboarding move paid for by your hiring component. More specifically, the Internal Revenue Code treats an employer-funded move as a taxable fringe benefit subject to all applicable income and employment taxes – similar to wages. Your tax liability will be approximately 30 percent (22 percent federal tax, 6.2 percent FICA, and 1.45 percent Medicare) of the cost of the move.

In situations such as this, since you have not earned wages, we as the employer cannot yet withhold the applicable taxes. We, as the employer, are required to remit taxes associated with your move to the Internal Revenue Service (IRS), and then you will be required to repay us for the taxes remitted on your behalf. We recognize incurring a tax liability prior to earning your first paycheck could present a financial burden, and for that reason, there are options available to help minimize the impact.

If you use a Self-Enabled Move, we will reimburse you for approximately 70 percent of the cost of the move. We will then remit your tax liability to the IRS, as described above.

If you use a Travel Services-Assisted Move, after you have officially started, you will be provided written notification of the amount of money you owe along with the option to pay back the amount owed in one lump sum or to agree to the below proposed repayment schedule:

- Total amount owed up to $1,600 may be repaid over 52 pay periods;
- Total amount owed in excess of $1,600 may be repaid over 104 pay periods;
- The amount of withholding per pay period shall not be less than $25.

After the pre-packout survey, you should ask the moving vendor for a quote of your move. This will help you make an informed decision about whether to use the Travel Services vendor or complete a self-move.

For both Self-Enabled Moves and Travel Services-Assisted Moves, the value of the move and the taxes withheld will be reflected on your W-2, as income earned and taxes withheld, respectively.

☑ I Understand *

UNCLASSIFIED

BARNDOLLAR, GILMAN C. ██

**REPORT OF INVESTIGATION**
**SUMMARY**

SUBJECT: **BARNDOLLAR, GILMAN**
SSN: ██

DATE OF REPORT: **4/8/2022**

██

QA REVIEWER/SUPERVISOR ██

**PRIVACY ACT:** All sources were advised orally of the confidentiality provisions of the Privacy Act of 1974. No persons providing information objected to their identities being released to the SUBJECT except those identified as confidential sources in this report.

**INVESTIGATOR COVERAGE:** Sources contacted during this investigation were interviewed in depth regarding SUBJECT's character, morals, reputation, honesty, trustworthiness, integrity, discretion, substance abuse, financial responsibility, emotional stability, criminal activity, foreign travel/contacts, conflicts of interest and loyalty to the United States. Except for the noteworthy information detailed below, all sources responded favorably and all references recommended SUBJECT for a position of trust and responsibility involving national security.

██

**SUBJECT INTERVIEW**

Investigator: ██

Inquiry Date: 2/7/2022

Location: **Washington, DC**

SUBJECT was advised verbally of the provisions of the Privacy Act of 1974. A complete review ██ was conducted with SUBJECT. The interview included discussions concerning SUBJECT's integrity, moral character, trustworthiness, discretion, substance abuse, financial responsibility, criminal activity, foreign travel and contacts, emotional health, conflicts of interest and loyalty to the United States. The interview developed the following:

IDENTIFICATION: SUBJECT presented his valid ██████ license as proof of his identification. License ██ Barndollar, Gilman ██ ; issue date 6/30/2018; expiration date 10/11/2025; ██ ; M, 6'0", 191lbs, ██

SUBJECT provided a valid US passport as proof of his birth. US passport issued by the US Department of State ██ ; name Barndollar, Gilman ██ issue date 16 April 2019; expiration date 15 April 2029; ██ ██

SUBJECT is a US citizen. ██
██

██
██

RESIDENCE: From ██ He lives alone, owns the residence and paid in full for the house so he has no mortgage.

From 1/2018 to 2/9/2022, SUBJECT lived at ██ He lived alone and paid $1875/month in rent. He left because he bought a house.

1

BARNDOLLAR, GILMAN C. ▆▆▆▆



██████████████████████████████████████████████ ▆▆
██████████ He paid no rent and left to move ████████
██████████████████████████████ ████████████████████ lived alone and paid
between $1200 and $1400 in rent. He left when he was discharge███████████████

From 11/2015 to 5/2016, S████████████████████████████████████████████

From 8/2014 to 11/2015, SUBJECT ██████████████████████████████████
██████████████████████████████████████

For all of the above, SUBJECT has not had any issues at any residence. He paid his rent on time, had no problems with neighbors/police and no overlapping residences. He kept the ██████████████ for four months while he was in ██████ for storage.

SUBJECT owns property from which he earns $4000/month. He did not provide the information during his interview and is on OCONUS until 3/2/2022. There are no additional residences within the scope of this investigation.

EDUCATION: SUBJECT's highest degree is a PhD from the University of Cambridge in England. He was full time student from ████████, attended onsite and took no summer breaks. He received his degree in ██ and has paid off his education expenses. As part of this program SUBJECT received a Master's degree at the end of his first year and received the degree in 5/2005. He had no paid work study or internships.

SUBJECT has not had any issues at any education institution. SUBJECT has satisfied his financial obligations to all his institutions. He has not attended any other schools within the scope of this investigation.

EMPLOYMENT: From 5/2019 to present, SUBJECT has been employed part time by ██████████████████████████████████████████████████████████████████████ 0-$2000/month.

From 1/2019 to present, SUBJECT has been a ████████████████████████████████████████████████████████████████████████████████████████████████

From 3/2017 to present, SUBJECT has worked part time with the ████████████████████████████████████████████████

From 6/2018 to 6/2019, SUBJECT worked at ████████████████████████████████████████████████████████████████████ TV.

From 1/2017 to 6/2017, SUBJECT was self-employed part time with the ████████████████████████████████████████████████.

2

BARNDOLLAR, GILMAN C██████

He is now a ██████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████

From 7/2014 to 12/2016, SUBJECT was on ██████████████        ████████████
████████████████████████████████████████████████████████
████████████

SUBJECT had no issues, problems or disciplinary actions during his time of service. ████████
████████████████████████          ████████████████████████████

SUBJECT has never been reprimanded, fired, or had any issues at any employment and would be eligible for re-hire with the exception of the ████████████████████████████████████████████████████
████████████████████████████

FAMILY AND ASSOCIATES: SUBJECT verified his family information. There are no changes and all are US citizens.

SUBJECT's ████████████████████████████████████████████████████████
████████████

SUBJECT's ████████████████████████████████████████████████████████
████████████

SUBJECT's ████████████████████████████████████████████████████████
████████████████████████████.

████████████████████████████████████████████████████████████████

FOREIGN TRAVEL: SUBJECT has traveled internationally.

From 1/2020 to 1/2020, ████████████████████████████████████████████████
████████████████████████████████████████    ██████████████████
████████████

From 1/2020 to 1/2020, SUBJECT traveled ████████████████████████████████████
████████

From 12/2019 to 12/2019, SUBJECT traveled to S████████████████████████████████
████████████████████████████████████████████████████████████
████████████████.

From 12/2019 to 12/2019, SUBJECT traveled to ████████████████████████████████
████████████████████████████████████████████████████████████

3

BARNDOLLAR, GILMAN C. ███████

████████████████████████████████████████████████
████████████████████████████████████████████.

From 12/2019 to 12/2019, SUBJECT t███████████████████████████████████████
████████████████████████████████████████████████.

From 10/2019 to 10/2019, SUBJECT traveled to ████████████████████████████████
████████████████████████████████████.

From 8/2019 to 8/2019, SUBJECT traveled to B██████████████████████████████████
████████████████████████████████████.

From 8/2019 to 8/2019, SUBJECT traveled to ████████████████████████████████.

From 5/2019 to 5/2019, SUBJECT traveled to U██████████████████████████████████.

From 12/2018 to 12/2018, SUBJECT traveled to ████████████████████████████████
██████████████████████.

From 9/2018 to 9/2018, SUBJECT traveled to ██████████████████████████████████
████████████████████████████████████████████.

From 9/2017 to 9/2017, SUBJECT traveled to ██████████████████████████████████
██████████████████.

From 8/2017 to 8/2017, SUBJECT traveled to ████████████████████████████ 30;
████████████████████████████████.

From 7/2017 to 7/2017, SUBJECT traveled to Chile. SUBJECT flew to ██████ th a friend, ██████ █ ████;
████████████████████████ose was vacation. They visited Santiago and skied and visited wineries.

From 6/2017 to 6/2017, SUBJECT traveled to ████████████████████████████████
████████████████████████.

From 3/2017 to 3/2017, SUBJECT traveled to ██████████████████████████████████
████████████.

BARNDOLLAR, GILMAN C. ███

From 1/2017 to 1/2017, SUBJECT traveled to ███████████████████████████████

From 11/2016 to 11/2016, SUBJECT traveled ██████████████████████████████████.
████████████████████████████████████

From 7/2016 to 7/2016, SUBJECT traveled to ████████████████████████████████.
█████████████████████████

From 6/2016 to 6/2016, SUBJECT traveled █████████████████████████████████████
██████.

From 6/2016 to 6/2016, SUBJECT traveled to ███████████████████████████████████

From 11/2015 to 5/2016, SUBJECT █████████████.

From 10/2015 to 10/2015, SUBJECT traveled ████████████████████████████████████
█████████████████████████

From 10/2015 to 10/2015, SUBJECT traveled to ██████████████████████████████████
████.

From 7/2015 to 7/2015, SUBJECT traveled to ███████████████████████████████████

From 3/2015 to 6/2016, SUBJECT was █████████████████████.

From 6/2014 to 6/2014, SUBJECT traveled to ████████████████████████████████ ███
██████ ████████████████████████████████.

From 10/2013 to 1/2014, SUBJECT was ██████████████.

For all trips within the past seven years, SUBJECT had no problems with Customs or law enforcement, saw no evidence of monitoring, was not detained or arrested, was not charged with any offense, did not knowingly engage in any illegal activities, had no property confiscated, engaged in no behavior that would leave SUBJECT to be compromised and neither had a passport confiscated nor lost. There were no accidental meetings with foreign nationals. ████████████████████
████████████████████████ ████████████ █████████████████████████n

FOREIGN CONTACTS: SUBJECT has disclosed all foreign contacts, and their names were provided ███████
SUBJECT does not have any additional foreign contacts to disclose, and no changes need to be made to the information provided ████████

After submitting his papers, SUBJECT developed and anticipates having more contact with three foreign nationals:
████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████

5

BARNDOLLAR, GILMAN C. ▓▓▓

SUBJECT has disclosed all foreign government contacts, and their names were provided ▓▓▓ SUBJECT does not have any additional foreign government contacts to disclose, and no changes need to be made to the information provided ▓▓▓ The following contacts were strictly for the purpose of business as they were the POCs for each country. Their names and citizenship are listed below.

ILLEGAL ACTIVITY: SUBJECT has not had any issues with any type of law enforcement in the last seven years. He has never been charged with a felony. SUBJECT has never been charged with an offense involving alcohol, drugs, explosives, or firearms. SUBJECT does not associate with anyone who is involved in any type of criminal behavior.

DRUGS/ALCOHOL: SUBJECT has not illegally used any drug or controlled substance in the last seven years. SUBJECT has not misused any prescription drugs in the last seven years. SUBJECT has never illegally used any drug or controlled substance while possessing a security clearance or while employed as a law enforcement officer or in a position directly and immediately affecting public safety. In the last seven years SUBJECT has not been involved in the illegal possession, purchase, manufacturing, trafficking, production, transfer, shipping, receiving, handling, or sale of any drug or controlled substance. In the last seven years SUBJECT has not been ordered, advised, asked or voluntarily sought any counseling or treatment for their use of illicit narcotics. SUBJECT does not associate with anyone who is involved in any type of illicit drug behavior.

CBR was reviewed and all in good standing.

MEDIA: SUBJECT is an author and has been interviewed by the media regarding his publications.

6

BARNDOLLAR, GILMAN C. ████

ORGANIZATIONAL AFFILIATIONS: SUBJECT does not have any organizational affiliations. SUBJECT does not have any affiliations with any organizations that would have any reason to subvert the US Government.

EXTERNAL ACTIVITIES/ADDITIONAL BIO: SUBJECT enjoys skiing, hunting, spending time with friends, reading and involvement with his church. There is nothing in SUBJECT's background or lifestyle that would make him susceptible to blackmail or coercion. There is nothing in SUBJECT's background or lifestyle that would discredit or disgrace the US Government. SUBJECT is a loyal US Citizen.

### SUBJECT CONTACT

**Investigator:** ████                                     **Inquiry Date:** 1/26/2022
Location: **Washington, DC**

SUBJECT was advised verbally of the provisions of the Privacy Act of 1974.

Contacted SUBJECT for developed reference ████

### SUBJECT CONTACT

**Investigator:** ████                                     **Inquiry Date:** 1/31/2022
Location: **Washington, DC**

SUBJECT was advised verbally of the provisions of the Privacy Act of 1974.

### SUBJECT CONTACT

**Investigator:** ████                                     **Inquiry Date:** 2/3/2022
Location: **Washington, DC**

SUBJECT was advised verbally of the provisions of the Privacy Act of 1974.

SUBJECT was notified that ████ has not answered Investigator phone calls. SUBJECT will let ████ know to answer Investigator's call.

### SUBJECT CONTACT

**Investigator:** ████                                     **Inquiry Date:** 3/3/2022
Location: **Washington, DC**

SUBJECT was advised verbally of the provisions of the Privacy Act of 1974.

7

BARNDOLLAR, GILMAN C. ███

SUBJECT was contacted via telephone 3/4/2022 to clarify information uncovered during his investigation.

IDENTIFICATION: SUBJECT ████████████████████████████████████████
██████████████████████████████████ He did not claim any benefits but the citizenship and passport facilitated. The dual citizenship was not obtained/maintained to protect financial interest in the foreign country. SUBJECT has not sought or held political office in the foreign country or voted in foreign elections. SUBJECT has never served in a foreign country's military. S████████████████████████████████████████████
██████████████████████████████.

RESIDENCE: SUBJECT paid for his home in full with family money. ████████████████████
████████████████████████████████████████████████████████████████.

From 11/2015-5/2016 SUBJECT lived on Base housing in ███████████████████████████.

EDUCATION: SUBJECT listed all of his education ████████ going back as far as high school. He does not know why they did not show up in his SF86. ████████████████████. He was full time student from 2004 to 2008, attended onsite and took no summer breaks. He received his degree in 2010 and has paid off his education expenses. As part of this program SUBJECT received a Master's degree at the end of his first year and received the degree in 5/2005. He had no paid work study or internships.

SUBJECT received his Bachelor's degree from Bowdoin College ████████████████ which he attended from ████████████, onsite and took no summer breaks. This was his highest US degree. He was full time student from 2000 to 2004, attended onsite and took no summer breaks. He has satisfied all his financial responsibilities and he had no paid work study or internships.

EMPLOYMENT: As noted in the ROI, SUBJECT works for ████████████████████. He's a S████████████████. His supervisor is ████████████. Between 5/2019 and 12/2019 he was a full time employee paid ████████ nthly. In 1/2020 he changed his status to contractor and since then has been paid on a project basis and his compensation varies between S████████████.

SUBJECT is not drawing a teaching salary from ████████████. His salary grant expired ████████ the grant was not renewed) and since then he has not received a regular salary. SUBJECT is still receiving a research grant from ████████ that has a balance of about ████████ after his most recent research trip to ████. SUBJECT lived in N██ and worked in ████████ and then ████████ and worked in ████████ present. He is in ████████ one weekend a month and drove from ████████████████████ for those weekends.

From 1/2017 to 6/2017 SUBJECT was self-employed part time with the ████████████. He was a consultant and earned ████████████. He worked remotely at ████████████████ provided his 2017 W2.

SUBJECT worked at ████████████████████████████████████████████████ SUBJECT ████████████████████████████████████████████████████████████.
████████████ small think tank and magazine company ████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████

BARNDOLLAR, GILMAN C. ▮▮▮▮▮



SUBJECT's duty stations in scope were:
From 7/2016 to 12/2016 ▮▮▮▮▮
From 3/2015 to 7/2015, ▮▮▮▮▮
From 12/2014 to 7/2016 ▮▮▮▮▮
From 7/2014 to 12/2014 ▮▮▮▮▮
From 9/2010 to 7/2014 ▮▮▮▮▮
From 5/2009 to 9/2010 ▮▮▮▮▮

SUBJECT did not list any housing in ▮▮▮ from 3/2015 to 7/2015 because it was within the time period that it did not have to be listed.

SUBJECT does not work two full time jobs and one part time job concurrently. He started at ▮▮▮▮▮ in 2019 full time while he was still at the ▮▮▮▮▮ He worked about 60 hours a week between the two jobs. He worked at the Center three days a week and at ▮▮▮▮▮ on the other days either remotely or on site. When he started at ▮▮▮▮▮ ty but no longer worked for the ▮▮▮▮▮ ▮▮▮▮▮ He did, however, contribute articles to ▮▮▮▮▮ from about 3/2019 to 5/2019 but did not become an employee of ▮ ▮▮▮▮▮ He was paid by piece for his articles. He was able to write the articles because most were based on research he was doing at ▮▮▮▮▮ and adapted for ▮▮▮▮▮

SUBJECT's duty station for the ▮▮▮▮▮ The ▮▮▮▮▮
▮▮▮▮▮.

From 12/2014 – 7/2016 and 8/2016 to 12/2016 ▮▮▮▮▮ record reflects duty stations as ▮▮▮▮▮ n which are two different companies in the same ▮▮▮▮▮.

SUBJECT's teaching salary with ▮▮▮▮▮ ended 7/15/2020. However SUBJECT had two grants from ▮▮▮▮▮ one for teaching and one for research. SUBJECT still has his research grant at ▮▮▮▮▮ which includes having an office and research assistant which is why SUBJECT listed and confirmed he is still employed. SUBJECT's research assistant ▮▮▮▮▮.

SUBJECT currently does freelance work writing military analyses. A list of all of SUBJECT's publications were sent to UNI via Fedex on 2/10/2022, tracking # 7760 1184 3900.

▮▮▮▮▮. He does with ▮▮▮▮▮ and has listed them in his contact list. SUBJECT disclosed his ▮▮▮▮▮. He has no continuing contact with the others.

▮▮▮▮▮.

From 3/2017 to 3/2017 SUBJECT attended his cousin's weeding in ▮▮▮. ▮▮▮▮▮ US citizen (already listed)

9

BARNDOLLAR, GILMAN C. ████

From 10/2015 to 10/2015 SUBJECT attended a ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛. Others in attendance were ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ citizen. All are listed in his SF86 and FNCs submitted.

From 7/2015 to 7/2015 SUBJECT traveled to ⬛⬛⬛⬛ or a wedding. ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛.

SUBJECT has traveled to ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ while there he attended his grandmother's funeral.

From 2/10/2022 to 3/2/2022 SUBJECT flew to ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ He paid his expenses out of his research grant from C ⬛⬛⬛⬛⬛⬛⬛⬛⬛ SUBJECT had no problems with Customs or law enforcement, saw no evidence of monitoring, did not visit embassies or consulates, was not detained or arrested, was not charged with any offense, did not knowingly engage in any illegal activities, had no property confiscated, engaged in no behavior that would leave SUBJECT to be compromised and neither had a passport confiscated nor lost. There were no accidental meetings with foreign nationals.

FOREIGN CONTACTS: SUBJECT has three additional foreign contacts to list. ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ SUBJECT will also submit an FNC for D ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛

SUBJECT has ⬛⬛⬛⬛⬛⬛⬛ and did not need to report his contacts to authorities. He did, however, reach out to the ⬛⬛⬛⬛⬛ at each country on the military side and advised them that he was in the country in a private capacity. There is no risk of exploitation, blackmail/coercion, or a conflict of interest pertaining to SUBJECT's foreign government contacts. His research assistant, ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ is aware of his contacts.

SUBJECT's foreign government contacts include:

⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛.

⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛.

⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛.

⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛.

⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛.

⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛.

⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ ⬛⬛⬛⬛⬛⬛⬛.

10

BARNDOLLAR, GILMAN C. ███

SUBJECT has no other foreign contacts to include family members known by name only. FNC forms are attached this report.

ILLEGAL ACTIVITY: SUBJECT acknowledged that he received a speeding ticket 8/26/2016. He doesn't recall failing to stop at posted stop sign but believes the record must be accurate. Both charges would have been on base, one at ███ ✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕ charges or fines were assessed. SUBJECT forgot to list these.

FINANCES: From 5/2019 to the present SUBJECT has been employed part time by ███████████████████████ since then has been paid on a project basis. His median compensation is about $1500-$2000/month.

SUBJECT has been a Senior Research Fellow ████████████. His supervisor is J✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕and he works a combination of onsite and remotely. His salary grant expired summer of 2020 (the grant was not renewed) and since then he has not received a regular salary. He still receives money from his research grant.

From 3/2017 to present, SUBJECT has worked part time with the █████████████████████ is supervisor is ███████████ and his salary is ███ annually, paid monthly.

MEDIA: It was reported that SUBJECT has media contact due to his job at ███████ SUBJECT's only media contact at ██████████ approx. ████████ is the communications contact at ██████.

It was reported that SUBJECT has appeared on Tucker Carlson. SUBJECT has appeared on Carlson's show four times as a foreign policy expert. Each segment was four to five minutes and two were filmed in studio and two were filmed remotely. SUBJECT matter included: Iran, Syrian withdrawal from Iraq, and Turkey and the Kurds. SUBJECT will send his send his complete curriculum vitae with his publications and TV appearances. SUBJECT was paid by D✕✕ ✕✕✕✕for his speaking engagements usually $250 for remote appearances and $500 for in studio. SUBJECT forgot to list his media publications and appearances but will fax a curriculum vitae.

SUBJECT has written for the Wall Street Journal and Newsweek and was paid by ✕✕✕✕✕✕✕ for his pieces, approximately $200 depending on the piece.

SUBJECT provided a new DCR, ✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕

███████████████████████████████████████████████████████

## SUBJECT CONTACT

**Investigator:** ███                                         **Inquiry Date:** 3/16/2022
Location: **Washington, DC**

SUBJECT was advised verbally of the provisions of the Privacy Act of 1974.

SUBJECT was contacted via telephone to clarify information uncovered during his investigation.

EDUCATION: It was reported that SUBJECT attended ✕✕✕✕✕. SUBJECT confirmed that he did not attend ✕✕✕✕✕ and thinks someone confused the name with ✕✕✕✕ where he did attend.

11

BARNDOLLAR, GILMAN C. ███████

MEDIA: It was reported that SUBJECT has had contact with journalist ████████ SUBJECT met ████ in 2018 when she worked at American Conservative magazine. He wrote opinion pieces for her for American Conservative and Quincy Institute. The last time he had contact with her was August 2021 when he wrote an article for her on US withdrawal from countries as well as withdrawal from Afghanistan. All the articles are listed in the document SUBJECT provided.

EMPLOYMENT: SUBJECT confirmed he would send 1099s for ██████████ and complete a self-employment record. SUBJECT confirmed that he does freelance work and will send 1099s/tax docs and a self-employment record. SUBJECT confirmed that he would send all documentation to Investigator by Sunday night 3/20/2022 or possibly Monday 3/21/2022 including FF2s.

SUBJECT has been a freelancer for more than six months and provided two leads: ██████████████ ██████████

████████████████████████████████

## SUBJECT CONTACT

**Investigator:** ████████                                    **Inquiry Date:** 3/22/2022

Location: **Washington , DC**

SUBJECT was advised verbally of the provisions of the Privacy Act of 1974.

On 3/22/2022 SUBJECT provided 22 pages of documents to Investigator via fax. Documents include: FFI for ██████ ██████████████████████████and 1099s for:
-Dow Jones: 2021 $600
-██████████████████

SUBJECT began working self-employment as a freelance contractor from 2/2018 to present. SUBJECT works from his home.

## SUBJECT CONTACT

**Investigator:** ████████                                    **Inquiry Date:** 4/4/2022

Location: **Washington, DC**

SUBJECT was advised verbally of the provisions of the Privacy Act of 1974.

SUBJECT was contacted by phone 4/4/2022 to remind him to send additional FNCs for: ██████████████ and ████████████. SUBJECT faxed the forms 4/7/2022 to Investigator. In addition to sending these SUBJECT sent two other forms for contacts that he had overlooked. ██████████████ and a journalist and researcher, is a former boss from the ██████ ████████ who he expects to have contact with again. ██████ in a ██████ citizen and a member of the ██████ army who was his escort while he was conducting research in ██████ with whom he may be in contact via email. SUBJECT omitted these due to oversight.

████████████████████████████

## BIRTH RECORD

BARNDOLLAR, GILMAN C. ███████

**Investigator:** ██████████                                   **Inquiry Date:** 2/7/2022

Source: **US Passport**                          Document Number: ✕✕✕✕
Name as shown: **Barndollar, Gilman** ✕✕✕✕
Date of Birth ████████████████      ✕✕✕✕✕✕✕✕✕✕

Remarks:
SUBJECT provided a valid US passport as proof of his birth. Passport ✕✕✕✕ ; issued 4/16/2019; expires 4/15/2029;
DOB ✕✕✕✕✕✕✕✕✕ name Barndollar, Gilman ✕✕✕ issued by the US Department of State.

## EDUCATION RECORD

**Investigator:** ██████████                                   **Inquiry Date:** 2/22/2022

Source: **Bowdoin College**
Address:    **255 Main Street**
            **Brunswick, ME 04011**
Date of Attendance: **08/31/2000 to 05/29/2004**
Full/Part-Time: **Full-Time**
Degree: **Bachelor's**                          Degree Date: **05/29/2004**
Major: **History**
Grades: **Cum Laude**
Conduct: **Information Not Available**
Previous Education: **Not Provided**
Record Custodian: **Database**            Title: **National Student Clearinghouse**

Remarks:
Education verified by the National Student Clearinghouse. SUBJECT attended Bowdoin College from 08/31/2000 to
05/09/2004 and was awarded a BA degree in History on 05/29/2004.

Minor Study: Religion

Enrollment Status: Full-time
Term Begin Date: 01/26/2004
Term End Date: 05/22/2004
School Verified On: 04/15/2004

Enrollment Status: Full-time
Term Begin Date: 09/04/2003
Term End Date: 12/21/2003
School Verified On: 01/16/2004

Enrollment Status: Full-time
Term Begin Date: 01/20/2003
Term End Date: 05/17/2003
School Verified On: 06/23/2003

13

BARNDOLLAR, GILMAN C. █████

Enrollment Status: Full-time
Term Begin Date: 09/05/2002
Term End Date: 12/21/2002
School Verified On: 01/17/2003

Enrollment Status: Full-time
Term Begin Date: 01/21/2002
Term End Date: 05/18/2002
School Verified On: 08/29/2002

Enrollment Status: Full-time
Term Begin Date: 08/30/2001
Term End Date: 12/17/2001
School Verified On: 01/11/2002

Enrollment Status: Full-time
Term Begin Date: 01/22/2001
Term End Date: 05/19/2001
School Verified On: 06/18/2001

Enrollment Status: Full-time
Term Begin Date: 08/31/2000
Term End Date: 12/18/2000
School Verified On: 01/11/2001

**Confidentiality Requested? No**

### SELF EMPLOYMENT RECORD

**Investigator:** █████                                    **Inquiry Date:** 3/22/2022

Location: **Washington, DC 20001**
Name of Business: **SUBJECT**
Address: **1818 4th Street NE**
           **DC 20001-1817**
Start and End Date: **2/2018 – Current**
Position: **Freelance Writer**                    Salary: **$6350**

Remarks
Dow Jones: 2021-$600; American Ideas Institute: 2019-$1300; 2020-$3750; The Fund for American Studies: 2018 -$700
Total 2018: $700
Total 2019: $1300
Total 2020: $3750
Total 2021: $600

**Confidentiality Requested? No**

### SELF EMPLOYMENT REFERENCE

**Investigator:** █████                                    **Inquiry Date:** 3/20/2022

Location: **Washington, DC**
Name of Business: **SUBJECT**
Address: **1818 4th Street NE**
           **DC 20001-1817**

14

BARNDOLLAR, GILMAN C. ▮▮▮▮▮

Nature of Business: **Freelance Writer**
Start date: **2/2018**                                   End date: **Present**
Reference Name: ✕✕✕✕✕✕✕                                   Title: **Research Assistant**
▮▮▮▮▮▮▮▮                        ✕✕✕✕✕✕✕✕✕✕✕
Association Start Date: **3/30/2019**
Association End Date: **Current**
Nature of Association: **Subordinate**
Frequency of Association: **Extensive (Daily to 3X Week)**

Remarks:
Source met SUBJECT when he became SUBJECT's research assistant at the ✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕ at ✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕ SUBJECT has a research grant from CUA to write a book and Source is his research assistant. They have contact at least twice a week primarily by email, followed by phone and text. They see each other in person once or twice a month. They have a social relationship and enjoy shooting at ranges together and eating out. There have been no significant gaps in their association and their last in person contact was two days ago. Their last contact was today via text.

SUBJECT lives in ▮▮▮ Source has never been to his residence and is unaware of any problems there. SUBJECT is currently writing a book on conscription and the all-volunteer force for the ✕✕✕✕✕✕✕✕✕✕✕✕✕✕ A. He is also an Officer in the ✕✕✕✕✕✕✕. SUBJECT received his Master's and PhD from Cambridge College in the UK.

SUBJECT enjoys shooting at ranges, hunting, reading absorbing knowledge. He is absolutely outstanding , true to his word, trustworthy and loyal. SUBJECT has not been involved in any criminal activity. He drinks alcohol socially and in moderation. SUBJECT has had no involvement with illegal drugs to include the misuse of prescription medications. SUBJECT has no questionable associations or affiliations and there is no reason to question his loyalty to the US. SUBJECT has not expressed or displayed preference or sympathy to a foreign country or organization.

SUBJECT has no foreign interests. He has professional and personal foreign contacts; personal from his time at C▮▮▮▮▮▮▮▮▮▮▮ He has traveled internationally, most recently to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. He may also have foreign military connections from his research. SUBJECT speaks semiprofessionally as a pundit. He has appeared on the Tucker Carlson show twice and has written for a half dozen publications. Source has no knowledge of SUBJECT's financial status to include having knowledge of any financial difficulties. There has not been any indications of undue affluence or unexplained wealth.

SUBJECT is both mentally and emotionally stable. SUBJECT handles stress well and he has not exhibited any emotionally driven behavior. SUBJECT does not take medication for any reason and he has not sought counseling or therapy. SUBJECT has not violated any security rule or policy and there is no reason to question his discretion when handling classified or sensitive information. SUBJECT has not misused any IT system. There is nothing in SUBJECT's background that can be used against him for blackmail or coercion.

Source recommends SUBJECT for a position involving national security.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Confidentiality Requested? No**
**Recommended? Recommends**

**SELF EMPLOYMENT REFERENCE**

**Investigator:** ▮▮▮▮▮                              Inquiry Date: 3/20/2022
Location: **Washington , DC**

15

BARNDOLLAR, GILMAN C. ▆▆▆

Name of Business: **SUBJECT**
Address: ▆▆▆▆

Nature of Business: **Freelance Writer**
Start date: **2/2018**                              End date: **Present**
Reference Name: ▨▨▨▨▨                    Title: **N/A**
▨▨▨▨▨                                              ▨▨▨▨▨▨

Association Start Date: **2004**
Association End Date: **Current**
Nature of Association: **Friend**
Frequency of Association: **Regular (3X Week to 2X Month)**

Remarks:
Source met SUBJECT in 2004 through a mutual friend. Over the years they have become friends and for the past five years they have been very close friends. They have weekly contact, sometimes daily depending what's going on in their lives. They get together in person five to six times a year. Socially they have beers together, hang out, talk politics, eat out and attend games. Covid interrupted contact but they stayed in touch. There was a gap between 2006 and 2012 (est) when Source had ▆▆ he was doing much better and reconnected. Their last in person contact was a week ago and their last contact was today via text.

SUBJECT lives about a mile from the ▆▆▆▆▆▆▆. He recently bought a house there and Source visited once. Prior to that Source visited SUBJECT's apartment five to six times but mostly SUBJECT went to Source's home. SUBJECT is financially secure and has been able to dabble in some jobs and do freelance work. He has been working freelance for the past 3-4 years. SUBJECT got his Bachelor's degree from ▆▆▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆.

SUBJECT enjoys reading, politics, geopolitical writing, and military affairs. He is an upstanding guy, "hail fellow/well met." SUBJECT has not been involved in any criminal activity. SUBJECT drinks alcohol moderately, maybe 2-3 drinks when they hang out. Source has never seen him intoxicated. SUBJECT has had no involvement with illegal drugs to include the misuse of prescription medications. SUBJECT has no questionable associations or affiliations and there is no reason to question his loyalty to the US. SUBJECT has not expressed or displayed preference or sympathy to a foreign country or organization. ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ He is a geopolitical writer and has traveled internationally to ▆▆▆▆▆▆▆▆ SUBJECT writes for some conservative papers and publications, has been on TV.

SUBJECT is financially stable and has no financial difficulties. There has not been any indications of undue affluence or unexplained wealth. SUBJECT is both mentally and emotionally stable. SUBJECT handles stress well and he has not exhibited any emotionally driven behavior. SUBJECT does not take medication for any reason and he has not sought counseling or therapy. SUBJECT has not violated any security rule or policy and there is no reason to question his discretion when handling classified or sensitive information. SUBJECT has not misused any IT system. There is nothing in SUBJECT's background that can be used against him for blackmail or coercion.

Source recommends SUBJECT for a position involving national security.

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

**Confidentiality Requested? No**
**Recommended? Recommends**

**EMPLOYMENT RECORD**

16

BARNDOLLAR, GILMAN C. ▓▓▓▓

| | |
|---|---|
| **Investigator:** ▓▓▓▓ | **Inquiry Date:** 2/1/2022 |

Source: ▓▓▓▓▓▓
Source Name ▓▓▓▓▓▓▓                **Title: President**
Address: ▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓

Start and End Date: **3/2019 - Present**
Position: **Senior Fellow**                     Salary: **$50 Hourly**
Evaluation: **N/A**
Attendance: **N/A**
Reason for leaving: **N/A**
Eligible for Rehire: **N/A**
Eligible for continued employment: **N/A**
Security Record Custodian: **N/A**          Title: **N/A**
Personnel Record Custodian: ▓▓▓▓▓▓         Title: **President**

Remarks:
Source advised that ▓▓▓▓▓▓ has a signed contract from SUBJECT dated July 22, 2019, but records show an invoice to SUBJECT dated March 2019. Source believed that March 2019, would be SUBJECT's start date and that ▓▓▓▓▓▓ is a small company and was slow to put an official contract in place until July 2019. SUBJECT is paid at a rate of $50 per hour and is paid per project. SUBJECT writes opinion editorials from remote locations.

▓▓▓▓▓▓▓▓▓▓▓

**Confidentiality Requested? No**

## SELF EMPLOYMENT RECORD

| | |
|---|---|
| **Investigator:** ▓▓▓▓ | **Inquiry Date:** 3/22/2022 |

Location: ▓▓▓▓▓▓▓
Name of Business: **SUBJECT**
Address: ▓▓▓▓▓▓
▓▓▓▓▓▓▓

Start and End Date: **2/2018 - Current**
Salary: ▓▓▓

Remarks
While working as a contractor for ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.
SUBJECT earned the following as reported in his 1099 forms:

2018: $1600
2019: $16,200
2020: $16,790
2021: $15,740

**Confidentiality Requested? No**

## EMPLOYMENT REFERENCE

| | |
|---|---|
| **Investigator:** ▓▓▓▓ | **Inquiry Date:** 2/8/2022 |

Location: **Washington, DC**
Reference Name: ▓▓▓▓▓▓          Title: **President**
Address: ▓▓▓▓▓▓▓

17

BARNDOLLAR ▨▨▨▨▨ ▬

▨▨▨▨▨▨

Association Start Date: 3/2019
Association End Date: **Present**
Nature of Association: ▨▨▨▨▨
Frequency of Association: **Extensive (Daily to 3X Week)**

Remarks:
Source met SUBJECT in June 2018 at a conference and had one or two contacts as a colleague until March 2019. Source has contact with SUBJECT daily, via text messages, as supervisor from March 2019 to Present. SUBJECT attended college at the University of Cambridge or Oxford and also worked at ▨▨▨▨ t and at ▨▨ ▨▨▨▨▨▨▨ SUBJECT may be from ▨▨▨▨▨▨ because he has family that lives there. SUBJECT enjoys hunting and traveling.

Source has not observed SUBJECT drinking alcohol and does not suspect that SUBJECT has ever had an alcohol problem. Source had no knowledge if SUBJECT had used illegal drugs or been involved in any sort of criminal activity. SUBJECT is incredibly intelligent and is an upstanding person. Source believed that SUBJECT was patriotic and did not believe that SUBJECT belonged to any subversive organizations and considered SUBJECT to be a loyal United States citizen.

SUBJECT traveled to ▨▨▨▨▨▨ when he was in the ▨▨▨▨▨▨ SUBJECT has also traveled to ▨▨▨▨▨▨ and ▨▨▨▨▨▨ rch for a book regarding the pros and cons of a military draft. As part of SUBJECT's research he meets with foreign military leaders; however, SUBJECT has no foreign allegiances. SUBJECT has job related media contacts because ▨▨▨▨▨▨ hosts media briefings and SUBJECT invites his contacts from the media.

SUBJECT lives within his means financially and Source had no knowledge of any financial problems. SUBJECT is an emotionally stable person, but source did not know if SUBJECT had any mental health counseling or treatment. SUBJECT was not aware of any security related violations to include the unauthorized release of information and the misuse of computer technology. Source was not aware of anything in SUBJECT's background that could be used to pressure or coerce him.

Source recommended SUBJECT for a position of trust.

**Confidentiality Requested? No**
**Recommended? Recommends**

**EMPLOYMENT REFERENCE**

Investigator: ▨▨▨▨                                    Inquiry Date: 2/2/2022

Location: ▨▨▨▨▨
Reference Name: ▨▨▨▨▨▨                 Title: **Policy Director**
▨▨▨▨▨▨▨▨▨▨▨▨
▨▨▨▨▨▨▨                                   Phone: **N/A**

Association Start Date: **2018 (Month Unrecalled)**
Association End Date: **Present**
Nature of Association: **Co-Worker**
Frequency of Association: **Regular (3X Week to 2X Month)**

Remarks:
Source has contact with SUBJECT once weekly as co-workers from 2018 (month unrecalled) to present. SUBJECT was awarded a college degree in England and SUBJECT served in the U ▨▨▨▨▨▨ UBJECT has worked at the ▨▨ for the S ▨▨▨▨▨▨▨▨▨ . Source described SUBJECT as an upstanding person

18

BARNDOLLAR, GILMAN C. ▓▓▓▓

who was excellent to work with. SUBJECT is professional and has no character flaws. Source did not believe that SUBJECT belonged to any subversive organizations and considered him to be a loyal United States citizen.

Source has observed SUBJECT drinking alcohol but does not suspect that SUBJECT has ever had an alcohol problem. Source had no knowledge if SUBJECT had used illegal drugs or been involved in any sort of criminal activity. SUBJECT lives within his means financially and Source had no knowledge of any financial problems.

SUBJECT traveled out of the United States to the ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓s. It would be weird if SUBJECT did not have any foreign contacts since his work requires him to make contact with foreign military officials. Source did not believe that SUBJECT had any foreign allegiances. Source has job related media contacts and recalled one reporter by the name of ▓▓▓▓ from the ▓▓▓▓▓▓▓▓▓▓.

SUBJECT experienced an injury while serving in the U▓▓▓▓▓▓▓▓▓▓but this has not affected his mental health. SUBJECT is an emotionally stable person, but Source did not know if SUBJECT had any mental health counseling or treatment. SUBJECT was not aware of any security related violations to include the unauthorized release of information and the misuse of computer technology. Source was not aware of anything in SUBJECT's background that could be used to pressure or coerce him.

Source recommended SUBJECT for a position of trust.

**Confidentiality Requested? No**
**Recommended? Recommends**

### EMPLOYMENT RECORD

Inquiry Date: 2/1/2022

**Investigator:** ▓▓▓▓▓▓
Source: ▓▓▓▓▓▓ — See Remarks    Title: **Administrative Assistant**
Source Name: ▓▓▓▓▓▓▓▓
Address: ▓▓▓▓▓▓▓▓

Remarks:
Efforts to conduct an employment records check in-person at ▓▓▓▓▓▓▓▓, on February 1, 2022, were unsuccessful. ▓▓▓▓ Administrative Assistant, Human Resources, CUA, ▓▓▓▓ advised that employment verifications are done through CCC Verify, Customer Service: ▓▓▓▓▓▓.

**Confidentiality Requested? No**

### EMPLOYMENT RECORD

**Investigator:** ▓▓▓▓▓▓
Source: ▓▓▓▓▓▓
Source Name: **Database**    Title ▓▓▓▓▓▓
Address: ▓▓▓▓▓▓▓▓

Evaluation: **Not Provided**
Attendance: **Not Provided**
Reason for leaving: **Not Provided**
Eligible for Rehire: **Not Provided**
Eligible for continued employment: **Not Provided**

19

BARNDOLLAR, GILMAN C. ████████

Security Record Custodian: **Not Provided**            Title: Not Provided
Personnel Record Custodian: **Not Provided**          Title: Not Provided

████████      a repository for employment verifications for ████████████████ Total time with employer
is 1 month. Information is accurate as of 02/16/2021.

Original Hire Date: 01/16/2019
Salary: Not Provided
Salary Frequency: Not Provided
Work Status: Inactive
Employee ████████████████

**Confidentiality Requested? No**

## EMPLOYMENT REFERENCE

Inquiry Date: 1/26/2022

**Investigator:** ████████
Location: **Washington, DC**                    Title: ████████████
Address: ████████████████

Association Start Date: **01/2019**
Association End Date: **01/2022**
Nature of Association: **Supervisor**
Frequency of Association: **Regular (3X Week to 2X Month)**

Remarks:
Source met SUBJECT in 2018 (month unrecalled) at a conference and had one or two contacts as a colleague until
January 2019. Source had contact with SUBJECT two to three times monthly as supervisor from January 2019 to January
2022, and four times yearly contact having a beer together during the same time frames.

SUBJECT was awarded a PhD from the ████████████ and also worked at ████████SUBJECT
resides in ████████ and spends his spare time working on his ████████. Source has observed
SUBJECT drinking beer but does not suspect that SUBJECT has ever had an alcohol problem. Source had no knowledge
if SUBJECT had used illegal drugs or been involved in any sort of criminal activity.

SUBJECT is skeptical of United States military invasions but considered SUBJECT to be an American through and
through who has fought for his country with the ████████████ Source did not believe that SUBJECT
belonged to any subversive organizations and considered him to be a loyal United States citizen.

SUBJECT traveled out of the United States to the ████████████ do research on foreign militaries.
SUBJECT has work related foreign contacts but no foreign allegiances. SUBJECT has job related media contacts because
he has written articles for the Wall Street Journal on military related matters.

SUBJECT lives within his means financially and Source had no knowledge of any financial problems. SUBJECT
experienced an injury while serving in the ████████████ but this has not affected his mental health.
SUBJECT is an emotionally stable person, but source did not know if SUBJECT had any mental health counseling or
treatment.

20

BARNDOLLAR, GILMAN C. ▮▮▮▮

SUBJECT was not aware of any security related violations to include the unauthorized release of information and the misuse of computer technology. Source was not aware of anything in SUBJECT's background that could be used to pressure or coerce him.

Source recommended SUBJECT for a position of trust.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Confidentiality Requested? No**
**Recommended? Recommends**

## EMPLOYMENT REFERENCE

**Inquiry Date:** 2/1/2022

**Investigator:** ▮▮▮▮▮▮
Location: ▮▮▮▮▮▮▮▮
Reference Name: ▮▮▮▮▮▮

**Association Start Date: October 2018**
**Association End Date: Present**
**Nature of Association: Supervisor**
**Frequency of Association: Regular (3X Week to 2X Month)**

Remarks:
Source had contact with SUBJECT once monthly as co-workers from October 2018 to January 2022, and once monthly contact as supervisor from January 2022 to present.

SUBJECT attended ▮▮▮▮▮▮▮▮e skiing. Source described SUBJECT as straight forward and honest. SUBJECT ▮BJECT has resided in is also congenial and tenacious. Source has observed SUBJECT drinking wine but does not suspect that SUBJECT has ever had an alcohol problem. Source had no knowledge if SUBJECT had used illegal drugs or been involved in any sort of criminal activity.

Source did not believe that SUBJECT belonged to any subversive organizations and considered him to be a loyal United States citizen. SUBJECT traveled out of the United States when ▮▮▮▮▮. Source was unaware if SUBJECT had any foreign contacts or allegiances. ▮▮▮▮▮▮▮ SUBJECT has job related media contacts because he has written articles and appeared on television to provide his opinion on military related matters.

SUBJECT lives within his means financially and Source had no knowledge of any financial problems. SUBJECT is an emotionally stable person, but source did not know if SUBJECT had any mental health counseling or treatment. SUBJECT was not aware of any security related violations to include the unauthorized release of information and the misuse of computer technology. Source was not aware of anything in SUBJECT's background that could be used to pressure or coerce him.

Source recommended SUBJECT for a position of trust.

**Confidentiality Requested? No**
**Recommended? Recommends**

▮▮▮▮▮▮▮▮▮▮▮▮▮

21

BARNDOLLAR, GILMAN C. ▮▮▮▮



## MILITARY RECORD REVIEW

**Investigator:** ▮▮▮▮▮▮▮▮                                ▨▨▨▨▨▨▨▨▨
Source: ▨▨▨▨▨▨▨▨
▨▨▨▨▨▨▨▨▨▨▨▨
▨▨▨▨▨▨▨▨    ▨▨▨▨▨    ▨▨▨▨▨▨▨▨▨
Dates of Service
Active Duty: ▨▨▨▨▨▨▨▨▨▨
▨▨▨▨▨▨▨▨▨▨▨
Inactive Reserve: -
Type of Discharge: **N/A**
Foreign Service: **N/A**
Military Specialty: ▨▨▨▨▨▨
Clearances: ▨▨

BARNDOLLAR, GILMAN C. ▓▓▓▓

**Date of BI:** **5/23/2015**
**Evaluations:** **No issues.**
**Awards:** **SUBJECT has received nine awards: Navy and Marine Achievement Medal (2), Combat Action Ribbon, National Defense Service Medal, Afghanistan Service with One Star, Sea Service Deployment Ribbon, NATO Medal Afghanistan, Global War on Terrorism Expeditionary Medal, and Global War on Terrorism Service Medal.**
**Duty Stations:** **RI National Guard**

Remarks:
SUBJECT's assigned duty station with the ▒▒▒▒▒▒ is the ▒▒▒▒▒▒▒▒▒▒ ▒▒▒▒▒▒▒▒ to present. SUBJECT's rank is ▒▒. SUBJECT has a Secret security clearance. SUBJECT's assigned ▒▒▒▒▒▒▒▒▒▒▒. SUBJECT's supervisor with the unit is ▒▒▒▒▒▒▒▒▒▒ SUBJECT has not experienced any performance or disciplinary issues while serving with the ▓▓ National Guard in ▒▒▒▒▒▒▒. SUBJECT's military record does not show any other duty station assignments.

SUBJECT joined the ▒▒▒▒▒▒▒▒▒▒▒▒. No other information concerning SUBJECT's reserves duty time was shown in SUBJECT's military record.

SUBJECT's active duty date with the ▒▒▒▒▒▒▒▒▒▒▒▒▒. No other information concerning SUBJECT's active duty time was shown in SUBJECT's military record.

SUBJECT has received nine military awards: two Navy and Marine Achievement Medals, one Combat Action Ribbon, one National Defense Service Medal, one Afghanistan Service with One Star, one Sea Service Deployment Ribbon, one NATO Medal Afghanistan, one Global War on Terrorism Expeditionary Medal, and one Global War on Terrorism Service Medal.

No evaluations were shown in SUBJECT's military record.

SUBJECT currently has a Secret security clearance. SUBJECT was investigated for a Top Secret clearance on 05/23/2015, the clearance was granted on 06/19/2015. SUBJECT's Top Secret security clearance expired on 06/19/2020 and automatically transitioned to a Secret security clearance which SUBJECT currently maintains.

**Confidentiality Requested? No**

**EMPLOYMENT REFERENCE**

**Investigator:** ▓▓▓▓▓▓▓                              **Inquiry Date:** 1/28/2022

Location: **Boston, MA**
Reference Name: ▒▒▒▒        ▒▒▒▒▒▒
▒▒▒▒▒▒▒▒▒▒▒▒▒▒
▒▒▒▒▒            ▒▒▒▒▒▒▒▒
Association Start Date: **01/2018 (estimated)**
Association End Date: **Present**
Nature of Association: **Supervisor**
Frequency of Association: **Regular (3X Week to 2X Month)**

Remarks:
Source first met SUBJECT four years ago in 01/2018 (estimated) when SUBJECT joined Source's unit at the ▒▒▒▒ ▒▒▒▒▒▒▒▒ Source sees SUBJECT one weekend a month and two weeks per year at the required ▒▒▒▒▒▒ Source and SUBJECT also communicate electronically once a month from 01/2018 (estimated) to present. Source last saw SUBJECT in-person in 09/2021. Source and SUBJECT do not have any social interaction.

BARNDOLLAR, GILMAN C ████

Source described SUBJECT as an excellent soldier. Source is not aware of SUBJECT experiencing any performance, disciplinary, leave abuse, or tardiness issues at the ██ National Guard. Source is not aware of SUBJECT having a personality conflict with any of SUBJECT's fellow soldiers or officers at the RI National Guard.

Source knows SUBJECT by no other names. Source described SUBJECT as very intelligent and friendly. SUBJECT gets along well with others. SUBJECT is not married and does not have any children. SUBJECT has a girlfriend. Source is not aware of SUBJECT cohabitating with SUBJECT's girlfriend. Source does not know anything about SUBJECT's parents or siblings. SUBJECT likes to snow ski and read in SUBJECT's free time. SUBJECT currently lives at ████████ ████████ Source is not aware of SUBJECT living anywhere else.

SUBJECT has a PhD Degree from ████████████. Source could not recall any other details about SUBJECT's PhD Degree. Source is not aware of any other education by SUBJECT. SUBJECT served in the ████ ██ SUBJECT is currently serving in the ████████. Source is not aware of SUBJECT serving in any other branch of the military. Source does not know anything about SUBJECT's employment history except that SUBJECT is currently serving in the ████████████████

SUBJECT is one to follow rules, regulations and procedures. Source is unaware of SUBJECT ever willfully disregarding an order or directive. Source is unaware of SUBJECT experiencing any security violations. SUBJECT does not gossip. SUBJECT does not create or encourage drama in SUBJECT's life. SUBJECT can be trusted to handle and safeguard classified or sensitive US government information.

Source is not aware of SUBJECT ever misusing any information technology system to include illegally downloading protected or copyrighted materials from the internet. Source does not know anything about SUBJECT's financial situation. SUBJECT appears to live within SUBJECT's means. Source is unaware of SUBJECT having any unexplained affluence or wealth. Source is not aware of SUBJECT gambling.

Source is not aware of SUBJECT ever being arrested by any law enforcement entity or the police. Source is not aware of SUBJECT being involved in any criminal or civil court actions. Source has never seen SUBJECT drink alcohol. Source is not aware of SUBJECT ever drinking alcohol to excess. Source is unaware of SUBJECT ever misusing or abusing alcohol. Source is not aware of SUBJECT drinking and driving.

Source is not aware of SUBJECT ever using illegal drugs and that includes marijuana and the misuse of prescription drugs and over-the-counter medications. Source is not aware of SUBJECT being diagnosed with a mental health condition or if SUBJECT is taking any medications for a mental health condition. SUBJECT's mental and emotional stability is very stable. SUBJECT has an even-keeled temperament. SUBJECT handles stress very well. Source is unaware of SUBJECT ever exhibiting violent behavior, uncontrolled anger, or unprovoked outbursts. SUBJECT's judgement, honesty, integrity, and reliability are excellent. SUBJECT's personal reputation and conduct are excellent.

SUBJECT has traveled internationally. Source could not recall any details about SUBJECT's foreign travels. Source is unaware of SUBJECT having close and continuing contact with any foreign national. Source is unaware of SUBJECT having any foreign relatives. Source is not aware of SUBJECT having any US relatives living overseas. Source is unaware of SUBJECT having any foreign real estate, foreign financial accounts, or foreign business interests.

Source is unaware of SUBJECT having contact with the media. SUBJECT has published articles related to U.S. foreign affairs. Source could not recall any details about the articles that SUBJECT has published. Source is unaware of SUBJECT belonging to any questionable groups or organizations that want to do harm against the US government or others. Source is not aware of SUBJECT associating with anyone with a questionable background or associating with anyone of questionable nature.

Source is unaware of SUBJECT having preference to another country over the United States. SUBJECT's allegiance is to the United States of America. SUBJECT is a loyal US citizen. Source is unaware of anything in SUBJECT's background that could place SUBJECT in a position to be blackmailed, coerced, or placed under duress.

24

BARNDOLLAR, GILMAN C. ███████

Source recommends SUBJECT for a position of trust and responsibility with the US government.

████████████████████████████████████████████████████████████████████

**Confidentiality Requested? No**
**Recommended? Recommends**

### EMPLOYMENT REFERENCE

**Investigator:** ████████████████                    ████████████████

Location: ███████████
Reference Name: ███████████          ███████████
Address: ███████████          ███████████
              ███████████

Association Start Date: **2009**
Association End Date: **Present**
Nature of Association: **Co-Worker**
Frequency of Association: **Regular (3X Week to 2X Month)**

Remarks:
Source first met SUBJECT in ███████████████, training in CA. Source could not recall the exact date when Source met SUBJECT in 2009. Source did not meet SUBJECT again until 10/2016 when SUBJECT joined the █ ██████████████████. Source did not have any contact with SUBJECT from 2009 to 10/2016. From 10/2016 to present, Source sees SUBJECT one weekend a month and two weeks per year at the required ██████ ██████. Source and SUBJECT also communicate electronically once a month from 10/2016 to present. Source last saw SUBJECT in-person in 10/2021 due to SUBJECT having knee surgery. Source last received an electronic communication from SUBJECT yesterday (01/31/2022). Source and SUBJECT have social interaction once a month by having dinner together at least one night during the ███████ drill weekend. Source does not have any social interaction with SUBJECT outside of the █████ Guard drills.

Source described SUBJECT as a good officer. SUBJECT is professional and trustworthy. Source is not aware of SUBJECT experiencing any performance, disciplinary, leave abuse, or tardiness issues at the █ National Guard. Source is not aware of SUBJECT having a personality conflict with any of SUBJECT's fellow soldiers or officers at the █ National Guard.

Source knows SUBJECT by no other names. Source described SUBJECT as very intelligent and professional. SUBJECT is a good person. Source is unaware of SUBJECT being married. SUBJECT does not have any children. Source does not know anything about SUBJECT's parents or siblings. SUBJECT likes to snow ski and be outdoors in SUBJECT's free time. Source does not know where SUBJECT currently lives or has lived in the past. Source does not know anything about SUBJECT's educational background.

SUBJECT served in the U███████ SUBJECT is currently serving in the █ National Guard. Source is not aware of SUBJECT serving in any other branch of the military. Source does not know anything about SUBJECT's employment history except that SUBJECT is currently serving in the █ National Guard from 10/2016 to present.

SUBJECT is one to follow rules, regulations and procedures. Source is unaware of SUBJECT ever willfully disregarding an order or directive. Source is unaware of SUBJECT experiencing any security violations. SUBJECT does not gossip. SUBJECT does not create or encourage drama in SUBJECT's life. SUBJECT can be trusted to handle and safeguard classified or sensitive US government information.

25

BARNDOLLAR, GILMAN C. ▮▮▮▮▮

Source is not aware of SUBJECT ever misusing any information technology system to include illegally downloading protected or copyrighted materials from the internet. SUBJECT is financially stable. SUBJECT appears to live within SUBJECT's means. Source is unaware of SUBJECT having any unexplained affluence or wealth. Source is not aware of SUBJECT gambling.

Source is not aware of SUBJECT ever being arrested by any law enforcement entity or the police. Source is not aware of SUBJECT being involved in any criminal or civil court actions. SUBJECT is a minimal social drinker of alcohol. SUBJECT will have one beer with dinner and done. Source is not aware of SUBJECT ever drinking alcohol to excess. Source is unaware of SUBJECT ever misusing or abusing alcohol. Source is not aware of SUBJECT drinking and driving.

Source is not aware of SUBJECT ever using illegal drugs and that includes marijuana and the misuse of prescription drugs and over-the-counter medications. Source is not aware of SUBJECT being diagnosed with a mental health condition or if SUBJECT is taking any medications for a mental health condition. SUBJECT's mental and emotional stability is very good. SUBJECT has a well-mannered temperament. SUBJECT handles stress well. Source is unaware of SUBJECT ever exhibiting violent behavior, uncontrolled anger, or unprovoked outbursts. SUBJECT's judgement, honesty, integrity, and reliability are good. SUBJECT's personal reputation and conduct are great.

Source is unaware of any foreign travel by SUBJECT. Source is unaware of SUBJECT having close and continuing contact with any foreign national. Source is unaware of SUBJECT having any foreign relatives. Source is not aware of SUBJECT having any US relatives living overseas. Source is unaware of SUBJECT having any foreign real estate, foreign financial accounts, or foreign business interests.

SUBJECT has appeared on the Tucker Carlson TV cable show. Source is unaware of SUBJECT having any other contact with the media. Source is unaware of SUBJECT publishing any papers or journal articles. Source is unaware of SUBJECT belonging to any questionable groups or organizations that want to do harm against the US government or others. Source is not aware of SUBJECT associating with anyone with a questionable background or associating with anyone of questionable nature.

Source is unaware of SUBJECT having preference to another country over the United States. SUBJECT's allegiance is to the United States of America. SUBJECT is a loyal US citizen. Source is unaware of anything in SUBJECT's background that could place SUBJECT in a position to be blackmailed, coerced, or placed under duress.

Source recommends SUBJECT for a position of trust and responsibility with the US government.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Confidentiality Requested? No**
**Recommended? Recommends**

### EMPLOYMENT RECORD

| Investigator: ▮▮▮▮▮ | Inquiry Date: 1/27/2022 |
|---|---|
| Source: ▮▮▮▮▮▮▮▮▮▮▮▮▮ | Title: **Manager of Operations** |
| ▮▮▮▮▮▮▮▮▮▮▮▮ | |
| ▮▮▮▮▮▮▮▮▮▮▮▮ | |
| Position: **Director of Middle East Studies** | Salary: ▮▮▮▮▮▮▮ |
| Evaluation: **N/A** | |
| Attendance: **N/A** | |
| Reason for leaving: **Grant Funding Ended** | |

26

BARNDOLLAR, GILMAN C. ▆▆▆▆▆

Eligible for Rehire: **Yes**
Eligible for continued employment: **N/A**
Security Record Custodian: **N**▆
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆.

Title: **N/A**
Title: **Manager of Operations**

Remarks:
SUBJECT was employed from grant funding and started on a part-time basis from 06/30/2018 to 01/15/2019, and his salary was $60,000 a year. SUBJECT was employed full-time from 01/16/2019 to 06/20/2019, and made $100,000 a year. No disciplinary or security related issues were reported.

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

**Confidentiality Requested? No**

## EMPLOYMENT REFERENCE

**Investigator:** ▆▆▆▆▆▆                              **Inquiry Date:** 1/28/2022

Location: **Washington, DC**
Reference Name: ▆▆▆▆▆▆▆▆              T▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆▆              ▆▆▆▆▆▆▆▆
Association Start Date: **06/2018**
Association End Date: **08/2021**
Nature of Association: **Supervisor**
Frequency of Association: **Extensive (Daily to 3X Week)**

Remarks:
Source had contact with SUBJECT once weekly from June 2018 to June 2019, and two to three times yearly contact at social events as colleagues, from June 2019 to August 2021.

SUBJECT has a military background and later worked at ▆▆▆▆▆▆. SUBJECT attended Boston College in Maine. Source did not know where SUBJECT resided. Source described SUBJECT as an excellent employee and SUBJECT had no disciplinary actions while employed at Catholic University.

Source has not observed SUBJECT drinking alcohol and does not suspect that SUBJECT has ever had an alcohol problem. Source had no knowledge if SUBJECT had used illegal drugs or been involved in any sort of criminal activity. Source did not believe that SUBJECT belonged to any subversive organizations and considered him to be a loyal United States citizen.

SUBJECT traveled out of the United States when he was in the ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆. Source was unaware if SUBJECT had any foreign contacts or allegiances. Source has job related media contacts because he has written articles and appeared on television to provide his opinion on military related matters.

SUBJECT lives within his means financially and Source had no knowledge of any financial problems. SUBJECT is an emotionally stable person, but source did not know if SUBJECT had any mental health counseling or treatment. SUBJECT was not aware of any security related violations to include the unauthorized release of information and the misuse of computer technology. Source was not aware of anything in SUBJECT's background that could be used to pressure or coerce him.

Source recommended SUBJECT for a position of trust.

27

BARNDOLLAR, GILMAN C. ███

**Confidentiality Requested? No**
**Recommended? Recommends**

## EMPLOYMENT REFERENCE

**Investigator:** ███████                                    Inquiry Date: 1/27/2022

Location: ███

Association Start Date: **06/2018**
Association End Date: **06/2019**
Nature of Association: **Co-Worker**
Frequency of Association: **Extensive (Daily to 3X Week)**

Remarks:
Source had contact with SUBJECT once weekly as a co-worker from June 2018 to June 2019. SUBJECT has a military background with the ██████████████████████ SUBJECT has a PHD from the University of Cambridge. Source described SUBJECT as very straight forward and conservative person. Source has observed SUBJECT drink beer but does not suspect that SUBJECT has ever had an alcohol problem. Source had no knowledge if SUBJECT had used illegal drugs or been involved in any sort of criminal activity.

Source did not believe that SUBJECT belonged to any subversive organizations and considered him to be a loyal United States citizen. SUBJECT traveled on a work related trip to Qatar for 10 days in October 2018 with his former supervisor, ████████████████████████████. Source was unaware if SUBJECT had any foreign contacts or allegiances. Source has job related media contacts because he has written articles for USA Today, National Interest and the Marine Corp Gazette.

SUBJECT lives within his means financially and Source had no knowledge of any financial problems. SUBJECT is an emotionally stable person, but source did not know if SUBJECT had any mental health counseling or treatment. SUBJECT was not aware of any security related violations to include the unauthorized release of information and the misuse of computer technology. Source was not aware of anything in SUBJECT's background that could be used to pressure or coerce him.

Source recommended SUBJECT for a position of trust.

**Confidentiality Requested? No**
**Recommended? Recommends**

## SELF EMPLOYMENT RECORD

**Investigator:** ███████                                    Inquiry Date: 2/7/2022

Source Name: **SUBJECT**
Nature of Business: ███
Start and End Date: **1/2017 – 6/2017**

28

BARNDOLLAR, GILMAN C. █████

Position: **Consultant**                          Salary: **$6,733.02**

Remarks
SUBJECT was self-employed part time as a consultant for the ██████████ between 1/2017 and 6/2017. He worked at ████████████████████████ e provided a W2 for 2017 earnings.

**Confidentiality Requested? No**

## MILITARY RECORD REVIEW

**Investigator:** ████████                                    **Inquiry Date:** 1/26/2022
Source: ██████████████████████████
██████████████████████
Branch: ████████████████████       ████████████
████████
████████████████████
████████████████████
Type of Discharge: **Honorable**
Foreign Service: **01/07/15**
Military Specialty: ████████████████████████████████████
████
Clearances: **Secret**
Date of BI: ████
Evaluations: **Last Evaluation date ████ indicated SUBJECT was rated as "One Of The Many Highly Qualified". SUBJECT was recommended for promotion. SUBJECT's file contains Officer Evaluations from 2010/06/12.**
Awards: **Navy And Marine Coprs Achievement Medal (W/Combat/V), Navy And Marine Corps Achievement Medal, Combat Action Ribbon (Afghanistan), National Defense Service Medal, Afghanistan Campaign Medal (W1 Star), Global War On Terrorism Expeditionaly Medal (Cuba), Global Wor On Terrorism Service Medal, Sea Service Deployment Ribbon (4), Nato Dedal-Isaf Afghanistan, Certification Of Apprecation (2), Expert Rifle Qualification Badge (5), Empert Pistol Qualification Badge (1).**
Duty Stations: ██████████████████████████████s
████
████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████
████████████████████████████████████████████

SUBJECT's DD FORM 214 indicated SUBJECT was "Released From Active Duty" on 2016/12/31. SUBJECT was transferred to the "Inactive Reserve" on 2017/01/01 and Ended "Inactive Reserve" service on 2017/08/07. SUBJECT was on Active Duty from 2009/10/19 through 2016/12/31. SUBJECT entered Active Duty at ████████ Station,

BARNDOLLAR, GILMAN C. ▮▮▮

▨▨▨▨▨▨ was separated at ▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨. SUBJECT held the rank of ▨▨▨▨▨ SUBJECT's promotion date was 2013/11/01. SUBJECT's Character Of Service was HONORABLE. SUBJECT did have a SECRET Security Clearance. There were no Security issues or violations annotated in SUBJECT's Military Record. SUBJECT did not have any UCMJ violations or Courts Martials annotated in his Military Record. SUBJECT did not have a V.A. Claim Number.

SUBJECT's Military Education is listed as "Light Armored Reconnaissance Leader (Larlc) (H3w), 11/2010.

SUBJECT's Civilian Education is listed as "Doctor of Philosophy", Selwyn College in the University of Cambridge, on 11/20/2010.

**Confidentiality Requested? No**

▮▮ **REFERENCE**

**Investigator:** ▨▨▨▨▨▨                                    **Inquiry Date:** 2/8/2022

**Location:** ▨▨▨▨▨▨▨▨▨▨▨
▨▨▨▨▨▨▨                 ▨▨▨▨▨▨▨▨
**Association Start Date:** ▨▨▨▨
**Association End Date:** **Current**
**Nature of Association:** **Friend**
**Frequency of Association:** **Moderate (2X Month to 6X Year)**

Remarks:
Source met SUBJECT when he was an infant in ▨▨. She is a very close family friend and SUBJECT is close friends with her children. During the years up to college, they saw each other for most major holidays, skied together, and socialized with his family. Since SUBJECT went to college they see each other about 6-7 times a year in person, occasionally by phone. There were gaps when SUBJECT was in the Study Abroad program in England and when he was on deployments. SUBJECT is like a relative. They last saw each other in person August 2021 for SUBJECT's mother's 70th birthday.

SUBJECT recently bought a house in ▨▨. Source has never visited and is unaware of any problems there. SUBJECT currently does freelance work writing military analyses and about international relations. He got a Bachelor's degree from Bowdoin College in Maine and an advanced degree from Cambridge or Oxford in England.

SUBJECT enjoys skiing, hunting, physical fitness and outdoor sports. He is dependable, honest, thoughtful, caring, friendly, outgoing and has a wry sense of humor. SUBJECT has not been involved in any criminal activity. SUBJECT does not drink much alcohol, a couple of beers on occasion, and doesn't get drunk. SUBJECT has had no involvement with illegal drugs to include the misuse of prescription medications.

SUBJECT has no questionable associations or affiliations and there is no reason to question his loyalty to the US. SUBJECT has not expressed or displayed preference or sympathy to a foreign country or organization. His ▨▨▨▨ was born ▨▨▨▨▨▨ and SUBJECT ▨▨▨▨▨▨▨▨▨▨▨▨▨▨ at age 18 but renounced it to become a U▨▨▨▨. SUBJECT has family in ▨▨▨▨ and he has traveled internationally to Germany, England on deployments.

SUBJECT is writing a book and travels to interview people for the book. SUBJECT is a published author and has connections to the media but Source could not be specific. Source has no knowledge of SUBJECT's financial status to include having knowledge of any financial difficulties.

BARNDOLLAR, GILMAN C ████

There has not been any indications of undue affluence or unexplained wealth. SUBJECT is both mentally and emotionally stable. SUBJECT handles stress well and he has not exhibited any emotionally driven behavior. SUBJECT does not take medication for any reason and he has not sought counseling or therapy. SUBJECT has not violated any security rule or policy and there is no reason to question his discretion when handling classified or sensitive information. SUBJECT has not misused any IT system. There is nothing in SUBJECT's background that can be used against him for blackmail or coercion.

Source recommends SUBJECT for a position involving national security.

████████████████████████████████

**Confidentiality Requested? No**
**Recommended? Recommends**

████ **REFERENCE**

**Investigator:** ████                                    ✕✕✕✕✕✕✕✕✕✕
Location: ✕✕✕✕✕✕✕✕✕✕
Reference Name: ✕✕✕✕✕✕✕
Address: ✕✕✕✕✕✕✕✕✕✕✕✕✕
✕✕✕✕✕✕✕✕✕✕✕✕✕    ✕✕✕✕✕✕✕✕✕✕✕✕
Association Start Date: ✕✕✕✕✕✕✕✕✕✕
Association End Date: **Current**
Nature of Association: **Friend**
Frequency of Association: **Moderate (2X Month to 6X Year)**

Remarks:
Source met SUBJECT 36 years ago. She is a very good family friend. They saw each monthly when SUBJECT was younger. Socially the families shared holidays, went skiing together and visited. Since SUBJECT went to college they see each other about one to two times a year in person and exchange holiday emails. There were gaps when SUBJECT was in the Study Abroad program in England and when he was on deployments. They last saw each other in person July 2021 and that was their last contact.

SUBJECT recently bought a house in ✕✕ Source has never visited and is unaware of any problems there. Source is not sure where SUBJECT works but he does research and writing for the government. He got a Bachelor's degree from Bowdoin College in Maine and a PhD in England.

SUBJECT enjoys skiing, reading and writing on historical and military subjects. He is honest, smart, loyal and comfortable with himself. SUBJECT has not been involved in any criminal activity. SUBJECT drinks alcohol occasionally but is very moderate. SUBJECT has had no involvement with illegal drugs to include the misuse of prescription medications. SUBJECT has no questionable associations or affiliations and there is no reason to question his loyalty to the US.

SUBJECT has not expressed or displayed preference or sympathy to a foreign country or organization. He had a ✕✕✕✕ ✕✕✕✕ because his ✕✕✕✕✕✕✕ him to have it so that he could live in ✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕ but he turned it in when he joined the ✕✕✕✕✕✕✕. SUBJECT has family in ✕✕✕y and friends in England. He has traveled internationally to Germany and England and through the military. SUBJECT has connections to the media and was interviewed by Fox news once but Source could not be more specific.

Source has no knowledge of SUBJECT's financial status to include having knowledge of any financial difficulties. There has not been any indications of undue affluence or unexplained wealth. SUBJECT is both mentally and emotionally

31

BARNDOLLAR, GILMAN C. ████

stable. SUBJECT handles stress well and he has not exhibited any emotionally driven behavior. SUBJECT does not take medication for any reason and he has not sought counseling or therapy.

SUBJECT has not violated any security rule or policy and there is no reason to question his discretion when handling classified or sensitive information. SUBJECT has not misused any IT system. There is nothing in SUBJECT's background that can be used against him for blackmail or coercion.

Source recommends SUBJECT for a position involving national security.

████████████████████████████████████

**Confidentiality Requested? No**
**Recommended? Recommends**

### DEVELOPED REFERENCE

**Investigator:** ████████                                    **Inquiry Date:** 3/13/2022
Location: ██████
██████████████
████████████████        ████████████  ██   ▪
████████████
Association End Date: **Present**
Nature of Association: **Friend**
Frequency of Association: **Extensive (Daily to 3X Week)**

Remarks:
Source has known SUBJECT since 05/2013, when they were both in the ████████████████. Source had previously deployed with SUBJECT to Afghanistan and have continued their friendship to this date. Source is an Independent Contractor with ██████████ational. Source presently has in-person contact with SUBJECT on a weekly basis and has telephone or email contact with SUBJECT on a daily basis. Source indicated SUBJECT is a very good friend and they have visited one another's residence on numerous occasions over the years, for social engagements with mutual friends.

Source described SUBJECT as an intelligent and conscientious person. SUBJECT is a very mission oriented individual who is a self-starter and highly motivated. Source commented he wanted to emulate SUBJECT is his lifestyle and work performance. SUBJECT is very reliable and dependable individual who is willing to go the extra mile to complete his objectives. SUBJECT is extremely organized and is very thorough. SUBJECT has excellent people and communication skills. SUBJECT is well respected by everyone he comes in contact. Source is not aware of any derogatory or negative information pertaining to SUBJECT's job performance, work ethic or lifestyle.

Source considers SUBJECT to be financially sound and has never known SUBJECT to exhibit any financial stress. SUBJECT lives well within his means and has never exhibited any unexplained affluence. SUBJECT is not a person who would gamble or take any unnecessary financial risks. Source doubts that SUBJECT is a person who would get involved in any risky financial ventures. SUBJECT is not a flashy or an extravagant individual and lives a conservative lifestyle, with conservative spending habits. Source has never been approached by anyone concerning any adverse information pertaining to SUBJECT's financial wellbeing. Source considers SUBJECT to be a very athletic individual who has an extensive ready library. SUBJECT is very much a family man who spends his off time from work with his immediate family and close friends.

SUBJECT's honesty, integrity and trustworthiness are beyond reproach. SUBJECT has never given source any reason to question SUBJECT's honesty or integrity. SUBJECT is one of the most ethical individuals source has ever known. SUBJECT is a very thorough and forthright individual. SUBJECT is a person who follows established security policies

32

BARNDOLLAR, GILMAN C. ███

and procedures to the letter. Source has never known SUBJECT to abuse or to misuse any information technology systems or materials. SUBJECT is not a person who would disclose any classified or sensitive information to any unauthorized persons. Source and SUBJECT have shared confidences and SUBJECT has never once broken a confidence. Source has does not know if SUBJECT has ever had any contact with the press or media. Source believes SUBJECT has been published.

Source has never observed SUBJECT to be under the influence of any intoxicant to include alcohol, prescribed medications or any illegal substance. Source seriously doubts that SUBJECT has ever been involved in any criminal activity or drug use. SUBJECT does not associate himself with any untoward individuals. Source would find it hard to believe SUBJECT would ever be associated with or was ever a member of any club, group or organization that advocated hatred or violence towards the United States or others. Source does not know if SUBJECT has ever travelled outside of the United States for pleasure. Source has never known SUBJECT to be associated with any foreign national who was a member of a foreign government.

Source believes SUBJECT is a strong and stable individual, who handles stress and pressure well. SUBJECT has worked in come stressful conditions and exhibited nothing but normal reactions. SUBJECT is not a person who gets easily flustered or frustrated. SUBJECT is always in control of his emotions and does not lose his temper. SUBJECT's character, morals and reputation are exemplary. SUBJECT has never displayed any appearance of emotional stress or problems. Source has no concerns pertaining to SUBJECT's emotional wellbeing in that it could ever impair or prevent SUBJECT from safeguarding classified information. SUBJECT has always been a calm, composed and focused individual. Source has never had any reason to question SUBJECT's loyalty to the United States. Source is unaware of anything in SUBJECT's background that could be used to blackmail or to coerce SUBJECT into divulging classified information.

Source highly recommends SUBJECT for continued employment in a position of trust and responsibility with the Federal Government.

███████████████████████████████████████████████

**Confidentiality Requested? No**
**Recommended? Recommends**

### LISTED REFERENCE

**Investigator:** ███████       **Inquiry Date:** 2/4/2022
Location: ████████



**Association End Date: Present**
Nature of Association: **Friend**
Frequency of Association: **Regular (3X Week to 2X Month)**

Remarks:
Source has known SUBJECT since about 01/2013. Source and SUBJECT served in the ████████ together. Source and SUBJECT had daily communication from 01/2013 to 2015 (month unknown) both professionally and socially. From 2015 (month unknown) to present, Source and SUBJECT have weekly to monthly communication in person and phone. Source and SUBJECT have meals together, hangout with friends, and go to Veteran Organization meetings together.

SUBJECT lives in ███████████████████████ to present. SUBJECT pays rent and lives alone. Source is unaware of any issues regarding SUBJECT's residence. SUBJECT's character is known as honest, principled, and earnest. SUBJECT's hobbies/activities include exercising, reading, traveling, and attending church.

BARNDOLLAR, GILMAN C. ▓▓▓▓

SUBJECT has not had any involvement in any criminal activity, any issues with alcohol or drugs or any counseling as a result of the use of alcohol or drugs. SUBJECT is not affiliated with any questionable or harmful organizations. There is no reason to question SUBJECT's loyalty to the U.S. SUBJECT has no foreign allegiances. Source is not aware of any foreign contacts or foreign travel. SUBJECT has no connections to any media outlets.

Source believes SUBJECT to be financial responsible, no issues with gambling or living within their means. SUBJECT handles stress well and is mentally stable and has not had any counseling. SUBJECT has not had any unauthorized release of information or had any security violations. SUBJECT has not had any issues with the misuse of information technology. There is nothing in SUBJECT's background that could be used as blackmail or coercion.

Source recommends SUBJECT for a position involving trust and responsibility.

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

**Confidentiality Requested? No**
**Recommended? Recommends**

### LISTED REFERENCE

**Investigator:** ▓▓▓▓▓▓                                    **Inquiry Date:** 1/27/2022

Location: 

Association End Date: **Present**
Nature of Association: **Friend**
Frequency of Association: **Regular (3X Week to 2X Month)**

Remarks:
Source met SUBJECT in 2012 through mutual friends. They have remained in contact since that time. SUBJECT and Source talk on the phone or text daily. SUBJECT and Source see each other at least six times per year. SUBJECT and Source normally go to family events, visit each other's homes or go to social gatherings. They last met in January 2022.

SUBJECT has obtained a PhD from Cambridge University. SUBJECT has been self-employed as an author. SUBJECT just recently published an article in Newsweek. SUBJECT is employed by ▓▓▓▓▓es and ▓▓▓▓▓▓▓▓

SUBJECT lives in ▓▓▓▓▓▓▓ Source has visited the very stable home. Source believes SUBJECT is a loyal US citizen. SUBJECT's character can be described as trustworthy and honest. SUBJECT does drink alcoholic beverages on a social basis. Normally one drink per occasion. SUBJECT does not use illegal drugs or abuse prescription drugs. SUBJECT has not had adverse involvement with the police and has not had any court appearances.

With the exception of being an author, SUBJECT has not had any contact with the media. SUBJECT likes to ski and bird hunt. SUBJECT is not part of an organization that would cause harm to the US. SUBJECT lives within their means and does not have financial issues. SUBJECT does not misuse computer technology nor have they shared confidential information. SUBJECT is mentally and emotionally stable and in good health.

SUBJECT has traveled to Argentina, Columbia, Sweden, Germany, England (studied aboard), Ukraine, Canada (skiing), Afghanistan ( deployed) and Cameroon. Source is not familiar with any other foreign travel. Source is not directly familiar with SUBJECT's affiliations or contacts with foreigners but assumes that SUBJECT has had contact with foreigners. SUBJECT has served in the Army National Guard. Source knows of nothing about SUBJECT that could be used for blackmail or coercion.

BARNDOLLAR, GILMAN C. ███

Source could not provide any additional leads.

Source recommends SUBJECT for a position impacting national security.

**Confidentiality Requested? No**
**Recommended? Recommends**

### NEIGHBORHOOD INVESTIGATION

**Investigator:** ███                                **Inquiry Date:** 2/8/2022

Location: 

**Association Start Date: 2 years ago**
**Association End Date: Current**
**Nature of Association: Other**
**Frequency of Association: Moderate (2X Month to 6X Year)**

Remarks:
Source met SUBJECT about two years ago. They are business associates and friends and Source was SUBJECT's real estate agent. They had contact every four to six weeks until November 2021 when they had weekly contact via Zoom, phone, email and text. They have no social contact. There were occasional gaps during the first year when SUBJECT was traveling. They last saw each other in person in November 2021 and their last contact was four days ago by phone.

SUBJECT lives at 1 ███████████████████ as of February 10, 2022. Source has been there about 10 times during the sale process. She is unaware of any problems there. SUBJECT is associated with Catholic University of America and is writing a book.

SUBJECT enjoys hunting and fishing, reading and writing. He has a strong moral compass and is a straight arrow. SUBJECT has not been involved in any criminal activity. Source has no knowledge of any alcohol use by SUBJECT. He has had no involvement with illegal drugs to include the misuse of prescription medications. SUBJECT has no questionable associations or affiliations and there is no reason to question his loyalty to the US.

SUBJECT has not expressed or displayed preference or sympathy to a foreign country or organization. SUBJECT has no foreign interests. He has traveled internationally to a lot of countries including Finland and the Middle East and probably has some foreign contacts. Source thinks SUBJECT has been on a news show and has some media connections. Source has no knowledge of SUBJECT's financial status to include having knowledge of any financial difficulties. There has not been any indications of undue affluence or unexplained wealth.

SUBJECT is both mentally and emotionally stable. SUBJECT handles stress well and he has not exhibited any emotionally driven behavior. SUBJECT does not take medication for any reason and he has not sought counseling or therapy. SUBJECT has not violated any security rule or policy and there is no reason to question his discretion when handling classified or sensitive information. SUBJECT has not misused any IT system. There is nothing in SUBJECT's background that can be used against him for blackmail or coercion.

Source recommends SUBJECT for a position involving national security.

BARNDOLLAR, GILMAN C. ███████

**Confidentiality Requested? No**
**Recommended? Recommends**

### NEIGHBORHOOD INVESTIGATION

**Investigator:** ███████                                    **Inquiry Date:** 2/9/2022



Location: ███████

Association Start Date: **Early 2018**
Association End Date: **Current**
Nature of Association: ███████
Frequency of Association: **Extensive (Daily to 3X Week)**

Remarks:

Source met SUBJECT when SUBJECT rented Source's basement apartment. They are landlord and tenant. They have contact every few days in person except when SUBJECT is traveling and then it's by email and phone. They have no social relationship and there have been no gaps in their association. Their last contact was a few days ago in person.

SUBJECT rents an apartment at Source's residence. Source is frequently in SUBJECT's apartment for maintenance and dropping off mail. There have been no problems or issues there. SUBJECT does consulting and has a fellowship at ███████████████████ C. He got a Bachelor's degree from Bowdoin in Maine and an advanced degree, maybe from Oxford in England.

SUBJECT enjoys skiing, hunting and watching football. He is solid, reliable, trustworthy, competent, straight forward and intelligent. SUBJECT has it together. SUBJECT has not been involved in any criminal activity. SUBJECT drinks alcohol sparingly. SUBJECT has had no involvement with illegal drugs to include the misuse of prescription medications.

SUBJECT has no questionable associations or affiliations and there is no reason to question his loyalty to the US. SUBJECT has not expressed or displayed preference or sympathy to a foreign country or organization. SUBJECT has no known foreign interests or contacts. He has traveled internationally to conduct research but Source couldn't provide specifics.

SUBJECT has connection to the media. He has done broadcast interviews and was on Tucker Carlson. Source has no knowledge of SUBJECT's financial status to include having knowledge of any financial difficulties. There has not been any indications of undue affluence or unexplained wealth. SUBJECT is both mentally and emotionally stable. SUBJECT handles stress well and he has not exhibited any emotionally driven behavior. SUBJECT does not take medication for any reason and he has not sought counseling or therapy.

SUBJECT has not violated any security rule or policy and there is no reason to question his discretion when handling classified or sensitive information. SUBJECT has not misused any IT system. There is nothing in SUBJECT's background that can be used against him for blackmail or coercion.

Source recommends SUBJECT for a position involving national security.

BARNDOLLAR, GILMAN C. ▆▆▆▆▆

**Confidentiality Requested? No**
**Recommended? Recommends**

## POLICE RECORD

| Investigator: ▆▆▆▆▆ | Inquiry Date: 1/26/2022 |
|---|---|

Agency ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆     Title: **Records Manager**
Date: **1/31/2022**     Result: **Record**
Names Checked: **Gilman C Barndollar; Gilman** ▆▆▆ **Barndollar**

Remarks:
▆▆▆▆▆▆Police Department is a repository for criminal record checks for the city of ▆▆▆▆▆▆▆▆.

Citation: Speeding
Disposition: Fine Paid- $86.40
Date of Disposition: 6/24/2000

**Confidentiality Requested? No**

### POLICE RECORD

| Investigator: ▆▆▆▆▆ | Inquiry Date: 1/26/2022 |
|---|---|

Agency: ▆▆▆▆▆ **Police Department,** ▆▆▆▆▆
Custodian: ▆▆▆▆▆     Title: **Records Clerk**
Date: **1/27/2022**     Result: **No Record**
Names Checked: **Gilman C Barndollar; Gilman** ▆▆▆ **Barndollar**

▆▆▆▆:
▆▆▆▆▆ Police Department is a repository for criminal record checks for the city of ▆▆▆▆▆▆.

Period of Coverage: 1995 to Current

**Confidentiality Requested? No**

### POLICE RECORD

| Investigator: ▆▆▆▆▆ | Inquiry Date: 1/26/2022 |
|---|---|

Agency: ▆▆▆▆▆ **Directorate of Emergency Services,** ▆▆▆▆▆
Custodian: ▆▆▆▆▆     Title: **Admin Assistant**
Date: **1/27/2022**     Result: **No Record**
Names Checked: **Gilman C Barndollar; Gilman** ▆▆▆ **Barndollar**

Remarks:
The ▆▆▆▆▆ Directorate of Emergency Services is a repository for criminal record checks for all Army military bases and covers the following installation: ▆▆▆▆▆▆▆▆.

**Confidentiality Requested? No**

### POLICE RECORD

| Investigator: ▆▆▆▆▆ | Inquiry Date: 3/16/2022 |
|---|---|

Agency: ▆▆▆ **Police Department,** ▆▆▆▆▆

37

BARNDOLLAR, GILMAN C. ▮▮▮▮

Custodian: **Not Provided Not Provided**          Title: **Central Records Division**
Date: **3/17/2022**                                              Result: **No Record**
Names Checked: **Gilman** ▰▰▰ **Barndollar, Gilman C Barndollar**

Remarks:
▰▰▰ Police Department is the repository for criminal history checks for the city of ▰▰▰▰.

**Confidentiality Requested? No**

## POLICE RECORD

**Investigator:** ▮▮▮▮▮                                          **Inquiry Date:** 1/26/2022
Agency: ▰▰▰▰▰▰ **Sheriff's Office,** ▮▮▮▮▮
Custodian: ▮▮▮▮                                  Title: **Admin Technician**
Date: **1/26/2022**                               Result: **No Record**
Names Checked: **Gilman C Barndollar; Gilman C** ▰▰ **Barndollar**

Remarks:
▰▰▰▰▰▰▰ Sheriff's Office is a repository for criminal record checks for the city of ▰▰▰▰▰▰.

**Confidentiality Requested? No**

## POLICE RECORD

**Investigator:** ▮▮▮▮▮                                          **Inquiry Date:** 1/26/2022
Agency: ▰▰▰▰▰ **Marine Corps Office of Provost Marshal,** ▰▰▰▰▰
Custodian: ▰▰▰▰ **Not provided**               Title: **Not Provided**
Date: **1/31/2022**                               Result: **Record**
Names Checked: **Gilman C Barndollar; Gilman C** ▰▰ **Barndollar**

Remarks:
▰▰▰▰▰▰n Marine Corps Office of Provost Marshal is a repository for criminal record checks for all Marine and Navy bases and covers the following installations: ▰▰▰▰▰▰

Current and Past Citation Information
1-1033122008839-Citation-N16851427
BO P5000.2K CVC 22450 Failed to stop at posted stop sign

2-1631836000911-Citation-N17780194
1408. Speeding-4pts 2016826

Current and Past Incident Information
1-LE Response-Non Criminal
20110208
08Feb11-25PE-00920-12BMA(LE Marine Corps)
▰▰▰▰▰▰▰
▰▰▰▰▰

2-20150321
154721400091(Inv Navy)
Official Business
Sponsor

38

BARNDOLLAR, GILMAN C. ▮▮▮▮

3-LE Response-Non Criminal
20150423
154721400145(LE Navy)


**Confidentiality Requested? No**

## POLICE RECORD

**Investigator:** ▮▮▮▮                                              **Inquiry Date:** 1/28/2022

Agency: ▮▮▮, **Washington, DC**
Custodian: ▮▮▮▮                              Title: **Legal Instr Exam**
Date: **1/28/2022**                            Result: **No Record**
Names Checked: **Gilman** ▮▮▮ **Barndollar**

Remarks:
This check covers Washington, DC.

**Confidentiality Requested? No**

## POLICE RECORD

**Investigator:** ▮▮▮▮                                              **Inquiry Date:** 1/27/2022

Agency: ▮▮▮▮▮**Police Department,** ▮▮▮▮▮
Custodian: ▮▮▮▮                              Title: **Clerk 3**
Date: **1/27/2022**                            Result: **No Record**
Names Checked: **Gilman C** ▮▮▮ **Barndollar, Gilman C. Barndollar**

Remarks:
▮▮▮▮▮▮ Police Department is a depository for criminal record checks for the City of ▮▮▮▮▮▮▮ No record was found.

**Confidentiality Requested? No**

## TRANSUNION PUBLIC RECORD CHECK

**Investigator:** ▮▮▮▮                                              **Inquiry Date:** 1/19/2022

Agency: **National Police Check,** ▮▮▮▮▮▮▮
Custodian: ▮▮▮▮                              Title: **Scoper**
Date: **1/25/2022**                            Result: **Negative**
Names Checked: **GILMAN C** ▮▮▮ **BARNDOLLAR**

Remarks:
There were no matches on SUBJECT for name variation(s) listed above.

39

SECRET 

# ADJUDICATION REPORT

Subject:

# GILMAN C. BARNDOLLAR



SSN:





(S▊▊ CURRENT SECURITY PROCESSING AND CASE FACTS

(U▊▊ SF-86 (23 NOV 2021)

Subject is a US born citizen living in DC. ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊ Subject has worked part-time as a Senior Fellow

with ▚▚▚▚ since MAR2019 and full-time as a Senior Research Fellow with Center for the Study of Statesmanship, the ▊▊▊▊▊▊▊

since JAN2019.

SECRET ▊▊▊▊

SECRET ▮▮▮



Subject reported attending foreign conferences in Qatar (Sponsored by State of Qatar) in DEC2019 and DEC2018, Bulgaria ▮▮▮ in AUG2019, Israel ▮▮▮ in SEP2018, and Cameroon (Sponsored by Cameroonian Commission on Military History/Cameroonian military) in SEP2017. Subject reported all of the foreign conferences were for the purpose of promoting regional understanding and development.

Subject listed several instances of contact with foreign governments and its establishments, to include: Israel's Military Service, Sweden's Embassy, Columbia's Embassy, Finland's Military Service, Sweden's Military Service, UAE's Military, and Qatar's Embassy, all of which Subject listed were for conferences, research trip planning, research trip approvals, or execution of grant agreements.

Subject listed PFT to several countries from OCT2013 to JAN2020, of note: Afghanistan for military deployment from OCT2013 to JAN2014, Cuba for military deployment from MAR2015 to JUN2015, Israel for tourism and volunteer activities in NOV2016 and for tourism and a business conference in SEP2018, Qatar to attend Doha Forum in DEC2018 and DEC2019, UAE to conduct research as a guest of the Emirati military in OCT2019, and Oman for tourism in DEC2019. Subject reported during listed PFT, he had contact with foreign intelligence services for research and military deployment, which included: Finnish military, Swedish military, Emirati military, Bulgarian military, Bahraini military, Kuwait military, Jordanian military, Republic of Georgia, and Afghanistan. ▮▮▮



(U▮▮▮ **Background Investigation** (08 APR 2022) ▮▮▮

Subject verified identity and employment. Subject advised he sought the ▮▮▮ years old to have flexibility to live, work, and study

SECRET ▮▮▮

SECRET █████████

in the EU. Subject stated the only privilege claimed after obtaining ████████████ was being able to work as a bartender and bouncer in the UK. Subject obtained a PhD from the University of Cambridge in England in 2010. Subject updated he resided in ✗✗✗✗✗✗✗✗ 015 to JUL2015. Subject currently does freelance work writing military analyses.

Subject reiterated leaving the ████████████████ y mutual agreement after unsatisfactory performance. Subject advised the ✗✗✗✗✗✗✗✗✗ ✗✗ ✗✗✗✗ is a small think tank and magazine company that focuses primarily on Russian and Chinese affairs. Subject was hired as a Mid-East specialist and one of his priorities was to renew a grant from Qatar to continue Mid-East studies. Subject discussed while working with the ✗✗✗✗✗✗✗✗✗✗✗✗✗ he was asked twice, once in FEB2019 and once in MAY2019, to appear on the Great Game, a Russian TV show, but declined. Subject was told that the lack of progress on renewing the Qatar grant was the reason for the unsatisfactory performance but he believes it was due to his refusal to appear on Russian TV. Subject also was asked to appear on a Lebanese show in DEC2020, which Subject reported was connected to Hezbollah and thought of as a propaganda network by some of his colleagues. Subject reported he will continue to decline to speak on media that is adversarial to the US. The ████████████████ record shows Subject left due to grant funding ending and he is eligible for rehire. No derogatory information was reported in record. ██████████

Subject added PFT to Colombia in FEB2022 to MAR2022. Subject added 10 FNCs from Israel, Sweden, Colombia, Finland, UAE, Qatar, Canada, UK/US, and Afghanistan. Subject reported he is an author and has been interviewed by the media regarding his publications. Subject reported he has media contacts due to his job ██████ Subject has appeared on Tucker Carlson's show four times as a foreign policy expert. Subject reported the topics included Iran, Syria withdrawal from Iraq, and Turkey and the Kurds. Subject was paid by ████████ his speaking engagements, which was usually $250 for remote appearances (twice) and $500 for studio appearances (twice). Subject has written for the Wall Street Journal and Newsweek and was paid by ✗✗✗✗✗✗ for his pieces, which was approximately $200, depending on the piece. Subject reported several publications, to include analysis, commentary, book chapters, peer-reviews, policy papers, reviews, lectures, panels, and conference papers, on foreign and military topics. ██████████

██████████████████████████████████████████
██████████████████████████████████████████
██████████████████████████████████████████
██████████████████████████████████████████

## ISSUES

OUTSIDE ACTIVITIES

████████████████

██████████████████████████████████████████
██████████████████████████████████████████

SECRET █████████

~~SECRET~~ 



(S) ▮ The undersigned recommends ▮▮▮ be Security Disapproved.

**Senior Case Manager:**

(S) ▮▮▮▮▮ I concur with the recommendation for disapproval ▮▮▮ based on SEAD 4 guidelines regarding Outside Activities. ▮

**Program Manager:**

(S) ▮ I concur with the recommendation to disapprove ▮▮▮ due to SEAD 4 concerns related to Outside Activities. ▮

**RECOMMENDATIONS**

■ DISAPPROVAL (SEAD 4 ISSUE) ■

Signature ▮▮▮
Case Manager

Date <u>13 JUL 2022</u>

■ DISAPPROVAL (SEAD 4 ISSUE) ■

Signature ▮▮▮
Sr Case Manager

Date <u>19 JUL 2022</u>

■ DISAPPROVAL (SEAD 4 ISSUE) ■       FINAL

Signature ▮▮▮
Program Manager

Date <u>27 JUL 2022</u>

# EXHIBIT C



Lisa Bijesse <lisa@nationalsecuritylawfirm.com>

---

## Fwd: Email-to-Fax status

**Nicolette Estok** <nicolette@nationalsecuritylawfirm.com>                Mon, Jun 3, 2024 at 12:38 PM
To: Lisa Bijesse <lisa@nationalsecuritylawfirm.com>

Here you are!

---------- Forwarded message ---------
From: **Email to Fax** <noreply@email-sent.net>
Date: Mon, Jun 3, 2024 at 11:38 AM
Subject: Email-to-Fax status
To: <nicolette@nationalsecuritylawfirm.com>

Hello,

Your 2 page fax to 7036133007 has been successfully delivered.

Sincerely,

FaxToYourEmail

Notice:
The body of the message may also act as a cover page by adding 'cover page' to the end of the subject.

# National Security Law Firm

1250 Connecticut Avenue, NW
Suite 700
Washington, D.C. 20036

---

202-600-4996
Fax 202-545-6318
Info@NationalSecurityLawFirm.com
*Admitted in California, Hawaii, Illinois, Minnesota, New Jersey, New York, Ohio, Virginia, Washington D.C., and Wisconsin*


June 3, 2024

FAX and E-MAIL TO:
Information and Privacy Coordinator
Central Intelligence Agency
Washington, DC  20505
Fax:  703-613-3007


RE:    Our Client: Gilman C. Barndollar
        SS#:   xxx-xx-██
        FOIA Request

Dear Sir/Madam:

Please be advised that I have been retained to represent Mr. Gilman C. Barndollar. On our client's behalf, I am requesting my client's records, a Privacy Act request, and held by the Central Intelligence Agency.

**I am forwarding this letter as an expedited request for processing. Please note that our office requires the expedited request under the expedited processing regulation noted as (iii) the loss of substantial due process rights.  We further request that if any of the documents are classified that there is an immediate declassification review.**

**Description of Records Sought**:

1. All interagency and intra-agency correspondence that include my client's name;
2. All interagency and intra-agency records that include my client's name;
3. All investigation and standard forms used in the security clearance adjudication process pertaining to the above;
4. Any documents, records and reports upon which the denial or revocation of the security clearance is based;
5. A copy of the entire investigative file, as permitted by the national security and other applicable law, and which shall be provided prior to the written response and in compliance with the Privacy Act's processing timelines time set for a written reply;
6. Any Privacy Act Statements that Gil Barndollar signed in the past 7 years;
7. The SORN, any submissions to the Federal Registrar for the SORN, and any comments associated with the SORN that allows for the Agency to collect First m Amendment Protected Information about my client
8. Any and all documents, recordings, notations, or information written or verbal in

1

the past 7 years describing Gil Barndollar and his First Amendment protected speech.

**Identity Verification:**
Full Name: Gilman ✕✕✕ Barndollar
Social Security No: ▇▇▇▇▇
Date of Birth: ▇▇▇▇▇
Place of Birth: ▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

**Agreement to pay fees:**
My office agrees to pay all applicable fees in accordance with federal law.

**Preferred delivery method:**
Please send all disclosures to 1250 Connecticut Avenue, Suite 700, Washington, DC 20036 or email or fax to: lisa@nationalsecuritylawfirm.com; FAX: (202) 545-6318

**Authorization for Release:**
I authorize information pertaining to me to be released to the National Security Law Firm, my legal counsel in this matter. I understand that I will not be furnished a duplicate copy of any disclosures. Pursuant to 5 USC 552a(b), I authorize the Central Intelligence Agency to release my records to the National Security Law Firm.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, that I am the person described above. I understand that any falsification of this statement is punishable under the provisions of 18 USC 1001 by a fine of not more than $10,000, or by imprisonment for not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 USC 552a(i)(3) by a fine of not more than $5,000.

_____                          5/30/24
Gilman C. Barndollar                                      Date

I hereby certify that the foregoing statements made by me in this request are true and correct. I am aware that if any statement made by me is willfully false, I am subject to punishment.

**I would ask that you grant our request for the expedited processing of the Privacy Act on the aforementioned FOIA request.**    Thank you for your assistance in this matter.

Very truly yours,
*Brett John O'Brien*
Brett John O'Brien

BO/lb
Cc: Gilman C. Barndollar

2

# EXHIBIT D



Lisa Bijesse <lisa@nationalsecuritylawfirm.com>

---

## Email-to-Fax status
1 message

---

**Email to Fax** <noreply@email-sent.net>                              Mon, Jul 15, 2024 at 1:49 PM
To: lisa@nationalsecuritylawfirm.com

Hello,

Your 6 page fax to 7036133007 has been successfully delivered.

Sincerely,

FaxToYourEmail

Notice:
The body of the message may also act as a cover page by adding 'cover page' to the end of the subject.

# NATIONAL SECURITY LAW FIRM

| | |
|---|---|
| F A X <br><br> National Security Law Firm <br> 1250 Connecticut Ave. NW <br> Suite 700 <br> Washington, DC 20036 <br> (202) 600-4996 phone <br> (202) 545-6318 fax | To: Information and Privacy Coordinator Central Intelligence Agency, Washington, D. C. 20505 <br> Fax number: 703-613-3007 |
| | From: Lisa Bijesse <br> Fax number: (202)545-6318 |
| | Date: 7/15/24 |
| | Regarding: Gilman Barndollar |
| | Phone number for follow-up: <br> (771) 240-3640 |

**COMMENTS: Please find FOIA request follow up attached, thank you.**

# National Security Law Firm

1250 Connecticut Avenue, NW
Suite 700
Washington, D.C. 20036

———

202-600-4996
Fax 202-545-6318
Info@NationalSecurityLawFirm.com
*Admitted in California, Hawaii, Illinois, Minnesota, New Jersey, New York, Ohio, Virginia, Washington D.C., and Wisconsin*

July 15, 2024

Information and Privacy Coordinator
Central Intelligence Agency
Washington, DC  20505
Fax:  703-613-3007

RE:     Our Client: Gilman C. Barndollar
       SS#:▮▮▮▮▮
       FOIA Request

Dear Sir/Madam:

On June 3, 2024, a FOIA request was faxed to your office to (703) 613-3007 and on June 24, 2024, when a response was not received, my paralegal, Lisa Bijesse, called your office and left a voicemail following up on the request.

To date it has been 29 business days since we mailed the original request. I am again attaching the original letter we sent on June 3, 2024 along with a copy of the fax confirmation that your office was in receipt of our original request.

**I would again ask that you grant our request for the expedited processing of the Privacy Act on the aforementioned FOIA request.**     Thank you for your assistance in this matter.

Very truly yours,
*Brett John O'Brien*
Brett John O'Brien

BO/lb
Cc: Gilman C. Barndollar

1

# National Security Law Firm

1250 Connecticut Avenue, NW
Suite 700
Washington, D.C. 20036

———

202-600-4996
Fax 202-545-6318
Info@NationalSecurityLawFirm.com
*Admitted in California, Hawaii, Illinois, Minnesota, New Jersey, New York, Ohio, Virginia, Washington D.C., and Wisconsin*

June 3, 2024

FAX and E-MAIL TO:
Information and Privacy Coordinator
Central Intelligence Agency
Washington, DC  20505
Fax:  703-613-3007

RE:     Our Client: Gilman C. Barndollar
        SS#:   xxx-xx-██
        FOIA Request

Dear Sir/Madam:

Please be advised that I have been retained to represent Mr. Gilman C. Barndollar. On our client's behalf, I am requesting my client's records, a Privacy Act request, and held by the Central Intelligence Agency.

**I am forwarding this letter as an expedited request for processing. Please note that our office requires the expedited request under the expedited processing regulation noted as (iii) the loss of substantial due process rights.  We further request that if any of the documents are classified that there is an immediate declassification review.**

**Description of Records Sought**:

1. All interagency and intra-agency correspondence that include my client's name;
2. All interagency and intra-agency records that include my client's name;
3. All investigation and standard forms used in the security clearance adjudication process pertaining to the above;
4. Any documents, records and reports upon which the denial or revocation of the security clearance is based;
5. A copy of the entire investigative file, as permitted by the national security and other applicable law, and which shall be provided prior to the written response and in compliance with the Privacy Act's processing timelines time set for a written reply;
6. Any Privacy Act Statements that Gil Barndollar signed in the past 7 years;
7. The SORN, any submissions to the Federal Registrar for the SORN, and any comments associated with the SORN that allows for the Agency to collect First m Amendment Protected Information about my client
8. Any and all documents, recordings, notations, or information written or verbal in

1

the past 7 years describing Gil Barndollar and his First Amendment protected speech.

**Identity Verification:**
Full Name:  Gilman C▨▨▨ Barndollar
Social Security N▨▨▨▨▨▨▨▨
Date of Birt▨▨▨▨▨▨▨▨
Place of Bi▨▨▨▨▨▨▨▨

**Agreement to pay fees:**
My office agrees to pay all applicable fees in accordance with federal law.

**Preferred delivery method:**
Please send all disclosures to 1250 Connecticut Avenue, Suite 700, Washington, DC  20036 or email or fax to: lisa@nationalsecuritylawfirm.com; FAX: (202) 545-6318

**Authorization for Release:**
I authorize information pertaining to me to be released to the National Security Law Firm, my legal counsel in this matter.  I understand that I will not be furnished a duplicate copy of any disclosures.  Pursuant to 5 USC 552a(b), I authorize the Central Intelligence Agency to release my records to the National Security Law Firm.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, that I am the person described above.  I understand that any falsification of this statement is punishable under the provisions of 18 USC 1001 by a fine of not more than $10,000, or by imprisonment for not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 USC 552a(i)(3) by a fine of not more than $5,000.

_____                                    5/30/24
Gilman C. Barndollar                                                          Date

I hereby certify that the foregoing statements made by me in this request are true and correct.  I am aware that if any statement made by me is willfully false, I am subject to punishment.

**I would ask that you grant our request for the expedited processing of the Privacy Act on the aforementioned FOIA request.**    Thank you for your assistance in this matter.

Very truly yours,
*Brett John O'Brien*
Brett John O'Brien

BO/lb
Cc: Gilman C. Barndollar

2



7/3/24, 8:45 AM                                        National Security Law Firm Mail - Fwd: Email-to-Fax status

                                                          Lisa Bijesse <lisa@nationalsecuritylawfirm.com>

---

## Fwd: Email-to-Fax status

**Nicolette Estok** <nicolette@nationalsecuritylawfirm.com>                  Mon, Jun 3, 2024 at 12:38 PM
To: Lisa Bijesse <lisa@nationalsecuritylawfirm.com>

Here you are!

---------- Forwarded message ---------
From: **Email to Fax** <noreply@email-sent.net>
Date: Mon, Jun 3, 2024 at 11:38 AM
Subject: Email-to-Fax status
To: <nicolette@nationalsecuritylawfirm.com>

Hello,

Your 2 page fax to 7036133007 has been successfully delivered.

Sincerely,

FaxToYourEmail

Notice:
The body of the message may also act as a cover page by adding 'cover page' to the end of the subject.

# EXHIBIT E



Central Intelligence Agency

Washington, D.C. 20505

25 July 2024

Brett J. O'Brien
National Security Law Firm
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036

Reference: P-2024-00866

Dear Requester:

On 22 July 2024, the Office of the Information and Privacy Coordinator received your 15 July 2024 correspondence seeking an update on the above-referenced Privacy Act request on behalf of your client, Gilman C. Barndollar. We have enclosed a copy of our original acknowledgement letter dated 12 June 2024 here.

Please be assured that we are currently processing your request and will advise you of the Agency's determination as soon as possible. Our estimated completion date is 31 March 2025. Please note, this is only an estimated date and is subject to change. Meanwhile, we appreciate your patience while we continue to process your request.

If you have any questions regarding this response, you may contact this office at (703) 613-1287.

Sincerely,

Stephen Glenn
Information and Privacy Coordinator

Enclosure

Central Intelligence Agency



Washington, D.C. 20505

12 June 2024

Brett J. O'Brien
National Security Law Firm
1250 Connecticut Avenue NW
Suite 700
Washington, DC 20036

Reference: P-2024-00866

Dear Requester:

On 3 June 2024, the Office of the Information and Privacy Coordinator received your client **Gilman C. Barndollar's** 3 June 2024 correspondence seeking expedited processing of the above-referenced request submitted under the Privacy Act of 1974, 5 U.S.C. § 552a.

This letter serves to acknowledge that CIA received your client's request, and to further let you know that this office assigned the request the reference number provided above. Citing this number in future correspondence will allow us to more efficiently locate the case information.

As a rule, CIA processes Privacy Act cases on a "first in, first out" basis. CIA will only make exceptions to this rule in situations that the Agency deems to be exceptional. CIA's Privacy Act regulations, as set forth at 32 C.F.R. § 1901.32, stipulate that the Agency must determine that the following four factors exist in order to find that there are exceptional circumstances that warrant expedited processing of a request:

    (1) That there is a genuine need for the records; and
    (2) That the personal need is exceptional; and
    (3) That there are no alternative forums for the records sought; and
    (4) That it is reasonably believed that substantive records relevant to the stated needs may exist and be deemed releasable.

CIA's Privacy Act regulations conclude, "requests shall be considered for expedited processing only when health, humanitarian, or due process considerations involving possible deprivation of life or liberty create circumstances of exceptional urgency and extraordinary need."

We have reviewed your request and determined it does not meet the criteria for expedited processing set forth in CIA's Privacy Act regulations. Therefore, your request for expedited processing is hereby denied. You may appeal this decision, in my care, within 90 days from the date of this letter. Should you choose to appeal the denial of your request for expedited processing, you are encouraged to provide an explanation supporting your appeal.

In the event that we have questions or require additional information or clarification from you to proceed with processing this request, a representative will contact you. Unless you object, this office will search for CIA-originated records only, up to and including the date that the Agency begins its search.

If you have any questions regarding this response, please call this office at (703) 613-1287.

Sincerely,

Stephen Glenn
Information and Privacy Coordinator

# EXHIBIT F

    **Cara Sliger <cara@nationalsecuritylawfirm.com>**

---

**Email-to-Fax status**
1 message

---

**Email to Fax** <noreply@email-sent.net>                     Thu, Nov 7, 2024 at 11:54 AM
To: cara@nationalsecuritylawfirm.com

Hello,

Your 7 page fax to 7036133007 has been successfully delivered.

Sincerely,

FaxToYourEmail

Notice:
The body of the message may also act as a cover page by adding 'cover page' to the end of the subject.

# F A X



**To:** CIA Information and Privacy Coordinator

**Fax: 703-613-3007**

National Security Law Firm

1250 Connecticut Avenue
Suite 700
Washington, D.C. 20036

Office: 202-600-4996
Fax: 202-545-6318



**From: Cara Sliger**
**Fax number: 202-545-6318**

**Date: November 7, 2024**

**Regarding:**
**Request to Amend Records-Barndollar**

**Phone number for follow-up:**
**202-600-4996**
**Number of pages (including cover sheet): 7**

This facsimile transmission is meant solely for the person(s) to whom it is addressed.  It contains confidential information that may also be legally privileged.  Any copying, dissemination, or distribution of the contents of this fax by anyone other than the addressee or his or her agent for such purposes is strictly prohibited.  If you have received this fax in error, please notify me immediately by telephone or email and purge the original and all copies thereof.  Thank you.



**NATIONAL SECURITY**
L A W   F I R M
IT'S OUR TURN TO FIGHT FOR YOU

1250 Connecticut Avenue, NW
Suite 700
Washington, D.C. 20036

———

202-600-4996
Fax 202-545-6318
*Admitted in California, Hawaii, Illinois, Louisiana, Minnesota, New Jersey, New York, Ohio, Virginia, Washington D.C.,*
*Wisconsin, and qualified in England & Wales*

October 17, 2024

<u>**Via Fax: 703-613-3007**</u>
Information and Privacy Coordinator
Central Intelligence Agency
Washington, DC  20505

   RE: Gilman C. Barndollar
   Request to Amend Central Intelligence Agency Personnel, Security Clearance, and Classified
   Information Access Records

Dean Sir/Madam,

   Pursuant to 5 USC § 552a(d)(2) and 32 CFR Part 1901, this is a request to amend
records pertaining to Gilman C. Barndollar that were created by the Central Intelligence Agency.

   Full Name:  Gilman  Barndollar
   SSN:
   DOB:
   Place of Birth:
   Address:
   Phone:
   Email:

**Additional Identifying Documents**

Copy of Driver's License (attached).

**Bureau, office, or program that maintains the requested record(s).**

Information and Privacy Coordinator
Central Intelligence Agency
Washington, DC  20505
Fax: 703-613-3007

**The specific system of records, and a clear description of the record(s) to be amended including date range, subject matter, contracts or persons involve, place records were created, applicable system of records, and other pertinent details.**

Central Intelligence Agency's personnel records for Gilman C. Barndollar as well as his security clearance and access to classified information records and any database that retains such security and access records. This request to amend pertains to records from 2019 to present.

**A description of why the individual believes the record is not accurate, relevant, timely, or complete, with copies of documents or evidence in support of the request.**

The Central Intelligence Agency's targeted collection of information related to Mr. Barndollar's activities that were protected rights under the First Amendment of the United States Constitution was an impingement upon these rights that was not authorized under any specific federal law or the Constitution generally. Therefore, we are asking for the following information concerning Mr. Barndollar's constitutionally protected activities :

*During security processing, you discussed you appeared on Tucker Carlson's show four times as a foreign policy expert, and wrote products in the Wall Street Journal and Newsweek, all paid by Defense Priorities. You reported as a freelance writer you wrote several publications, to include analysis, commentary, book chapters, peer-reviews, policy papers, reviews, lectures, panels, and conference papers, on foreign and military topics. You noted you were interviewed by the media regarding your publications.*

to be permanently redacted from any and all agency records that reference or otherwise refer to this constitutionally protected activity. This includes but is not limited to any security clearance or classified information access databases of the intelligence community and the federal government generally that the Agency submitted this information to. Please see an attached copy of the Statement of Reasons describing the constitutionally protected information that was collected by the Agency contrary to law.

The authority for the request is listed below:

1.      The Privacy Act is clear regarding the collection of First Amendment protected activities, 5 U.S.C. § 552a(e)(7).

2.      5 U.S.C. § 552a(e), specifically states the following:
        **(e)AGENCY REQUIREMENTS.**—Each agency that maintains a system of rec-ords shall—

        **(1)** maintain in its records only such information about an individual as is relevant and necessary to accomplish a purpose of the agency required to be accomplished by statute

2

or by executive order of the President;

(2) collect information to the greatest extent practicable directly from the subject individual when the information may result in adverse determinations about an individual's rights, benefits, and privileges under Federal programs;

**(3) inform each individual whom it asks to supply information, on the form which it uses to collect the information or on a separate form that can be retained by the individual—**

> **(A) the authority (whether granted by statute, or by executive order of the President) which authorizes the solicitation of the information and whether disclosure of such information is mandatory or voluntary;**

> **(B) the principal purpose or purposes for which the information is intended to be used;**

> **(C) the routine uses which may be made of the information, as published pursuant to paragraph (4)(D) of this subsection; and**

> **(D) the effects on him, if any, of not providing all or any part of the requested information.** [Emphasis added]

---

**Statement of Requester**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, that I am the person described above.  I understand that any falsification of this statement is punishable under the provisions of 18 USC § 1001 by a fine or by imprisonment, or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 USC § 552a(i)(3).


Gilman C. Barndollar                                    Date: 11/7/24

---

Very truly yours,


Brett J. O'Brien, Esq.
Representative for Requester

3

25 August 2022

Office of Security/Appeals Staff
Dulles Discovery 1, Box 39
Washington, DC 20505

Mr. Gilman C. Barndollar
1818 4th Street NW
Washington, DC 20001

Dear Mr. Barndollar:

The US Government disapproved your request for access to classified information on
27 July 2022. Individuals who are granted or maintain access to classified information
must meet strict security standards as outlined in the enclosed attachment. Any doubt
about whether an individual should be granted or retain access to classified information
will be resolved in favor of national security.

The security clearance determination was based on Security Executive Agent Directive 4,
National Security Adjudicative Guidelines for Outside Activities.

On your SF-86 dated 23 November 2021, you listed you are currently employed as a
Senior Fellow with Defense Priorities since March 2019. During security processing, you
discussed you appeared on Tucker Carlson's show four times as a foreign policy expert,
and wrote products for the Wall Street Journal and Newsweek, all paid by Defense
Priorities. You reported as a freelance writer you wrote several publications, to include
analysis, commentary, book chapters, peer-reviews, policy papers, reviews, lectures,
panels, and conference papers, on foreign and military topics. You noted you were
interviewed by the media regarding your publications.

To request a review of the security clearance determination, please see the attached
guidance.

Respectfully,

*Stacy V. Dolan*

Stacy V. Dolan
Senior Appeals Analyst

## SECURITY DETERMINATION GUIDELINES

Attached are the Security Executive Agent Directive (SEAD) 4 National Security Adjudicative Guidelines pertaining to your security determination. You have a right to request a review of this determination in accordance with Executive Order (EO) 12968 and ICPG 704.3. If you choose to request a review, please do so in writing within **10 calendar days** of receipt of this letter, to the address provided in the attached Statement of Reasons. Please note that while you are eligible to reapply or be resubmitted to this organization after one year from the date of this security determination, you may not do so while a review of your security determination is ongoing.

If you request a review of the security determination, a senior security officer will evaluate information known at the time of security processing, as well as information you provide that was not known or not accurate at the time of the security determination. Only information relevant to the timeframe of the security determination will be considered.

You have the right to request documents, records, and reports, which will be provided to the extent they would be if requested in accordance with applicable law, to include the Freedom of Information Act (5 USC 552) or the Privacy Act (5 USC 552a). Further, you have the right to request a copy of your **Investigative File (IF)**, which consists of information used in the security determination. You may request your IF even if you do not request a security determination review.

You have the right to be represented by counsel or other representative at your own expense during the review process. We require written notice if you choose to obtain counsel or a personal representative, after which we will correspond directly with your counsel or representative pertaining to your case.

You have the option to request a **Personal Appearance (PA)** to present relevant documents, materials, and information. The PA will occur in the Washington Metropolitan Area and you may bring your designated counsel or representative. A written summary or recording of the PA will be part of your security record. Be advised you will not be reimbursed for any costs – such as attorney or travel expenses - incurred as part of the security determination review process.

We will provide you with written notice of the results of the security determination review, and if applicable, written notice that you have the right to appeal the review to a final appeal authority. If one year has passed since the date of the original security determination, you are eligible to reapply or be resubmitted to this organization; your prior application will not be reinitiated.

Please notify this office of a change in your mailing address or phone number. **Please note that you may cancel your security determination review in writing at any time**, in which case the security determination will remain on record.

## GUIDELINE L: OUTSIDE ACTIVITIES

36. *The Concern.* Involvement in certain types of outside employment or activities is of security concern if it poses a conflict of interest with an individual's security responsibilities and could create an increased risk of unauthorized disclosure of classified or sensitive information.

37. *Conditions that could raise a security concern and may be disqualifying include:*

(a) any employment or service, whether compensated or volunteer, with:

    (1) the government of a foreign country;
    (2) any foreign national, organization, or other entity;
    (3) a representative of any foreign interest; and
    (4) any foreign, domestic, or international organization or person engaged in analysis, discussion, or publication of material on intelligence, defense, foreign affairs, or protected technology; and

(b) failure to report or fully disclose an outside activity when this is required.

38. *Conditions that could mitigate security concerns include:*

(a) evaluation of the outside employment or activity by the appropriate security or counterintelligence office indicates that it does not pose a conflict with an individual's security responsibilities or with the national security interests of the United States; and

(b) the individual terminated the employment or discontinued the activity upon being notified that it was in conflict with his or her security responsibilities.

# EXHIBIT G



Central Intelligence Agency

Washington, D.C. 20505

15 November 2024

Brett J. O'Brien
National Security Law Firm
1250 Connecticut Avenue NW
Suite 700
Washington, DC 20036

Reference: P-2025-00117

Dear Requester:

On 8 November 2024, the Office of the Information and Privacy Coordinator received your client's, Gilman C. Barndollar's, 17 October 2024 correspondence seeking under the Privacy Act records specific records on himself.

This letter serves to acknowledge that CIA has received your client's request, and to further let you know that this office has assigned your client's request the reference number provided above. Citing this number in future correspondence will allow us to more efficiently locate the case information

In the event that we have questions or require additional information or clarification from you to proceed with processing your request, a representative will contact you. Unless you object, this office will search for records only up to and including the date that the Agency begins its search. Additionally, unless you object, if our searches reveal that your client has previously submitted requests for information to this agency, we will not provide copies of that correspondence and related documents since they should already have a copy from that previous case.

If you have any questions regarding this response, please call this office at (703) 613-1287.

Sincerely,

Stephen Glenn
Information and Privacy Coordinator